Austin Douglas Hemsley
FULL NAME

AUSTIN HENSLEY
COMMITTED NAME (if different)

CALIFORNIA HEALTH CARE FACILTY, FACILITY E
FULL ADDRESS INCLUDING NAME OF INSTITUTION

E2B -107U, P.O.BOX,3290 STOCKTON,CA 95213

P22813
PRISON NUMBER (if applicable)

FILED

2019 OCT 18 PM 3:47

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

AUSTIN D. HEMSLEY

PLAINTIFF,

v.

JACKIE LACEY

DEFENDANT(S).

CASE NUMBER

CV19-9008- JFW (JPR)
*To be supplied by the Clerk*

**CIVIL RIGHTS COMPLAINT**
**PURSUANT TO** *(Check one)*
☒ 42 U.S.C. § 1983
☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971)

## A.  PREVIOUS LAWSUITS

1.  Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes  ☒ No

2.  If your answer to "1." is yes, how many? _____

Describe the lawsuit in the space below.  (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

**RECEIVED**

10-17-19

a.  Parties to this previous lawsuit:

Plaintiff ___N/A_____

_____

Defendants _____

_____

b.  Court _____

_____

c.  Docket or case number _____

d.  Name of judge to whom case was assigned _____

e.  Disposition (For example:  Was the case dismissed?  If so, what was the basis for dismissal?  Was it appealed?  Is it still pending?) _____

f.  Issues raised: _____

_____

_____

_____

g.  Approximate date of filing lawsuit: _____

h.  Approximate date of disposition _____

## B.  EXHAUSTION OF ADMINISTRATIVE REMEDIES

1.  Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes   ☒ No

2.  Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes   ☒ No

If your answer is no, explain why not _____

_____

_____

3.  Is the grievance procedure completed? ☐ Yes   ☒ No

If your answer is no, explain why not _____

_____

4.  Please attach copies of papers related to the grievance procedure.

## C.  JURISDICTION

This complaint alleges that the civil rights of plaintiff __AUSTIN  DOUGLAS  HEMSLEY__

<span style="text-align:center">(print plaintiff's name)</span>

who presently resides at __CALIFORNIA HEALTH CARE FACILITY, P.O.BOX 32290, STOCKTON,CA, 95213__ ,

<span style="text-align:center">(mailing address or place of confinement)</span>

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at

__JACKIE LACEY LOS ANGELES COUNTY DISTRICT ATTORNEY__

<span style="text-align:center">(institution/city where violation occurred)</span>

on (date or dates) _____, _____, _____.
　　　　　　　　　　　(Claim I)　　　　　　　　(Claim II)　　　　　　　　(Claim III)

**NOTE:**　　You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1.　Defendant　__JACKIE LACEY_____ resides or works at
　　　　　　　　(full name of first defendant)

　　　　　　__211 WEST TEMPLE STREET, SUITE 1200_____
　　　　　　(full address of first defendant)

　　　　　　__CHIEF DISTRICT ATTORNEY FOR LOS ANGELES COUNTY__
　　　　　　(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☒ individual　　☒ official capacity.

Explain how this defendant was acting under color of law:
_____
_____

2.　Defendant　__N/A_____ resides or works at
　　　　　　　　(full name of first defendant)

　　　　　　__N/A__
　　　　　　(full address of first defendant)

　　　　　　__N/A__
　　　　　　(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual　　☐ official capacity.

Explain how this defendant was acting under color of law:
_____N/A_____
_____N/A_____

3.　Defendant　__N/A_____ resides or works at
　　　　　　　　(full name of first defendant)

　　　　　　__N/A__
　　　　　　(full address of first defendant)

　　　　　　__N/A__
　　　　　　(defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual　　☐ official capacity.

Explain how this defendant was acting under color of law:
_____N/A_____
_____N/A_____

4.  Defendant _____N/A_____ resides or works at
    (full name of first defendant)

    _____N/A_____
    (full address of first defendant)

    _____N/A_____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____N/A_____

_____N/A_____

5.  Defendant _____N/A_____ resides or works at
    (full name of first defendant)

    _____N/A_____
    (full address of first defendant)

    _____N/A_____
    (defendant's position and title, if any)

The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

Explain how this defendant was acting under color of law:

_____N/A_____

_____N/A_____

# INTRODUCTION

In 2015, Austin Douglas Hemsley became aware of a book called the "Redemption Manual," and do to    the information that was rumored to be contained within, He decided  to acquire a copy of the book. As He started to research the information contained within the book, He was extremely puzzled and needed more information to corroborate the knowledge that He was reading.

In the pursuit for understanding, Austin Douglas Hemsley acquired several other books, such as a Blacks Law Dictionary, Uniform Commercial Code, Book's dealing with Torts, Banking, Researching sections of the Code of Federal Regulation, reading books that deals with contracts, obtaining information from the UNITED STATES CODE SERVICE, and reading the Constitution for the United States and California, [ Which revealed that these constitutions are contract themselves and requires "private people" to take an Oath to uphold these contracts and this fact is confirmed in Code of Federal Regulation Title 5 §2635.101].

Upon further research, Austin Douglas Hemsley, discovered that the California Superior Court for Los Angeles County, Created a (Constructive Trust)on behalf of the State or the United States in His name. This information revealed that Government actors representing the State of California, summoned the Plaintiff's Cestui Que Vie trust into its administrative courts where statutes are enforced and can only be enforced against  government agencies, government actors, and artificial entities,(such as corporations, government created entities) and then only through fraud and deception, they, the Los angeles County District Attorney Office, Brought the Plaintiff into it's Administrative Courts to be held accountable for the Cestui Que Vie trust, but because the Plaintiff was a Layman at Law, not to mention, that His counsel did not inform him that the court proceeding was an administrative one and not a  Common Law Article III

1   Court, instead, He was allowed to "Dishonor" the administrative proceeding and,
2   Therefore, held in contempt of court and eventually subjected to involuntary
3   servitude. [Which is a violation of the XIII Amendment]. Further research re-
4   vealed that the Los Angeles County District Attorney's Office failed to esta-
5   blish standing to sue the Plaintiff, [Given the fact that the Federal Government
6   and their auxillary corporate states are operating under a National Bankruptcy
7   and a National Emergency that was declared on March 9 of 1933 by President
8   Roosevelt; See Executive Orders: 6073,6102,611,6260, Senate Report 93-549 pgs.
9   1&7&594,1973, and the Bankruptcy was verified by speaker of the house, James
10  Traficant jr. 1993 March 17th United States Congressional Record, vol. 33 page
11  H-1303.] This information revealed that the Los Angeles County District Attorn-
12  ey's Office did not establish Subject Matter Jurisdiction, [and because the
13  State of California is a part of the National Bankruptcy,via the"BUCK ACT",
14  was required to be represented by the Trustee in Bankruptcy, here there was none
15  nor was there an "Affidavit of an Injured Party" entered into the Record to in-
16  voke the court's Subject Matter Jurisdiction, (which is required by an Article
17  III "Common Law Court" and is the **"Only"** forum a living man on the land can be
18  subjected to in a criminal prosecution for alleged crimes committed on the
19  land.)

20      After Austin Douglas Hemsley obtained this information, He took the initia-
21  tive to settle the matter with the Los Angeles County District Attorney's
22  Office and that county's head Dist. Attn. is Jackie Lacey. Therefore, on April 23,
23  2018, Austin Douglas Hemsley served Ms. Jackie Lacey a certified copy of a pri-
24  vate Administrative Remedy (27) pgs.,Notice of Fiduciary Trusteeship Duty (3)
25  pgs., Declaration of Status of Austin Douglas Hemsley (6) pgs., Memorandum in
26  support of Private Administrative Process (5) pgs., True Bill (1) pg., All docu-
27  ments were jurated and acknowledged by Notary Karla B. Palomera. The entire Pro-
28  cess was presented through Austin Douglas Hemsley Power of Attornry and is the

1  document custodian of all originals.

2      The Private Administrative Remedy, Lawful Notification & Opportunity to Re-

3  spond to all documents mentioned above, were presented to Ms. Jackie Lacey in

4  hopes that she would settle, setoff or discharge the Case/Account by taking the

5  Bonds that were issued and illegally sold in the first instance, and use them

6  to settle and close the account and issue a statement verifying that the account

7  has been settled, setoff and is closed, or in the alternative, "Respond to the

8  proof of claim's" listed in the(Statement of Facts & Allegations under section

9  II of the Private Administrative Remedy that was presented on April 23,2018.)

10  Ms. Jackie Lacey was given (35) days to respond by contacting the Plaintiff's

11  P.O.A. ( Address & Info. incorporated in Private Administrative Remedy, See: pg.

12  8) instead , she chose to remain silent and therefore, has agreed/acquiesced/

13  accepted to the terms of the Private Administrative Remedy and therefore, agreed

14  to a course of performance,(See: UCC § 2-208).

15      After the grace period was given to Ms. Jackie Lacey with no response,

16  Plaintiff's served Her with a "Notice Of Fault - Opprtunity to Cure (4) pgs.,

17  True Bill (1) pg., Notary certificate of Service (1) pg., and California Jurat

18  with affiant statement by Plaintiff's P.O.A. (1) pg., all these documents were

19  mailed on the 29th of May 2018, and for a second time Ms. Jackie Lacey chose to

20  remain silent, thereby,agreed/acquiesed and have accepted all terms of the con-

21  tract.

22      Again, Ms Jackie Lacey was given a grace period to respond, she chose not

23  to, and on June 29th of 2018, Plaintiff served Ms. Jackie Lacey with a Notice

24  of Default for failing to respond/rebut to any and all verified actual and con-

25  structive notices and therefore,has agreed that :1) The plaintiff, is no longer

26  a surety for an unpaid Judgment; 2) Defendant/Fiduciary Trustee has become the

27  successor surety for the judgment (Legal Subrogation); 3) Defendant/Successor

28  Surety was obligated to order the release of the Plaintiff from incarceration

(p.4c)

1  and/or conditions of supervised release; 4) agrees to the arrest of his/her

2  bond; 5) agreed to all the Facts & Allegations contained in the Private Admini-

3  strative Remedy; 6) agreed to take the Prisoner's/Plaintiff's in the prison, or

4  on supervised release, as surety for this alleged debt, and 7) agrees that he/

5  she has committed the crimes of misappropriation of funds, violation of Oath

6  of Office, Breach of Fiduciary Duties, and all other crimes enumerated within

7   the True Bill.

8       On July 24 of 2018, Plaintiff, served Ms. Jackie Lacey a Notice of Inter-

9  national Commercial Claim within the Admiralty, Administrative Remedy, Certifi-

10  cate of Dishonor and True Bill. These document were not accepted by the Defend-

11  ant or His Office, instead, it was returned to the Plaintiff's P.O.A., but la-

12  ter re-submitted to the Los Angeles County Superior Court as an Exhibit in sup-

13  port of a Motion for Notice and Demand for Mandatory Administrative & Judicial

14  Notice of Contract Between the Parties and Evidence Thereof. These documents

15  were served to along with: Notarial Protest and Notice of Administrative Judg-

16  ment/Certificate of Dishonor;Notice & Demand for Mandatory Administrative & Ju-

17  dicial Notice of Petitioner's Contractual Acceptence of Constitutions and Oaths

18  of Office of All Judges, Commissioners, Magistrates, Attorneys and Clerks of

19  Court; Notice & Demand for Mandatory Administrative & Judicial Notice of Fidu-

20  ciary/Trustee Obligations & Duties of All Judges, Commissioners, Magistrates,

21  Prosecutors, Attorneys & Clerks of Court as Fiduciary Trustees, & Petitioner's

22  Appointment of the same to Setoff, Settle and Close this Account/Case; and Note

23  of Motion. These documents were served to the Los Angeles County Superior Court

24  on January 21, 2019 to inform the Court what the Plaintiff's intention were,

25  which was: to give Notice that He would be presenting a Verified Petition for En-

26  forcement of the Contract Between the Parties in the Nature of A Motion to Vacate

27  Judgment Based on the Prosecution's Agreement that the Judgment is: 1) Setoff,

28  Settled & Closed, and 2) Void Ab Initio, Incorporated herein as Exhibit "A".

(p.4d)

On January 28, 2019, the Plaintiff, served the Superior Court of Califor-
nia, Los Angeles County, a Verified Petition for Enforcement of the Contract
Between the Parties in the Nature of a Motion to Vacate Judgment Based on the
Prosecution's Agreement that the Judgment is: 1) Setoff,Settled & Closed, and
2) Void Ab Initio; with supporting documents: Judgment to be vacated, Declara-
tion of Status, Administrative Remedy No. ADH20189449 Notice of Fault/Opportuni-
ty to cure, Notice of Default, Contractual Notice & Demand for Settlement & Clo-
sure of the Escrow, Notarial Protest and Notice of Administrative Judgment/Cer-
tificate of Dishonor, (See Exhibit "B")

The documents mentioned above, were served to the Los Angeles County Supe-
rior Court for Enforcement of the Contract Between the Parties,(being that the
matter has been settled in the Private between the Plaintiff & The Defendant
and is required to be presented in the correct Venue/jurisdiction in order for
the matter to be Adjudicated, (given the fact that the controversy was created
in the Public,therefore, it must resolved in the Public). [There is A Maxim of
Law, that states: He who creates a controversy must also provide a remedy].
Here, the Court failed to enter a judgment regarding the Plaintiff's Petition,
and have not notified the Plaintiff as to why a decision was not made, instead,
the Court chose to remain silent as well and has injured the Plaintiff once
again, Therefore, they are in Dishonor and May be subjected to a Tort or Title
42 section 1983 Lawsuit for violating their Oath of Office not to injure one
of The People, which they have done in the past and present.

On March 26, 2019, Austin Douglas Hemsley served Sherri R. Carter,[d.b.a,
Executive Officer/Clerk of the Court],A Writ of Habeas Corpus, requesting that
she have the Plaintiff removed from the facility where He's being housed and
to be taken before the court and the defendant so that the Case/Account No.
BA160584 could be Setoff & Settled or,in the alternative, have the Order,that
was also served to court on March 26,2019,(Pre-signed by the Plaintiff) Signed

1   by Ms. Jackie Lacey and the presiding Judge Authorized to order the release of
2   the Plaintiff from bondage and to tender/issue an court order/warehouse receipt
3   notifying the warehouseman that the account/case has been settled and that they
4   are ordered to release the body of the Plaintiff.

5       In the Plaintiff Affidavit of Truth,  He stated:"That he served a certi-
6   fied copy of the documents mentioned above,(served on March 26,2019), to the
7   Los Angeles Superior Court on[January 31,2019], That was a"Mistake", The docu-
8   ments were served on the 28 of January 2019, See Exhibit "C". Plaintiff, Also,
9   served a copy of the Government form 8202, which is a Affiant statement describ-
10  ing the document that were to be mailed to the Los Angeles Superior Court;along
11  with P.S. Form 3811, (evidencing that the Plaintiff's Documents were received
12  by an Officer of the Court on January 29, 2019), And Plaintiff's Affidavit Ser-
13  vice of Service, Also incorporated in here as Exhibit "C".

14       Also,see P.S. FORM 3811 incorporated herein as Exhibit " Đ " evidencing the acception of
15  the Plaintiff's documents by the Superior Court dated January 29, 2019 and Plaintiff's Affidavit of
16  Truth in Support of this Title 42 U.S.C. § 1983 Civil Rights Claim, incorporated herein as Exhibit
17  " E ."

18

19

20

21

22

23

24

25

26

27

28

(p.4f)

## D.  CLAIMS*
### CLAIM I

The following civil rights has been violated:

1.  That defendant Jackie Lacey is the Chief District Attorney for Los Angeles County, and as such, has a fiduciary duty to uphold his Oath of Office as a Trustee of the Public Trust.

2.  That Public service is a public trust, requiring employees to place Loyalty to the Constitution, the Law, and ethical principles above Private Gain.

3.  That on April 21, 1998, the Los Angeles County District Attorney's Office Charged the Plaintiff's Cestui Que Trust with several of it's Statutes,creating a constructive trust on behalf of the State or  the united States and through deception and fraud, arrested the Plaintiff and held as surety for the alleged debt for which no injury has been incurred  by the state..

4.  That, as the trustee for the public trust, the defendant breached his fiduciary duty when he failed to inform the Plaintiff that he was being charged with an administrative rules violation, which only operates against those things that they govern or have jurisdiction over, and for the people that actually " Contract " with them (them being Government) such as the Defendant.

5.  That the defendant violated Article III, Sec. 2 of the Constitution for the United States by taking the Plaintiff into an Administrative Court, instead of a Common Law Court.

6.  That  the defendant violated his Oath of Office when he alienated the Plaintiff's Rights using the " COLOR OF LAW ".

7.  That the defendant violated his oath of Office and Trespassed upon the Plaintiff's rights when he subjected him to involuntary servitude by conducting a " SHAM LEGAL PROCESS " using the Color of Law.

8.  That the defendant violated Plaintiff's Due Process rights when He failed to put all the Governments Authority on the record, and therefore, subjecting the Plaintiff to his personal "acts" and "Omissions".

### CLAIM II

9.  That the defendant's Subject Matter has been challenged within the Private Administrative

1   Remedy/Complex Trust No. ADH20189449, and as such, the defendant was required to provide ALL the

2   facts that establish the court's jurisdiction, and place them upon the record — and because of

3   his silence, by failure to rebut, with truth, fact and law in support, as instructed within

4   the Plaintiff's Private Administrative Remedy, assumes All of the Liability related to Account/

5   Case No. BA160584 and has therefore, waived the chance to rebut any of the Plaintiff's Claims.

6   10. That to be a law in compliance with the constitution, the law must show its authority " on its

7   face " which is mandatory, not directory.

8   11. That under the " Fair Notice Doctrine " Plaintiff Hensley was prosecuted under conduct alleged

9   under as invalid [ Color of ] law, and by information herein, is a denial of due process.

10  12. That the Revised Code of California, not having authority, is not a valid publication of the laws

11  and could not pass the " Fair Notice Test ', and of the due process clause of the Federal Consti-

12  tution, Amendment V, and to be informed of the nature [ Jurisdiction ] and cause of the accusa-

13  tion, to be confronted with the witnesses against him, to have assistance of counsel. U.S.

14  CONST. , Amend. VI.

15  13. That there is no Personal, and or Subject Matter Jurisdiction in the judgment rendered, for Due

16  Process Violation of Personal service on the Plaintiff.

17  14. That there are no laws for the Dfendant to come in and having the authority to change at will,

18  Contracts/Colloquies (such as: the constitution for the united states). There is no Statute that

19  allows a person to come in under the guise of authority (Judicial) or otherwise, to violate

20  Plaintiff's Personal Rights.

21  That the Defendant transcended the limits of his authority, and went beyond the powers granted

22  to him by the law of his organization,when his Office charge the Plaintiff with a Statute and

23  took him into an Administrative court instead of a Common Law Court.

24  15. That the Jurisdiction over the Plaintiff was lacking because the process employed did not give

25  adequate "Notice" to the Plaintiff.

26  16. That the Defendant in this case, Authorized by Statute to entertain Jurisdiction in this parti-

27  cular case, and undertook to exercise the Jurisdiction conferred in the case to which the statute

28  had no application, the Judgment rendered is void. The lack of Statutory Authority to make parti-

cular order or a Judgment is akin to the lack of Subject Matter Jurisdiction and is subject to collateral attack.

### CLAIM III

17. That the Judgment of the Defendant is one which, from it's inception, was a complete nullity and without legal effect, and void.

18. That the Jurisdiction over the Plaintiff was lacking because the Defendant lacked the required authority to bring claims against the Plaintiff using Statutes.

19. That the Judgment is void on Due Process grounds, because the process employed did not give adequate " Notice " to the Plaintiff against whom judgment was rendered.

20. That the Judgment rendered, lack Personal, and Subject Matter Jurisdiction, and is universally characterized as " void."

21. That the Judgment is void, because it has been procured by extrinsic or collateral fraud, and then entered by the court, which did not have Jurisdiction over the subject matter or the parties, Do to the Defendant's deception of the entire process/proceeding.

22. That proof of jurisdiction must appear on the record of the administrative agency and all administrative proceedings, and a void judgment can never acquire validity even through lachess.

### CLAIM IV

23. That the Defendant Ms. Jackie Lacey is under a Default Judgment, and has agreed to ALL the Facts & Allegations with in the private administrative remedy no. ADH20189449, that the judgment is void.

24. That the Plaintiff sent (3) sepereate notices notifying the Defendant that he wanted to settle the matter with him and his office or in the alternative, explain his reasons for not settling and closing said account/case no. BA 160584, Defendant remained silent, therefore, tacitly agreeing to the Plain-

1  tiff's claims.

2  25. That Plaintiff gave (35) days to respond to the Private Adminisrative Remedy

3      Defendan chose to go silent.

4  26. Plaintiff informed Defendant in the Private Administrative Remedy that si-

5      lence is an agreement to the alleged facts of breach by way of tacit agree-

6      ment. Plaintiff outlined what he would agree to via Default Judgment.

7  27. That Plaintiff gave Defendant Notice of Opportunity toCure , True Bill and

8      Notary Certificate of service. Plaintiff outlined what he would agree to if

9      he chose not to respond, the Defendant chose to remain silent, therefore,

10      agreeing to the terms outlined within the Notice of Fault Opprtunity to Cure.

11  28. That Plaintiff gave the Defendant (30) days to respond to the Notice of Op-

12      portunity to Cure, before he served with a Notice of Default for failing to

13      respond/rebut to any and all verified actual ans constructive notices.

14      Therefore, the Defendant has agreed that:1) Theplaintiff is no longer a

15      surety for an unpaid judgment;2) Defendant has become the successor surety

16      for the judgment;3) Defendant was obligated to order the release of the

17      Plaintiff from incarceration and/or conditions of supervised release;4)

18      agrees to the arrest of his/her bond;5) agreed to All the Facts & Allega-

19      tions contained in the Private Administrative Remedy;6) agreed to take the

20      Prisoner's/Plaintiff's  place in prison or supervised release, as surety

21      for this alleged debt; and 7) agrees the he/she has committed the crimes

22      of misappropriation of funds, violation of Oath of Office, Breach of fiduci-

23      ary duties, and all other crimes enumerated within the True Bill.

24  29. That the Defendant was given several opportunities to resolve the matter

25      presented to him, he "chose" to remain silent therefore, the contract incor-

26      porated herein by reference and Exhibits, is now the Judgment of the case,

27      due to the Defendant's non-response and waivers of any rights he/she might

28      of previously had.

(p. 5d)

30. That Plaintiff served the Defendant with a Notice of International Commercial Claim within the Admiralty, Administrative Remedy, Certificate of Dishonor and True Bill. These Documents were not accepted by the Defendant's or His Office, instead, it was returned to the Plaintiff's Power of Attorney, but was later re-submitted to the Los Angeles County Superior Court as an Exhibit in support of a Motion for Notice and Demand for Mandatory Administrative & Judicial Notice of the Contract Between the Parties and Evidence Thereof. These Documents are incorporated within by reference and as (Exhibit A).

31. That on January 28, 2019, the Plaintiff served the Superior Court of California, Los Angeles County, a Verified Petition for Enforcement of the Contract Between the Parties in the Nature of a Motion to Vacate Judgment Based on the Defendant's Agreement that the Judgment is: 1) Setoff, Settled & Closed, and 2) Void Ab Initio, with supporting documents: Judgment to be Vacated. Declaration of Status, Administrative Remedy No. ADM20189449 Notice of Fault/Opportunity to Cure, Notice of Default, Contractual Notice and Demand for Settlement & Closure of the Escrow, Notarial Protest and Notice of Administrative Judgment/Certificate of Dishonor, (See Exhibit B). [The Documents incorporated in here as (Exhibit B) were served to the Superior Court for Enforcement of the Contract Between the Parties was Dishonored by the Court when they failed to enforce the contract, therefore, injuring the Plaintiff once again and becoming a Co-Defendant to this Matter, which notice was given to this fact with in the Plaintiff's Private Administrative Remedy Pg.9, But because the injuries Sustained by the Defendant in this Matter is so extensive, Plaintiff chose not to make them a Party at this time, But Reserves the Right to do so in the Future].

32. That on March 26, 2019, the Plaintiff served Sherri R. Carter, d.b.a. Executive Officer/Clerk of Court, A writ of Habeas Corpus, requesting that she have the Plaintiff removed from the facility where He's being housed and to be taken before the Court or in the alternative, have the Order, thta was also served on March 26, 2019, Pre-signed by the Plaintiff, Signed, and needed to be the Defendant and the Presiding Judge Authorized to order the release of the Plaintiff from bondage and to tender/issue a court order/warehouse receipt notifying the warehouseman that the account/ case has been settled and that they are ordered to release the body of the Plaintiff.

(p. 5e)

# FIRST CLAIM FOR RELIEF

## NO "NOTICE" A VIOLATION OF DUE PROCESS

33. Plaintiff hereby incorporates by reference and Exhibits all allegations contained in paragraph (1) through (32) of this complaint.

34. That Plaintiff due process has been violated by applying an invalid [Color of] Law upon Plaintiff with no "fair notice".

35. That the Plaintiff previously believed that the statutes created by the legislature were laws that operate against him, only to discover that the statutes that were being enforced against him, only operates against " Legal Entities " and not natural people and as such, the Defendant violated the Plaintiff's due process rights by applying an invalid [Color of] Law with no "fair notice."

36. That the Defendant violated his Oath of Office and the Constitution for the United States and the California Constitution when he charged the Plaintiff with a Statute created by the legislature to regulate legal entities, to which he violated the 13th Amendment by "Subjecting the Plaintiff to "Involuntary Servitude" and without "fair notice" that the proceeding was an administrative one , instead of a "Common Law " proceeding.

37. That the Federal Court will force the Defendant to uphold the Federal Constitution and the " Fair Noitce Doctrine" under the due procee clause, if the Defendant pleads that the evedence presented within the complaint are without merit and that the Statutes does in " Fact " operates against the Plaintiff, his claim would be without merit due to the fact that he was given multiple opportunities to address these issues within the private administrative remedy that was served upon him, therefore , I request that this Honorable Court will find the Defendant's effort to convince the court, as being mute and without merit.

## SECOND CLAIM FOR RELIEF

## NO PERSONAL OR SUBJECT MATTER JURISDICTION

38. Plaintiff hereby incorporates by reference and Exhibits all allegations contained in paragraph (1) through (32) of this complaint.

39. That the Federal Court will stop the Defendant from violating personal jurisdiction in this

(p. 5f)

1    case, as the Statute cannot operate against the " Flesh and Blood " sentient being/Plaintiff

2    in this Complaint and because the  judgment of this case has been satisfied, released, or dis-

3    charged or is longer equitable that the judgment should have prospective application " and

4    because, the judgment is void due to the agreement between the parties, (See Exhibits A,B,and

5    C).

6  40.  The Defendant will be stopped from going beyond his jurisdiction of the subject matter and

7      the personal rights of the Plaintiff gauranteed by the United States Constitution.

8  41.  Taht the Plaintiff finds relief, due to the Defendant's failure to enter the jurisdiction of

9      the"cause of action" into the record.

10  42.  That the Plaintiff finds relief for lack of personal jurisdiction based on improper service

11      by publication, and violation of due process.

12  43.  That the Judgment against Plaintiff be set aside on the grounds it has been procured by "ac-

13      tual, Constructive, extrinsic or collateral" " Fraud" entered by a court that did not have

14      jurisdiction over the subject matter or the Plaintiff, due to the Defendant's deception as

15      well as his failure to enter the jurisdiction into the record of the court.

16                      **THIRD CLAIM FOR RELIEF**

17                          <u>JUDGMENT IS VOID</u>

18  44.  That the Federal Court will render the judgmentvoid from it's inception on due process grounds,

19      the lack of adequate "Noitce."

20  45.  That the Federal Court will vacate void judgment against Plaintiff for lack of personal and

21      subject matter jurisdiction.

22  46.  That the Federal Court will protect the contract rights of the individual against the hand of

23      the state via the Defendant who has gone beyond the powers delegated to him.

24  47.  That the judgment procured through the Defendant's fruad will be regarded as it is in truth,

25      a nullity and cannot acquire validity even through laches.

26

27                    **FOURTH CLAIM FOR RELIEF**

                      <u>DEFENDANT IS UNDER DEFAULT JUDGMENT</u>

28  48.  That the Federal Court will collect default judgment against defendant. That defendant has

1  agreed to the Plaintiff's allegations set forth within the Private Administrative Remedy and
2  "True Bill" for breach of contract, by tacit agreement.

3  49.  That Plaintiff did serve Defendant with a Private Administrative Remedy with supporting docu-
4      ments: Notice of Fiduciary Trusteeship Duty; Declaration of Status; Memorandum in Support of
5      Private Administrative Process; and, True Bill.

6  50.  That Defendant agreed with these documents by his choice to remain silent, therefore, tacitly
7      agreeing to the Plaintiff's claims.

8  51.  That Plaintiff gave the defendant an Opportunity to Cure and a Notice of Default and Stipula-
9      tion , instead, defendant chose to remain silent, eventhough, he has a duty and obligation to
10     answer all Private Administrative Remedies/Notices such as the one served by the Plaintiff.

11  52.  That the Plaintiff receive in full default judgment of $ 11,332,000,000.00 (Eleven Billion
12     Three Hundred Thirty Two Million U.S. Dollars) or $5,000,000.00 (Five Million U.S. Dollars
13     Per Month with (1%) interest on the unpaid balance, unless other arrangements are made.

14  53. That the judgment of the Court was entered on or about December 2, 1998.

15  54.  Plaintiff's administrative remedy is "res judicata".

16  55. That failure of defendant to respond in this matter is " stare decisis."

17  56.  ThatPlaintiff's administrative is ripe fore " Judicial Review," and there are no " **FACTS** "
18     in controversy.

19      **E. REQUEST FOR RELIEF/EVIDENCE RELIED UPON**

20      Evidence relied upon is  the contract between the parties, which is attached as Exhibits A,B,C
21  and D incorporated herein and by reference. Before this Court, is the Contract, For which this
22  Court has the Power/Authority to enforce.

23      The court's subject matter jurisdiction was challenged, on the administrative record, within
24  plaintiff's administrative remedy to the defendant. See Exhibit A,B, and C. The defendant was obli-
25  gated to place all facts of jurisdiction upon the record as a necessary requirement of due process
26  of law. Therefore, by the defendant's failure to do so, jurisdiction has not been proven. A court
27  " Cannot confer jurisdiction where none existed and cannot make a void proceeding valid." Without
28  such evidence, no such jurisdiction can be presumed to exist.

1   It is a matter of common knowledge that the Los Angeles Superior Court, specifically: the

2   Clara Shortridge Foltz Criminal Justice Center, is not a judicial court enforcing the common law,

3   but merely an administrative court enforcing statutes, and having no affidavit of an injured party

4   on the record of the court to invoke judicial subject matter jurisdiction, this court has failed

5   the Plaintiff, pursuant to Article III Section 2 of the Constitution of the united States of Ameri-

6   ca as Amended in 1791 with the Bill of Rights as the declared Supreme Law of the Land, to conform

7   to and function pursuant to this specific Article of the Constitution by ensuring that the matter

8   involving the Plaintiff, and Defendant Claims be presented and heard in a judicial proceeding conduc-

9   ted in a proper venue thereof, thereby insuring that Plaintiff/defendant in error's day in a court

10  and the lawful deciding of this matter be preserved. (See: Johnson v. Zerbst, 304 U.S., 458,469.

11  " If the Bill of Rights is not complied with, the court no longer has jurisdiction to proceed. The

12  judgment....pronounced by a court without jurisdiction is void.")

13      The person acting as Judge in this matter, acted in contradiction to Article VI Section 2 of

14  the National Constitution, i.e., " This Constitution , and the Laws of the United States which shall

15  be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of

16  the United States, shall be the supreme  Law of the Land; and the Judges in every State shall be

17  bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding."

18  Therefore, the Judge has perjured his sworn and subscribed official Oath by his action on the record

19  and thereby made his order and the court he represents, Constitutionally defective and without law-

20  ful authority to render any decision, in open court and on the record by failing to ensure that the

21  be conducted in a court that conformed to and functioned in accordance with Article III Section 2

22  of the Federal Constitution as the only court that can hear matters of the People, Austin Douglas

23  Hensley being the People in this matter.

24  ( See Cooper v. Aaron, 358 U.S. Ct. 1401, 3 L.Ed. 2d 5 (1958) " State government
       officials are bound to comply with Supreme Court rulings and court orders based upon
25     the Supremes Court's interpretation of the Constitution. The United States Constitution
       is the supreme law of the land per the Supremacy Clause of Article VI. In Marbury v.
26     Madison, the  federal judiciary was declared the supreme authority with respect to Consti-
       tutional interpretation. Marbury v. Madison has been respected by this Court and the nation
27     as a permanent and indispensable component of the government.)

28

(p.6b)

# AUTHORITY

The authority for the court to vacate judgment is the Court Rule which says, as paraphrased, "The judgment has been satisfied, released, or discharged... or it is no longer equitable that the judgment should have prospective application," and "the judgment is void." The agreement between the parties fulfills all these conditions.

There are four type of jurisdiction, but if the court lacks subject matter jurisdiction, or if the court loses subject matter jurisdiction through any violation of due process, the court then does not have venue jurisdiction. A lack of subject matter jurisdiction deprives the court of ALL jurisdiction, and makes the judge personally liable for the injury caused by his decisions in the matter. As this court knows or should know, subject matter jurisdiction cannot be waived through error, mistake or inadvertence. It either exists or does not exist, and cannot be waived by the Plaintiff's ignorance.

In this instant matter, the parties have agreed the matter has been setoff, settled and discharged, and therefore the judgment has been satisfied and discharged, and it is no longer equitable that the judgment should have prospective application, but that is secondary to the fact the parties have agreed the judgment was void from the beginning due to the defendant's failure to properly invoke the court's subject matter jurisdiction, and because due process violations deprived the court of any subject matter jurisdiction it may have presumed it had. The agreement of the parties has settled this matter, leaving the court no alternative but to enforce the claims, due to the facts before the court.

It is not the court's responsibility to prove it has subject matter jurisdiction, and where a judge arbitrarily claims the court has jurisdiction, he is violating the Plaintiff's right to due process of law. It is, in fact, the Defendant's/Prosecution's responsibility to prove on the record, that jurisdiction exist, and jurisdiction can be challenged at any time, even years later, and even collaterally, as in a private administrative process, as was done herein. It is the defendant's/prosecutor's/respondent's duty to prove it exists. The respondent/defendant herein was given the opportunity to put the facts of jurisdiction on the administrative record, but acquiesced by tacit procuration to the fact that the constitutional and due process violations alleged by the

(p.6c)

1  Plaintiff/Petitioner did, in fact, occur, and did, in fact, deprive the court of subject matter

2  jurisdiction, which is now the record before the court.

3    [ "While voidable orders are readily appealable and must be attacked directly,
       void order may be circumvented by collateral attack or remedied by mandamus,
4      Sanchez v. Hester, 911 S.W.2d 173, Tex. Appp.— Corpus Christi 1995)."]

5    ["The law provides that once State and Federal Jurisdiction has been challenged,
       it must be proven. Main v. Thiboutot, 100 S. Ct. 2505 (1980)."]

6

7    [ Void judgment under federal law is one in which rendering court lacked subject
       matter jurisdiction over dispute or jurisdiction over parties, or acted in man
8      ner inconsistent with due process of law or otherwise acted unconstitutionally
       in entering judgment. ]

9

10                              **JUDGE'S DUTY**

11     [ The judge's duty is to enforce claims. The contract between the parties is now the record of

12   the case, and the judge has a ministerial duty to enforce the contract, there being no contradic-

13   tory record before the court. The judge has no judicial immunity should he fail to perform his

14   ministerial duty. Nor does the judge have discretion when it comes to vacating a void judgment:

15       When rule providing for relief from void judgments is applicable, relief is not
         discretionary matter, but is mandatory. Orner v. Shalala, 30 F.3d. 1307, (Colo. 1994).
16

17       Judgments entered where court lacked either subject matter or personal jurisdiction,
         or that were otherwise entered in violation of due process of law, must be set aside.
18       Jaffe and Asher v. Van Brunt, S.D.N.Y. 1994. 158 F.R.D. 278.

19       No statute of limitations or repose runs on its holdings, the matters thought to
         be settled thereby are not res judicata, and years later,when the memories may have
20       grown dim and rights long been regarded as vested, any disgruntled litigant may re-
         open the old wound and once more probe its depths. And it is then as though trial
21       and adjudication had never been. Fritts v. Krugh, 92 N.W.2d 604, 354 Mich. 97 (1958).
         [Emphasis added.]
22

23       This not only has the authority to declare the judgment void and discharged, it also has the

24   duty to do so, and, in fact, has no other choice but to do so. In light of the facts before the

25   court, the person acting as judge must act ministerially and should, sua sponte, dismiss or remove

26   this matter from the court with prejudice as it is void AB INITIO. " When acting to enforce a sta-

27   tute and its subsequent amendments to the present date, the judge of the municipal court was acting

28   an administrative officer and not in a judicial capacity; courts in administering or enforcing sta-

1  tutes do not act judicially, but merely ministerially." Thompson v. Smith 154 SE 583.]

2  <div align="center">**CONCLUSION**</div>

3  WHEREFORE, Plaintiff, because the law and the facts are clear and un-

4  ambiguous regarding the magnitude of the void in this ruling, in keeping with

5  lawful precedent and to ensure that all of the civil rights of the Plaintiff

6  are not further violated which would require examination pursuant to USC Title

7  42 § 1983, respectfully request that this Honorable Court, pursuant to the above

8  render an Order for Relief from Judgment, based on the agreement of the parties,

9  which is based upon the prosecutor's/defendant's admissions of constitutional

10 and due process violations, and his admission that the judgment has been dis-

11 charged.

12 I declare under the laws of perjury of the state of California and the

13 United States of America (without the United States), that the foregoing is

14 true, correct, complete and not misleading.

15 Executed this __11__ day of __October__ ,2019.

16

17 By: _Austin Douglas Hemsley_

18 Austin Douglas Hemsley, Third Party interve-
   ner under injury/Sole Beneficiary of

19 AUSTIN D. HEMSLEY Cestui Que Vie trust
   (Signature of Plaintiff)

20

21

22

23

24

25

26

27

28

# PROOF OF SERVICE BY MAIL
## [CCP §§ 1013(a), 2015.5]

STATE OF CALIFORNIA, COUNTY OF <u>SAN JOAQUIN</u>

I am a citizen of the County of <u>SAN JOAQUIN</u>, State of California. I am a citizen of the United States of America. I am over the age of eighteen (18) and not a party to this action. I am a resident of the County of San Joaquin, CDCR# <u>P22813</u>.

My address is:

California Health Care Facility
Facility E, E2B 107U
<u>P.O. BOX 32290</u>

Stockton, Ca 95213

On <u>October</u>, 2019, I served via United States Mail a copy of the following document(s): CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. § 1983 with EXHIBITS: (A) Notice of Motion for enforcement of the Contracts;(B) Private Administrative Remedy Complex No. ADH20189449;(C) Writ of Habeas Corpus. order for release. Affidavit of Truth, California Jurat with Affiant Statement,P.S. Form 3811; (D) P.S. Form 3811 DAted 01/29/19; And (E) Plaintiff's Affidavit of Truth in Support of 42 U.S.C. § 1983. The above-noted legal document(s) was placed in a sealed envelope, with postage thereon fully prepaid, addressed to the person at the address indicated below pursuant to California Code of Civil Procedure Section 1013. I placed the envelope or package in a mailbox or other like facility addressed to:

United States District Court
Central District of California
312 North Spring Street, Room G-8
Los Angeles, California 90012

ATTENTION: PRO SE CLERK

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This document was executed on <u>October 11</u>, 2019 in San Joaquin County, California.

<u>AUSTIN DOUGLAS HEMSLEY</u>
Type or Print Name

Signature

EXHIBITS FOR CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

# EXHIBIT COVER PAGE:

Exhibit: _____A_____

Description of this exhibit: NOTICE OF INTERNATIONAL CLAIM within the Adiralty. Administrative Remedy/Notarial Protest/Notice of Administrative Judgment/certification of Dishonor (5pgs.), Note Of Motion (2 pgs.),NOTICE & DEMAND FOR MANDATORY ADMINISTRATIVE & JUDICIAL NOTICE OF THE FIDUCIARY TRUSTEE OBLIGATIONS (4 pgs.), NOTICE & DEMAND FOR MANDATORY ADMINISTRATIVE & JUDICIAL NOTICE OF PETITIONER'S CONTRACTUAL ACCEPTANCE OF CONSTITUTIONS AND OATHS OF OFFICE OF ALL JUDGES. COMMISSIONER.MAGISTRATES. ATTORNEYS AND CLERKS OF COURT.[Total pages: 21]

Number of pages of this exhibit: ___21___ pages

JURISDICTION:  (Check only one)

_____Municipal Court

_____Superior Court

_____Appellate Court

_____State Supreme Court

__XX__United States District Court

_____United States Circuit Court

_____United States Supreme Court

_____California Department of Corrections, 602 Exhibit.

_____Other:_____

1
2
3
4
5
6

LOS ANGELES COUNTY SUPERIOR COURT, STATE OF CALIFORNIA

7     AUSTIN D. HEMSLEY, Cestui Que Vie trust,        CASE NO. BA160584

8                          Petitioner,

9     and                                              NOTE OF MOTION
      Austin Douglas of the family Hemsley,
10    Sole Beneficiary of the AUSTIN D. HEMSLEY
      Cestui Que Vie trust,
11
12        3rd Party Interest Intervener under injury,

13    v.

      STATE OF CALIFORNIA,
14
15                          Respondent,

16    TO:         CLERK OF THE COURT

17    AND TO:   Prosecuting Attorney's Office

18          Please take notice that the undersigned will bring on for hearing motion for:

19          Verified Petition for Enforcement of the Contract Between the Parties
            In the Nature of a Motion to Vacate Judgment.

20
            The hearing is requested to be held during the regular motion calender on:
21
22                          January 31, 2019
                            Date                        Time
23

24    Nature of Case: Criminal

25

26

27    NOTE OF MOTION _ Page 1

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

DATED this _21_ day of _January_____, 2019

_Austin Douglas Hemsley, Austin Douglas Hemsley_
Austin Douglas of the family Hemsley
Third Party Intervener/Sole Beneficiary of
AUSTIN D. HEMSLEY, Cestui Que Vie trust
c/o Temporary mail location:
c/o AUSTIN HENSLEY, #P22813
California Health Care Facility
P.O. Box 32290
Stockton, CA 95696

## Certification of Mailing

I certify to be true under the penalty of perjury of the laws of the State of _California_
that on this date a true and correct copy of this document was presented to the Prosecuting
Attorney's Office by depositing the same into the mails of the United States, postage pre-paid,
addressed to Jakie Lacey, District Attorney's Office, 320 W. Temple Street, Suite 540, Los
Angeles, California 90012

_Austin Douglas Hemsley_____, _1-21-2019_ , _Stockton_____ , _CA_
Signature _Austin Douglas Hemsley_    Date           City           State

---

## FOR CLERK'S USE ONLY

Assigned to:_____  Date : _____  By:_____
_____

NOTE OF MOTION - Page 2

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP  98 10921

1  Austin Douglas, of the family Hemsley
   c/o Temporary mail location:
2  c/o AUSTIN D. HEMSLEY, #P22813
   California Health Care Facility
3  P.O. Box 32290
   Stockton, CA 95213

4

5

6

7  ────────────────────────────────────────

   LOS ANGELES COUNTY SUPERIOR COURT, STATE OF CALIFORNIA
8  ────────────────────────────────────────

9

10  AUSTIN D. HEMSLEY, Cestui Que Vie trust,          Case No.  BA160584

11              Petitioner,                   NOTICE & DEMAND FOR
                                              MANDATORY ADMINISTRATIVE &
12  v.                                        JUDICIAL NOTICE OF THE FIDUCIARY/
                                              TRUSTEE OBLIGATIONS & DUTIES OF
13  Jackie Lacey,                             ALL JUDGES, COMMISSIONERS, MAGIS-
    Trustee of the Cestui Que Vie trust, and  STRATES, PROSECUTORS, ATTORNEYS &
14  Fiduciary to settle and close the account, CLERKS OF COURT AS FIDUCIARY
15                                            TRUSTEES, & PETITIONER'S
                Respondent,                   APPOINTMENT OF THE SAME TO SETOFF,
16  ──────────────────────────────           SETTLE AND CLOSE THIS ACCOUNT/CASE
17  Austin Douglas of the family Hemsley, Sole
    Beneficiary of the AUSTIN D. HEMSLEY Cestui
18  Que Vie trust,

19  3rd Party Interest Intervener under injury

20

21          Austin Douglas, of the family Hemsley, as the Sole beneficiary of the defendant

22  AUSTIN D. HEMSLEY trust, appearing Specially and not generally, merely for the purpose to give

23  MANDATORY ADMINISTRATIVE & JUDICIAL NOTICE to this Administrative court of the Fiduciary/Trustee

24  duties and obligations of all government officers, including all Judges, Commissioners, Magi-

25  startes, Attorneys and Clerks of Court, and of the Petitioner's Appointment of the same to setoff,

26  settle and close this case.

27  Notice & Demand for Administrative & Judicial Notice of the Fiduciary/Trustee
    Obligations of All Judges, Commissioners, Magistrates, Prosecutors, Attorneys &
    Clerks of Court as Fiduciary Trustee, & Petitioner's Appointment of the Same to
    Setoff, Settle and Close Case/Account No. BA160584 - Page 1



COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)

OSP 08 10924

1   Every government employee is presumed/required to know they are operating in a fiduciary

2   capacity as a trustee of the Public Trust, but it is apparent from their actions they have forgot-

3   ten, either due to ignorance or bad faith. This is Notice to ALL judges, commissioners, magi-

4   strates of this court, attorneys, prosecutor **Jackie Lacey**, and any and all successors or assigns,

5   attorneys and Clerks of Court: You are all hereby appointed as Fiduciary Trustees to setof, settle

6   and close this case/account.

7   Once one enters a public office he becomes a trustee and accepts limited trusteeship to

8   the People of that National State. As there is a Quasi Contract/Constructive Contract to hold

9   that public office in good faith, said trustee need not to be notified or reminded of their Quasi

10  Contract/Constructive obligation when called upon by the Beneficiary to step into such trustee-

11  ship in behalf of the Beneficiary as it would be one from their Administrative Offices that would

12  cause said Trust to be called into question. Any refusal of any Administrative Trustee to accept

13  limited Trusteeship over said Trust upon request of the Beneficiary would cancel any and all

14  claims or allegations of injury made by any administrative party.

15  If for any reason a Licensed Practitioner, whether named or unnamed herein, is required

16  to represent the Beneficiary, said Practitioner takes on the role of Trusteeship and therefore

17  takes on the full responsibility of debt and liability of such action, releasing the Beneficiary

18  of any and all claims and damages.

19  Although the persons identified herein already hold a fiduciary trusteeship, I find it

20  necessary to point this out to them because they have heretofore ignored their lawful fiduciary

21  duties, and are acting/have acted in blatant disregard of those duties. Therefore, I, Austin

22  Douglas, of the family Hemsley, Beneficiary, do hereby appoint <u>all the judges</u> of the above-named

23  court as the principal Fiduciary Trustees, and the <u>Prosecutor, specifically Jackie Lacey,</u> as well

24  <u>as any of his assistants,</u> and any third parties who may intervene, as co - Trustees for any judi-

25  cial or administrative matter in which the AUSTIN D. HEMSLEY Cestui Que Vie trust may be involved,

26  past, present and future, and specifically for Case No. BA160584, and I specifically appoint the

27  Co - Trustees to settle and close the matter of any and all bonds, warrants, securities, hypotheca-

Notice & Demand for Administrative & Judicial Notice of the Fiduciary/Trustee
Obligations of All Judges, Commissioners, Magistrates, Prosecutors, Attorneys &
Clerks of Court as Fiduciary Trustees, & Petitioner's Appointment of the Same to
Setoff, Settle and Close Case/Account No. BA160584 - Page 2


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 08 10924

1    tions and related instruments, hereinafter Account/Cases to date of inception, zeroing the

2    account.

3        Whereas, said fiduciary trustees' responsibilities are to exercise scrupulous good

4    faith and candor towards, and for the benefit and on behalf of Austin Douglas, of the family

5    Hemsley, Grantor and Sole Beneficiary of the AUSTIN D. HEMSLEY Cestui Que Vie trust, the exclu-

6    sive and limited purpose of accepting and receiving all liabilities, accepting and receiving all

7    service of process and other documents, instruments, bonds or other important papers to appear

8    and discharge, settle and close all matters material to The Trust, the same shall be by order

9    of Austin Douglas, of the family Hemsley, Grantor and Sole Beneficiary of the AUSTIN D. HEMSLEY

10   Cestui Que Vie trust, or other delegate or appointee of the Austin Douglas, of the family Hemsley

11   assignments for or on behalf of the principal AUSTIN D. HEMSLEY, and to do all other acts re-

12   quisite to faithfully execute said appointment, fully, faithfully, specially under this appoint-

13   ment.

14       The trustees assume all responsibilty of the debt and liability for said Trust. Said

15   Trustees assume all contractual agreements when the Trust comes into question bu one of their Ad-

16   ministrative Officers who would make claims or allegations of an injury caused by such Trust.

17   Said Trustees assume full responsibility of debt and liabilities of all hidden power of attorney

18   agreements created from the Certificate of Birth or by any other account number given to such

19   Trust by the FEDERAL UNITED STATES as a contract that would be given to that of a UNITED STATES

20   citizen.

21       Beneficiary hereby directs the Co - Trustees to discharge, settle and close all Accounts

22   /Cases and related instruments to date of inception and release Beneficiary from any and all

23   forms of bondage caused by such bonds, warrants, securities, hypothecations and related instru-

24   ments within 72 hours of receipt of this appointment as Trustee or hold the Prosecutor as Co -

25   Trustee responsible for said debt and liability and any and all damages caused in such claims.

26   Co - Trustee is given 72 hours from the date of service of this Notice of Beneficiary to serve

27   Notice & Demand for Administrative & Judicial Notice of the Fiduciary/Trustee
     Obligations of All Judges, Commissioners, Magistrates, Prosecutors, Attorneys &
     Clerks of Court as Fiduciary Trustees, & Petitioner's Appointment of the Same to
     Setoff, Settle and Close Case/Account No. BA160584 -. Page 3

1  notice upon the Beneficiary that all debts of all Accounts/Cases have been discharged and extin-

2  guished and that all obligations relating thereto have been satisfied, or the Co-Trustee will

3  be held to answer for the damages.

4       Any and all appointments to Trusteeship are to be limited to said action, and will con-

5  tinue as Trustees until such time of the closing of such transaction and all account discharges

6  are have been completed, at which time they then are released of said duty, until such time that

7  their trustee services requires them to be called upon again.

8       <u>BREACH OF FIDUCIARY DUTY</u>: Upon the occurrence of any of the following: 1) Your failure

9  to uphold the constitutions to which you have taken an oath to uphold, 2) your failure to have a

10 proper oath timely filed; 3) your violation of any of the Beneficiary's Rights; 4) your violation

11 of any of the rules of procedure and the laws of the Land; 5) any dishonest act by you, and you

12 will be named, in your personal capacity, in a Tort action for breach of fiduciary duties and a

13 criminal complaint which will undoubtedly contain RICO charges. Let it be known, in this particu-

14 lar case, government actors have already committed the above breaches, and therefore, it is ex-

15 tremely important that you correct this situation immediately.

16                              <u>VERIFICATION</u>

17 I, Austin Douglas, of the family Hemsley, Grantor and Sole Beneficiary of the AUSTIN D. HEMSLEY

18 Cestui Que Vie trust, asseverate that the facts enumerated herein are set forth in goof faith

19 with clean hands and that the same are true, correct, complete and not misleading, so certified

20 without the United States.

21 Executed this 21 day of January ,2019

22 By; _Austin Douglas Hemsley_
   Austin Douglas, of the family Hemsley, _Austin Douglas Hemsley_

23 Thrid Party Intervener under injury/Sole Beneficiary of
   AUSTIN D. HEMSLEY Cestui Que Vie trust

24                    Certification of Mailing

25 I certify to be true under the penalty of perjury of the laws of the State of California that on
   this date a true and correct copy of this document was presented to the Prosecuting Attorney's
   Office by depositing the same into the mails of the United States, postage pre-paid, addressed

26 to Jackie Lacey, District Attorney's Office, 320 W. Temple Street, Los Angeles, CA 90012.

27 _Austin Douglas Hemsley_ , _1-21-2019_ , _Stockton_ , _CA_
   Signature  _Austin Douglas Hemsley_   Date         City      State
   Notice & Demand for Administrative & Judicial Notice of the Fiduciary/Trustee
   Obligations of All Judges, Commissioners, Magistrates, Prosecutors, Attorneys &
   Clerks of Court as, Fiduciary Trustees, & Petitioner's Appointment of the Same to
   Setoff, Settle and Close Case/Account No. BA160584 - Page 4


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

1  Austin Douglas, of the family Hemsley
   c/o Temporary mail location:
2  c/o AUSTIN HEMSLEY,#P22813
   California Health Care Facility
3  P.O. Box 32290
   Stockton, CA 95213
4

5

6

   ## LOS ANGELES COUNTY SUPERIOR COURT, STATE OF CALIFORNIA
7

8  AUSTIN D. HEMSLEY,Cestui Que Vie trust,          Case No. BA160584

                    Petitioner,
9                                                   NOTICE & DEMAND FOR MANDATORY
   v.                                               ADMINISTRATIVE & JUDICIAL NOTICE OF
10                                                  PETITIONER'S CONTRACTUAL ACCEPTANCE
   Jackie Lacey,                                    OF CONSTITUTIONS AND OATHS OF OFFICE
11 Trustee of the Cestui Que Vie trust, and         OF ALL JUDGES, COMMISSIONERS, MAGISTRATES,
   Fiduciary to settle and close the account,       ATTORNEYS AND CLERKS OF COURT
12
                    Respondent,
13
   ---
14 Austin Douglas, of the family Hemsley,
   Sole Beneficiary of the AUSTIN D. HEMSLEY
15 Cestui Que Vie trust,

16    3rd Party Interest Intervener under
   injury.
17

18       Austin Douglas, of the family Hemsley, as the sole beneficiary of the defendant AUSTIN

19 D. HEMSLEY trust, appearing Specially and not generally, merely for the purpose to give MANDA-

20 TORY ADMINISTRATIVE & JUDICIAL NOTICE to this Administrative/Legislative court of the Petition-

   er's Contractual Acceptance of the Constitutions and Oaths of Office of all Judges, Commission-
21
   ers, Magistrates,Attorneys and Clerks of Court.
22       Point of Law: All contracts commence with an offer and only become binding upon accept-

23 ance. See: " Contracts " by Farnsworth, third edition, sect. 3.3, pages 112, 113.

24       The organic Constitution of the United States of America, and the Oath of Office of the

   above named, or yet to be named PUBLIC SERVANTS, amounts to nothing more than an offer of an
25
   intention to act or refrain from acting in a specified way between the respective governments
26
   and the private American people and for the other purposes.
27       Be it known by these presents that I, Austin Douglas,of the family Hemsley, do hereby

   accept the organic Constitution of the United States of America and the Oath of Office of the

   named PUBLIC SERVANTS as your open and binding offer of promise to form a firm and binding con-

   Notice & Demand for Mandatory Administrative & Judicial Notice
   of Petitioner's Contractual Acceptance of Constitutions and Oaths
   of Office of All Judges, Commissioners, Magistrates, Attorneys and
   Clerks of Court, Case No. BA160584 - Page 1

tract between the respective governments, their political instrumentalities and the above named PUBLIC SERVANTS and myself in my private capacity.

You swore an oath to uphold and support the Constitution of the United States of America, and pursuant to your oath, you are required to abide by that oath in the Performance of your offical duties. You have no Constitutional or other valid authority to defy the Constitutions, to which you owe your LIMITED authority, delegated to you by and through the People, and to which you swore your oath; yet, by your actions against me, committed acting as an agent/officer of the above - captioned Court, you have perjured your oaths by violating my constitutionally guaranteed Rights and all aspects of due process of law, in particular those rights secured in the Bill of Rights, including, but not limited to, my 4th, 5th, 7th and 9th Amendment Rights.

You have commenced a prosecution against me, a living man, absent subject matter jurisdiction because the People (i.e., sovereign - so named and identified as such by King George III and the U.S. Supreme Court) are not subject to statutes unless named therein. Additionally, you commenced a prosecution against me, a living man, absent an Affidavit of an Injured Party, which is a violation of substantive due process of law. Additionally, you commenced a prosecution against me, a living man, wherein you sold bonds and made profit upon my conviction, which is a conflict of interest, which is a violation of due process, which deprives the court of any subject matter it MAY have had, absent the other violations. Recently you received tender of payment to setoff, settle and close this matter, and you have failed to credit the account with the setoff, and you have failed to release the collateral/prisiner, which is misappropriation of funds, a felony. You have a duty to release the Petitioner NOW, and I demand you do so.

I have a right to bring criminal and civil charges against you in your personal and/or official capacities, as appropriate, for exceeding your LIMITED grant of authority, for breach of fiduciary duty and violation of oath of office, which is constructive treason and sedition.

The foregoing Notice of Acceptance of Constitutions and Oath of Office is made explicitly without recourse and now constitutes a binding contract, and any deviation therefrom will com-

Notice & Demand for Mandatory Administrative & Judicial Notice
of Ptitioner's Contractual Acceptance of Constitutions and Oaths
of Office of All Judges, Commissioners, Magistrates, Attorneys and
Clerks of Court, Case No. BA160584 - Page 2


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-93)
OSP 08 10924

prise your agreement to be sued in your personal and/or official capacities, as appropriate, for Rights violations as stated above.

## VERIFICATION

The undersigned affirms the foregoing statements are true, correct and complete, and in good faith and not meant to harass, pursuant to the Laws of the United States of America.

Executed this 21 day of January ,2019.

By: _Austin Douglas Hemsley_
Austin Douglas, of the family Hemsley
Third Party Intervener under injury/Sole Beneficiary
of AUSTIN D. HEMSLEY Cestui Que Vie trust

## Certificate of mailing

I certify to be true under the penalty of perjury of the laws of the state of California that on this date a true and correct copy of this document was presented to the Prosecuting Attorney's Office by depositing the same into the mails of the United States, postage pre-paid, addressed to Jackie Lacey, Distrcit Attorney's Office, 320 W. Temple Street, Los Angeles, CA 90012

_Austin Douglas Hemsley_, 1-21-2019 , _Stockton_ , _CA_
Signature          Date          City          State

Notice & Demand for Mandatory Administrative & Judicial Notice
of Petitioner's Contractual Acceptance of Constitutions and Oaths
of Office of All Judges, Commissioners, Magistrates, Attorneys and
Clerks of Court, Case No. BA160584 – Page 3


COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 08 10924

1  Austin Douglas, of the family Hemsley
   c/o Temporary mail location:
2  c/o AUSTIN HEMSLEY/HENSLEY, #P22813
   c/o California Health Care Facility
3  c/o P.O. Box 32290
   Stockton, CA 95213

4

5

6

7  ## LOS ANGELES COUNTY SUPERIOR COURT, STATE OF CALIFORNIA

8

9  AUSTIN D. HEMSLEY, Cestui Que Vie trust,

10                          Petitioner,                    Case No. BA160584

11  v.

12  Jackie Lacey,                                     NOITICE & DEMAND FOR MANDATORY
    Trustee of the Cestui Que Vie trust, and         ADMINISTRATIVE & JUDICIAL NOTICE
    Fiduciary to settle and close the account,       OF CONTRACT BETWEEN THE PARTIES
13                                                    AND EVIDENCE THEREOF

14                          Respondent,

15

16  Austin Douglas, of the family Hemsley,           Exhibit A, Copy Certification by Document
    Sole Beneficiary of the AUSTIN D. HEMSLEY/       Custodian with attached NOTARIAL PROTEST
17  AUSTIN HENSLEY Cestui Que Vie trust;             AND NOTICE OF ADMINSIRATIVE JUDGMENT/
                                                     CERTIFICATION OF DISHONOR
18     3rd Party Interest Intervener under Injury.

19

20  1.     Austin Douglas, of the family Hemsley, as the sole beneficiary of the defendant

21         AUSTIN D. HEMSLEY trust, appearing specially and not generally, merely for the

22         purpose to give MANDATORY ADMINISTRATIVE & JUDICIAL NOTICE to this Administrative/

23         Legislative court of the attached contract between said beneficiary of the trust,

           and Jackie Lacey, as trustee and fiduciary agent responsible to settle and close

24         the account. Said contract is attached hereto and incorporated herein by reference

25         as Exhibit A.

26  2.     Exhibit A is a " Notarial Protest and Notice of Administrative Judgment/Certidfi-

           cate of Dishonor " issued by a third party and notarized by an independant notary,

27         and which is evidence of the following contract between the parties:

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP  98 10924

a)  that tender of payment of the charging or accusatory instrument involved in the above - referenced account/case number has been made pursuant to UCC 3-603 and the equivalent state commercial code;

b)  that the tender of payment is satisfactory to discharge the judgment pursuant to the commercial code of the state;

c)  that the Respondent prosecutor accepted appointment as the fiduciary trustee to settle and close this matter, and in fact, had no authority to decline appointment being that, as a government agent he is already a fiduciary trustee;

d)  that the judgment was void from the beginning because of several acts and omissions which violated due process and thereby deprived the court of subject matter jurisdiction; and

e)  that the prosecutor/fiduciary trustee is obligated, as a result of the contract between the parties, to obtain a court order for the defendant's immediate release upon receipt of tender of payment, and also because he has agreed the judgment is void, and he has failed to perform his duty.

3.  Petitioner conditionally accepts the offer that this should be styled a "Judicial Notice" upon proof of claim that this is a judicial court and not a legislative/administrative court, as evidenced by the fact that this court enforces statutes.

>   "...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), acts as mere 'clerks' of the involved agency..." K.C. Davis., ADMIN. LAW, Ch. 1 (CIP. West's 1965 Ed.) "...their supposed 'courts' becoming thus a court of 'limited jurisdiction' as a mere extention of the involved agency for mere superior reviewing purposes." K.C. Davis ADMIN. LAW., P 95, (CIP, 6 Ed. West's 1977) FRC v. G.E., 464; Keller v. P.E.P., 261 U.S. 428.
>
>   **Judicial courts cannot enforce statutes.** Only legislative courts enforce statutes, therefore, anytime the court is enforcing a code or statute, it is an administrative hearing. "**Courts enforcing statutes do not act judicially,**" Thompson v. Smith, 154 SE 579; FRC v GE, 281 U.S. 464; Keller v. PE, 261 US 428.

4.  Petitioner conditionally accepts the offer that the Judge has Judicial immunity in this matter upon proof of claim that he is not enforcing statutes, and therefore not merely a ministerial officer, lacking judicial immunity.

5.  Petitioner conditionally accepts the offer that a judge may or may not take notice of the Mandatory Notice, at his discretion, and that the judge and prosecutor have "good faith immunity" matter, upon proof of claim that good faith immunity does not ultimately rely on presumptions of ignorance, and upon proof of claim that once an administrative official has notice of facts and/or law necessary to prohibit a particular act or require an act in furtherance of justice, if he acts despite that notice, he is not personally liable, and upon proof of claim that the officers of this court

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 08 10924

Notice & Demand for Mandatory Administrative & Judicial Notice
of Contract Between the Parties, Case No. BA160584 - Page 2

have not been so noticed.

Executed this 21 day of January ,2019

By: _Austin Douglas Hemsley_
Austin Douglas of the family Hemsley
Third Party Intervener under injury/Sole Beneficiary
of AUSTIN D. HEMSLEY Cestui Que Vie trust

## Certificate of Mailing

I certify to be true under the penalty of the laws of the State of California that on this date a true and correct copy of this document was presented to the Prosecuting Attorney's Office by depositing the same into the mails of the United States, postage pre-paid, addressed to Jackie Lacey, District Attorney's Office, 320 W. Temple Street, Los Angeles, CA 90012

_Austin Douglas Hemsley_ , 1-21-2019 , _Stockton_ , _CA_
Signature                         Date              City              State

Notice & Demand for Mandatory Administrative & Judicail Notice
of Contract Between the Parties, Case No. BA160584 - Page 3

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 08 10924

# EXHIBIT COVER PAGE:

Exhibit___A_____

Description of this exhibit:   NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE
JUDGMENT/CERTIFICATE OF DISHONOR.

Number of pages for this exhibit:  ___8_____

# NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY ADMINISTRATIVE REMEDY

The State of California

United Staes of America 1776 A.D.

Petition for Agreement and Harmony within the Admiralty in the Nature of a

## NOTICE OF INTERNATIONAL COMMERCIAL CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

### 28 U.S.C. §1333 and §1337

CLAIM No. ADH20189449

NOTARIAL PROTEST AND NOTICE OF ADMINISRATIVE JUDGMENT
CERTIFICATE OF DISHONOR

Claimant:
Austin Douglas of the family Hemsley
Sole Beneficiary of the AUSTIN D. HEMSLEY Cestui Que Vie trust

In care of:
Carolyn DeCosta, Mail Acceptor
c/o 45102 Palm Lane
on Lancaster, CA [Near 93535]
"Non domestic without the U.S."


Respondent/Trustee:
Jackie Lacey or His successor
Trustee of the Public Trust
District Attorney's Office
320 West Temple Street
Los Angeles, CA 90012


Respondent's failure to respond to the PRIVATE ADMINISTRATIVE REMEDY/LAWFUL NOTIFICATION & OPPORTUNITY TO RESPOND, aka ADMINISTRATIVE REMEDY / COMPLEX TRUST NO. ADH20189449 of Austin Douglas of the family Hemsley, has put Respondent in default as witnessed by the Mail Acceptor in the sequence of the following events:

## FINDING OF FACT

1.  In reference to LOS ANGELES COUNTY SUPERIOR COURT, Account/Case No. BA160584, the Claimant served a PRIVATE ADMINISTRATIVE REMEDY / LAWFUL NOTIFICATION & OPPRTUNITY TO RESPOND upon the Respondent, a Trustee of the Public Trust, on or about April 23, 2018, allowing thirty (30) days to respond. Mail Acceptor, Carolyn DeCosta, certifies no timely response was made by Respondent.

2. Within the **PRIVATE ADMINISTRATIVE REMEDY**, Respondent was served a Notice of Fiduciary Trusteeship Duty, Declaration of Status, Memorandum In Support of Private Administrative Process, and True Bill.

3. The Claimant served a **NOTICE OF FAULT - OPPORTUNITY TO CURE** upon the Respondent on or about May 29, 2018 allowing fourteen (14) days to cure. Mail Acceptor, Carolyn Decosta, certifies no timely Response was made by respondent.

4. The Claimant served a **NOTICE OF DEFAULT** upon the Respondent on or about June 29, 2018.

5. The Respondent has Dishonored the **PRIVATE ADMINISTRATIVE REMEDY / LAWFUL LAWFUL NOTIFICATION & OPPORTUNITY TO RESPOND** of Austin Douglas of the family Hensley.

6. This **NOTARIAL PROTEST** is **NON-NEGOTIABLE** and **NOTICE OF ADMINISTRATIVE JUDGMENT** and **CERTIFICATE OF DISHONOR** to which you have admitted the statement, claims, and answers to the inquiries by tacit procuration. This **ADMINISTRATIVE JUDGMENT** is stare decisis, res judicata and collateral estoppel

7. The Third-Party Witness/Mail Acceptor, Carolyn DeCosta, appeared before me under oath and has sworn that she has not received a timely response and answer, by legal definition, or settlement from the Respondent, in behalf of the Claimant, as instructed in the **PRIVATE ADMINISTRATIVE REMEDY.**

8. Austin Douglas of the family,Hensley, is **HOLDER IN DUE COURSE** of this Account and the Commercial Matter contained therein by operation of law and the debt may be recorded on a UCC Financing Statement.

## AFFIDAVIT OF NEGATIVE AVERMENT

As of June 29, 2018, the undersigned Mailing Acceptor has not received a timely response to the Claimant's documents from the Respondent or any other Agents.

## CONCLUSIONS OF LAW

1. Respondent Jackie Lacey is in default, having failed to rebut the Facts & Allegations, or the True Bill presented in the Private Administrative Remedy.

2. As an operation of Law, Jackie Lacey has admitted to the statements and claims contained within the Private Administrative Remedy.

3. Jackie Lacey has a duty to prevent his acts and actions from further injuring Claimant.

4. Jackie Lacey is reminded of Jackie Lacey's Oath of Office contract, the performance of which is secured by Official Bond or surety, and has a duty to take the appropriate action, **SUA SPONTE**, referenced at Judicial Cannon 3(e) and applicable Public Law [42 USC 1986].

## ADMITTED AGREEMENTS

5. Pursuant to the agreement of the parties, Jackie Lacey has agreed to evevrything in the Private Administrative Remedy, the following being only a partial list taken from the Private Administra-

6. The Judgment in Case No. BA160584 is void due to lack of subject matter jurisdiction of the court.

7. Subject matter jurisdiction was never had by the court because there was no Affidavit of an Injured Party placed on the record of the court to initiate the court's jurisdiction.

8. The court was an administrative tribunal enforcing statutes, and not a judicial Article III - type court as guaranteed to the People by the U.S. Constitution.

9. Administrative courts have jurisdiction only over corporations and other fictional entities.

10. It was clear to anyone with eyes to see and ears to hear, that the Claimant/Claimant, is a living, sentient being, not an artificial entity, therefore, the court exceeded its jurisdiction in this instant matter.

11. The Respondent, Trustee of the Public Trust, violated trust law by summoning an artificial entity into an administrative court, and then doing a switch wherein he prosecuted the living man, sentient being, as if he were, in fact, an artificial entity, thus usurping the position of beneficiary to himself, and putting the true beneficiary in prison, thus causing injury to the beneficiary, a clear violation of his trustee position.

12. All of the above, and all of the other violations contained in the Private Administrative Remedy, are clear violations of the Respondent's oath of office and breaches of his fiduciary duties, for which he is liable to the Claimant/Claimant.

13. Respondent Jackie Lacey admits and agrees he is duty - bound by his oath of office to release the prisoner Claimant/Claimant from confinement and any and all condition of supervised release, due to the fact the judgment is VOID.

14. Respondent admits to having committed the following crimes:

| | |
|---|---|
| Impersonating an officer or Violation of Oath of Office; | Theft by deception; |
| Breach of fiduciary duties; | Failure to disclose financial dealings; |
| War against the constitution; | Falsification of accounts by public officer; |
| Sedition; | Malfeasance of office; |
| Constructive Treason; | Tax evasion; |
| Trespass upon the Law; | Kidnapping; |
| Due process violations; | False imprisonment; |
| Conducting sham legal process; | Involuntary Servitude; |
| Misapplication of Codes; | Racketeering; |
| Fraud upon the court; | Mail fraud; |
| Obstruction of Justice; | Perjury; |
| Deprivation of Rights under color of law, 18 U.S.C. §242; | Subordination of Perjury; |
| Conspiracy against Rights pursuant to 18 U.S.C. §241 | Misprison of felony; |
| | Falsification of documents |
| | Conflict of Interest; |

## ASSESSMENT OF ADMITTED DAMAGES

Based upon the findings of fact discovered in, by and through this Private Administrative Process/True Bill, the below damages are assessed:

TRUE BILL Assessment based on Respondent's Default

| | QTY | RATE | AMOUNT |
|---|---|---|---|
| Rights Violations | 28 | 10000.00 | 280000.00 |
| Compensatory Damages | 4 | 280000.00 | 1120000.00 |
| Punitive Damages | 3 | 280000.00 | 840000.00 |
| Unlawful Imprisonment | 7046 | 1600000.00 | 11273600000.00 |
| | | TOTAL DUE | $11276000000.00 |

## NOTARIAL PROTEST CERTIFICATION

1. The HOLDER IN DUE COURSE has recruited the Notary Public, authorized to certify dishonor of PRIVATE ADMINISTRATIVE REMEDY Agreement/Contract, and to present this ADMINISTRATIVE JUDGMENT BY ESTOPPEL IN ACCORDANCE WITH UCC 3-509.

2. This Notarized Document is served to the Respondent for demand for payment on July   ,2018.

3. This Notarized Document is the official CERTIFICATE OF DISHONOR of the Notice of International Commercial Claim within the Admiralty Administrative Remedy, Contract No. ADH20189449.

### NOTICE OF FINAL DETERMINATION
### AND JUDGMENT NIHIL DICIT

THIS IS THE FINAL NOTIFICATION AND JUDGMENT. NO OTHER NOTIFICATIONS WILL BE SENT TO YOU, COLLECTION OF THIS LAWFUL CLAIM, AGAINST YOUR BONDS, INSURANCE POLICIES, 801 - K, CAFR FUNDS, PROPERTIES, OR ANY OTHER SOURCE OF REVENUE TO CURE YOUR DISHONOR IN THE PUBLIC WILL BEGIN IN THREE BUSINESS DAYS[OR AT THE CLAIMANT'S DISCRETION] IF THIS CLAIM IS NOT PAID IN FULL. ADDITIONAL CIVIL DAMAGES AND CRIMINAL CHARGES MAY ALSO BR FORTHCOMING. NON RESPONSE IS A SELF EXCUTING POWER OF ATTORNEY TO FILE LIENS AND ENCUMBRANCES AGAINST ANY AND ALL PROPERTY OF THE RESPONDENT.

JUDGMENT IS SO ENTERED.


The above Affidavit is certified true, correct, complete and certain, under the law of the state of California.

By: _____, Third Party Witness
        Carolyn DeCosta


The Above named Affiant, personally known to me, or provided proper identification, appeared before me a Notary Public, Sworn and Under Oath;


July   ,2018


Notary Public _See Attachment- M.E. Notary Public 07/24/18_
Print Name:
Seal:


Notarial Protest/Notice of Administrative Judgment/ Certification of Dishonor - Page 5

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th day of July , 20 18 , by Carolyn Decosta

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MICHELLE D. EVOLA
Notary Public – California
Los Angeles County
Commission # 2188410
My Comm. Expires Mar 26, 2021

(Seal)                    Signature





Return Receipt Form

SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jackie Lacey
District Attorney
320 West Temple Stre
Los Angeles CA 90012

9590 9402 2777 6351 4963 39

2. Article Number (Transfer from service label)
7018 0680 0001 3264 0875

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from Item 1?  □ Yes
   If YES, enter delivery address below:       □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt

## PROOF OF SERVICE BY MAIL
## [CCP §§ 1013(a), 2015.5]

STATE OF CALIFORNIA, COUNTY OF  SAN JOAQUIN

    I am a citizen of the County of  SAN JOAQUIN  , State of California. I am a citizen of the United States of America. I am over the age of eighteen (18) and not a party to this action. I am a resident of the County of San Joaquin, CDCR# P22813 .

    My address is:

        California Health Care Facility

        _____

        Stockton, Ca 95213

    On January 21 , 2019, I served via United States Mail a copy of the following document(s): NOTICE OF MOTION; NOTICE & DEMAND FOR MANDATORY ADMINISTRATIVE & JUDICIAL NOTICE OF THE FIDUCIARY/ TRUSTEE OBLIGATIONS & DUTIES OF ALL JUDGES, COMMISSIONERS, MAGISTRATES, PROSECUTORS, ATTORNEYS & CLERKS OF COURT AS FIDUCIARY TRUSTEES, & PETITIONER'S APPOINTMENT OF THE SAME TO SETOFF, SETTLE AND CLOSE THIS ACCOUNT/CASE; PETITIONER'S ACCEPTANCE OF OATH AND CONSTITUTIONS; WITH EXHIBIT "A", CERTIFICATE OF DISHONOR The above-noted legal document(s) was placed in a sealed envelope, with postage thereon fully prepaid, addressed to the person at the address indicated below pursuant to California Code of Civil Procedure Section 1013. I placed the envelope or package in a mailbox or other like facility addressed to:

SUPERIOR COURT OF CALIFORNIA               JACKIE LACEY
COUNTY OF LOS ANGELES                   DISTRICT  ATTORNEY'S OFFICE
CRIMINAL JUSTICE CENTER                 320 WEST TEMPLE STREET
OFFICE OF THE CLERK                      SUITE 540
210 WEST TEMPLE STREET                LOS ANGELES, CALIFORNIA 90012
LOS ANGELES, CALIFORNIA 90012

    I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. This document was executed on January 21 , 2019 in San Joaquin County, California.

AUSTIN HEMSLEY
Type or Print Name

*Austin Douglas Hemsley, Authd Rep.*
Signature

EXHIBITS FOR CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

# EXHIBIT COVER PAGE:

Exhibit: _____B_____

Description of this exhibit: Verified Petition for Enforcement of the Contract Between the Parties in the Nature of a Motion to vacate Judgment Based on the Prosecution's Agreement that the Judgment is:1)Set-off, Settled & Closed, and 2) Void Ab Initio; with supportting documents: Judgment to be vacated, Declaration of Status, Administrative Remedy No. ADR20189449 Notice of Fault/Opportunity to Cure, Notice of Default, Contractual Notice and Demand for settlement & Closure of the Account/Escrow, Notarial Protest & Notice of Administrative Judgment/Certificate of Dishonor, and (4) Exhibit pages.

**Number of pages of this exhibit:** ___92___ pages

JURISDICTION:   (Check only one)

_____Municipal Court

_____Superior Court

_____Appellate Court

_____State Supreme Court

__xx__ United States District Court

_____United States Circuit Court

_____United States Supreme Court

_____California Department of Corrections, 602 Exhibit.

_____Other:_____

Austin Douglas, of the family Hemsley
c/o Temporary mail location:
c/o AUSTIN D. HEMSLEY, C.D.C. # P22813
California Health Care Facility
P.O. Box 32290
Stockton, CA 95213

---

### LOS ANGELES COUNTY SUPERIOR COURT, STATE OF CALIFORNIA

| | |
|---|---|
| AUSTIN D. HEMSLEY, Cestui Que Vie trust,<br><br>Petitioner,<br><br>v.<br><br>Jackie Lacey,<br>Trustee of the Cestui Que Vie trust, and<br>Fiduciary to settle and close the account,<br><br>Respondent,<br><br>Austin Douglas, of the family Hemsley, Sole Beneficiary of the AUSTIN D. HEMSLEY Cestui Que Vie trust,<br><br>3rd Party Interest Intervener under injury. | Case No. BA160584<br><br>Verified Petition for Enforcement of the Contract Between the Parties in the Nature of a Motion to Vacate Judgment Based on the Prosecution's Agreement that the Judgment is:<br>1) Setoff, Settled & Closed, and<br>2) Void Ab Initio<br><br>See Court Rule regarding Relief from Judgment<br><br>Exhibit A, Judgment to be vacated<br>Exhibit B, Declaration in Support<br>Exhibit C, Petitioner's Declaration of Status<br>Exhibit D, Administrative Remedy No. ADH20189449; Notice of Fault/Opportunity to Cure; Notice of Default; Contractual Notice & Demand for Settlement & Closure of the Escrow; Notarial Protest and Notice of Administrative Judgment/Certificate of Dishonor |

### RELIEF REQUESTED

Austin Douglas, of the family Hemsley, as the sole beneficiary of the

defendant AUSTIN D. HEMSLEY trust, appearing Specially and not generally,

merely for the purpose to respectfully move the Court for an Order discharging

the judgment in this matter pursuant to the agreement between the parties that

the bonds have discharged the liability in matter, and further, that the judg-

was void from the beginning.

Verified Petition for Enforcement of the Contract Between
the Parties in the nature of a Motion to Vacate Judgment,
Case No. BA160584 - Page 1

All judges, prosecutors, attorneys and clerks of the court are hereby appointed as Fiduciary Trustees to setoff, settle and close this matter. See document entitled "Notice & Demand for Administrative & Judicial Notice of the Fiduciary/Trustee Obligations of All Judges, Commissioners, Magistrates, Prosecutors, Attorneys & Clerks of Court as Fiduciary Trustees, & Petitioner's Appointment of the Same to Setoff, Settle and Close this Case/Account," seperate document in the court file, incorporated herein by reference.

Also see "Notice & Demand for Mandatory Administrative & Judicial Notice of Petitioner's Contractual Accptance of Constitutions and Oaths of Office of All Judges, Commissioners, Magistrates, Attorneys and Clerks of Court," a seperate document in the court file, incorporated herein by reference.

## STATEMENT OF THE CASE AND GROUNDS TO VACATE THE JUDGMENT

1.   There is a maxim of law which states that he who creates a controversy must provide the remedy, therefore, the petitioner has established a contract with respondent, as it was his office which created the controversy, and therefore, his duty to provide the remedy.

2.   Petitioner tendered payment, and a private administrative remedy pursuant to the Administrative Procedure Act, which were served upon the Respondent by an impartial third party witness, requesting that case number BA160584 be setoff, settled and closed, and that the Respondent obtain a court order for his release from custody and all conditions of supervised release, as the matter had been discharged; and in the alternative, upon the Respondent's failure to do so, the petitioner requested the respondent to provide proof of claim of the court's jurisdiction. See Exhibit A for judgment to be setoff/ vacated, attached hereto and incorporated herein by reference.

Verified Petition for Enforcement of the Contract Between the Parties in the nature of a Motion to Vacate Judgment, Case No. BA160584 - Page 2

3.     Respondent was given three seperate notices and opportunities to respond, which is adequate due process. He received the initial Private Administrative Remedy, and was subsequently served with a Notice of Fault/Opportunity to Cure, and then further served a Notice of Default & Contractual Notice & Demand for Settlement and Closure of the Escrow, and then finally an Administrative Judgment signed by an impartial third party witness and notary. In whichcase,was not accepted by the respondent. See Exhibit B, Declaration in Support by third party witness, attached hereto and incorporated herein by reference.

4.     As evidence by the NOTICE & DEMAND FOR MANDATORY ADMINISTRATIVE & JUDICIAL NOTICE OF THE CONTRACT BETWEEN THE PARTIES, and by certified copies of the contract which were issued and witnessed by third parties, both documents incorporated by reference, the record now shows that Austin Douglas Hemsley, as beneficiary of the trust, has a private contract with the State/Plaintiff via Jackie Lacey, wherein Jackie Lacey has contractually agreed to the following:

   a) The judgment is void, for reasons of constitutional and due process violations enumerated in the contract;
   b) tender of payment pursuant to UCC 3-603 and the equivalent state commercial code,has satisfied the obligation of the judgment;
   c) Respondent accepted appointment as the Fiduciary Trustee to settle and close this matter; and
   d) Respondent is contractually obligated to obtain a court order for the release of the defendant from custody and conditions of supervised release.

5.     Respondent agreed that his default, which was by his choice, would comprise his agreemnet with all terms of this trust contract and his waiver of all rights of recourse, appeal, objection, protest, claim or controversy having had opportunity and failed to plead.

6.     Respondent has failed to perform his duties, obligations and responsibilities under the contract, having failed to obtain an order from the court

for the Petitioner's release.

7.    Since the above matters have been agreed upon, and the conditions of the contract have been stipulated, <u>there is longer a controversy before this court.</u>

8.    Therefore, it is now a function and duty of this court to enforce the RECORD that is currently before the court, there being no contradictory record before the court.

9.    In anticipation of the respondent's objections, which he has waived the right to bring up, petitioner conditionally accepts the respondent's failure to credit the defendant's account and obtain an order for his release <u>UPON PROOF OF CLAIM</u> that the tender of the payment did not discharge the obligation pursuant to the law, and proof of claim that his failure to timely point out a defect in the documents/instruments does not lawfully serve as a waiver of the right to do so now, and upon proof of claim that the prosecutor is not now guilty of misappropriation of funds.

10.    In anticipation of the respondent's objections, which he has waived the right to bring up, Petitioner conditionally accepts the respondent's claim that he did not contract with the Petitioner upon proof of claim that pursuant to the law of contracts Petitioner did not have the right to reasonable reliance upon respondent's apparent intent as portrayed by his conduct, and UPON PROOF OF CLAIM that in deciding whether a person agreed to a contract, the law DOES NOT gage intent objectively, that is, it DOES NOT evaluate the person's overt acts, words and conduct to decide whether they reasonably signified an intent ti enter the transaction.

11.    Upon anticipation of the respondent's objections, which he has waived the right to make, petitioner conditionally accepts respondent's

Verified Petition for Enforcement of the Contract Between
the Parties in the nature of a Motion to Vacate Judgment,
Case No. BA160584 - Page 4

claim he had no obligation to rebut any of the allegations presented to him,

UPON PROOF OF CLAIM of the following:

a) that a void judgment cannot be challenged at any time; and

b) that a void judgment cannot be challenged collaterally via a private administrative process;

c) that it is not the prosecutor's duty and obligation to provide ALL the facts that establish the court's jurisdiction, and place them upon the record – even in a collateral attack upon jurisdiction; and

d) that the respondent DOES NOT have an oath of office to uphold the constitutions, which includes due process of law and equal protection under the law; and

e) that his oath of office does not require him to correct any constitutional and due process violations which are pointed out to him; and

f) that his oath does not preclude him from lying to the People whom he serves, even by silence;

g) that his silence, by failure to rebut, with truth, fact and law, the constitutional and due process violations which were alleged, is not, under the law of contracts, an admission that such violations exist, and are, therefore, grounds to vacate the judgment; and

h) that the petitioner is not, under the law of contracts, entitled to reasonable reliance upon the respondent's failure to rebut with truth, fact and law in support, as instructed; and

i) that equal protection of the law would not require the respondent to be equally held to all requirements of the law to which the petitioner is held, including the law of contracts, and the principles of default, both of which this court exercises against defendants ALL THE TIME, wherein if a defendant remains silent when he should speak in order to avoid the appearance of waiving a right, the court assumes a right to be waived upon the silence of the defendant; and when the defendant defaults, the court enforces the default.

12. The judgment of this court was entered on or about December 2, 1998.

13. Petitioner's administrative remedy is res judicata.

14. Failure of Respondent to respond in this matter is stare decisis.

15. Petitioner's administrative remedy is ripe for judicial review, and there are no facts in controversy.

## EVIDENCE RELIED UPON IN ADDITION TO EVIDENCE IN COURT FILE

Evidence relied upon is the contract between the parties, which is attached as Exhibit D and incorporated herein by reference. This is the contract which the court is duty-bound to enforce. Additional evidence is the Notice & Demand for Mandatory Administrative Notice of the Contract Between the Parties ("administrative" because this court is administrative, not judi-

cial, as evidence by the U.S. Supreme Court's declaration that a court/judge that enforces statutes is not acting in a judicial capacity), incorporated herein by reference, and Exhibit C Declaration in Support, attached hereto and incorporated herein by reference.

The court's subject matter jurisdiction was challenged, on the administrative record, within petitioner's administrative remedy to the prosecutor. See Exhibit C and D. The prosecutor has the duty to place all facts of jurisdiction upon the record as a necessary requirement of due process of law. Therefore, by the prosecutor's failure to do so, jurisdiction has not been proven. A court "cannot confer jurisdiction where none existed and cannot make a void proceeding valid." Gowdy v. Baltimore and Ohio R.R. Company, 385 Ill. 86, 92, 52 N.E.2d 255 (1943). Without such evidence, no such jurisdiction can be presumed to exist.

It is a matter of common knowledge that this court is not a judicial court enforcing the common law, but merely an administrative court enforcing statutes, and having no affidavit of an injured party on the record of the court to invoke judicial subject matter jurisdiction, this court failed, pursuant to Article III Section 2 of the Constitution of the united States of America as amended in 1791 with the Bill of Rights as the declared Supreme Law of the Land, to conform to and function pursuant to this specific Article of the Constitution by ensuring that the matter involving the Petitioner/Defendant in error be presented and heard in a judicial proceeding conducted in a proper venue thereof, thereby insuring that Petitioner/defendant in error's day in court and the lawful deciding of this matter be preserved. See Johnson v. Zerbst, 304 U.S., 458, 469. "If the Bill of Rights is not complied with, the court no longer has jurisdiction to proceed. The judgment...pronounced by a court without jurisdiction is void."

The person acting as Judge in this Matter, acted in contradiction to Article VI Section 2 of the National Constitution, i.e., "This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." Therefore, the judge has perjured his sworn and subscribed official Oath by his action on the record and thereby made this court Constitutionally defective and without lawful authority to render any decision, in open court and on the record by failing to ensure that this proceeding be conducted in a court that conformed to and functioned in accordance with Article III Section 2 of the Federal Constitution as the only court that can hear matters of the People, Austin Douglas Hemsley being the People in this matter.

See Cooper v. Aaron, 358 U.S. Ct.1401,3 L.Ed. 2d 5 (1958) 'State government officials are bound to comply with Supreme Court rulings and court orders based upon the Supreme Court's interpretation of the Constitution, The United States Constitution is the supreme law of the land per the Supremacy Clause of Article VI. In Marbury v. Madison, the federal judiciary was declared the supreme authority with respect to Constitutional interpretation. Marbury v. Madison has been respected by this Court and the nation as a permanent and indispensable component of the government.

## AUTHORITY

The authority for the court to vacate judgment is the Court Rule which says, as paraphrased, "The judgment has been satisfied, released, or discharged ...or it is no longer equitable that the judgment should have prospective application," and "the judgment is void." The agreement between the parties fulfills all these conditions.

There are four type of jurisdiction, but if the court lacks subject matter jurisdiction, or if the court loses subject matter jurisdiction through any violation of due process, the court then does not have in rem jurisdiction

over the thing, does not have in personam jurisdiction over the party, and does not have venue jurisdiction. A lack of subject matter jurisdiction deprives the court of ALL jurisdiction, and makes the judge personally liable for the injury caused by his decisions in the matter. As this court knows or should know, subject matter jurisdiction cannot be waived through error, mistake or inadvertence. It either exists or does not exist, and cannot be waived by the defendant's ignorance.

In this instant matter, the parties have agreed the matter has been setoff, settled and discharged, and therefore the judgment has been satisfied and discharged, and it is no longer equitable that the judgment should have prospective application, but that is secondary to the fact the parties have agreed the judgment was void from the beginning due to the prosecution's failure to properly invoke the court's subject matter jurisdiction, and because due process violations deprived the court of any subject matter jurisdiction it may have presumed it had. The agreement of the parties has settled this matter, leaving the court no alternative but to dismiss this case pursuant to the agreement of the parties.

It is not the court's responsibility prove it has subject matter jurisdiction, and where a judge arbitrarily claims the court has jurisdiction, he is voilating the defendant's right to due process of law. It is, in fact, the plaintiff's responsibility to prove, on the record, that jurisdiction exists, and jurisdiction can be challenged at any time, even years later, and even collaterally, as in a private administrative process, as was done herein. It is the petitioner's right to challenge jurisdiction, and it is the plaintiff/prosecutor's duty to prove it exist. The respondent herein was given the opportunity to put the facts of jurisdiction on the admini-

strative record, but acquiesced by tacit procuration to the fact that the constitutional and due process violations alleged by the petitioner did, in fact, occur, and did, in fact, deprive the court of subject matter jurisdiction, which is now the record before the court.

> While voidable orders are readily appealable and must be attacked directly, void order may be circumvented by collateral attack or remedied by mandamus, Sanchez v. Hester, 911 S.W.2d 173, (Tex.App.- Corpis Christi 1995).

> The law provides that once State and Federal Jurisdiction has been challenged, it must be proven. Main v. Thiboutot, 100 S.Ct. 2502 (1980).

> Void judgment under federal law is one in which rendering court lacked subject matter jurisdiction over dispute or jurisdiction over dispute or jurisdiction over parties, or acted in manner inconsistent with due process of law or otherwise acted unconstitutionally in entering judgment, U.S.C.A. Const. Amed. 5, Hays v. Loisiana Dock Co., 452 N.E.2D 1383 (Ill.App. 5 Dist. 1983). [Emphasis added.]

## JUDGE'S DUTY

The judge's duty is to enforce claims. The contract between the parties is _now the record of the case_, and the judge has a ministerial duty to enforce the contract, there being no contradictory record before the court. The judge has _no judicial immunity should he fail to perform his ministerial duty_. Nor does the ju7dge have discretion when it comes to vacating a void judgment:

> When rule providing for relief from void judgments is applicable, relief is not discretionary matter, but is mandatory. Orner v. Shalala, 30 F.3d 1307, (Colo.1994).

> Judgments entered where court lacked either subject matter or personal jurisdiction, or that were otherwise entered in violation of due process of law, must be set aside. Jaffe and Asher v. Van Brunt, S.D.N.Y. 1994. 158 F.R.D. 278.

> No statute of limitations or repose runs on its holdings, the matters thought to be settled thereby are not res judicata, and years later, when the memories may have grown dim and rights long been regarded as vested, any disgruntled litigant may reopen the old wound and once more probe its depths. And it is then as though trial and adjudication had never been. Fritts v. Krugh, 92 N.W.2d 604,354 Mich.97 (1958). [Emphasis added.]

This court not **only has** the authority to declare the judgment void and discharged, it also has the duty to do so, and, in fact, has no other

Verified Petition for Enforcement of the Contract Between
the Parties in the nature of a Motion to Vacate Judgment,
Case No. BA160584 - Page 9

choice but to do so. In light of the facts before the court, the person act-
ing as judge must act ministerially and should, sue sponte, dismiss or re-
move this matter from the court with prejudice as it is void AB INITIO.
"When acting to enforce a statute and its subsequent amendments to the pre-
sent date, the judge of the municipal court is acting as an administrative
officer and not in a judicial capacity; <u>courts in administering or enforcing</u>
<u>statutes do not act judicially, but merely ministerially.</u>"Thompson v. Smith
154 SE 583.

## DEMAND

WHEREFORE, Petitioner, because the law and the facts are
clear and unambiguous regarding the magnitude of the void in this ruling,
in keeping with lawful precedent and to ensure that all of the civil rights
of the Petitioner are not further violated which would require examination
pursuant to USC Title 42 § 1983, respectfully demands this Court, pursuant
to the above, render an Order for Relief from Judgment, based on the agree-
ment of the parties, which is based upon the prosecutor's admissions of
constitutional and due process violations, and his admission that the judg-
ment has been discharged.

I declare under the laws of perjury of the state of California and the
United States of America (without the United State), that the forgoing is
true, correct, complete and not misleading.

Excuted this __28__ day of _January_ ,2019.

By: _Austin D. Hemsley_
Austin Douglas of the family Hemsley
Third Party Intervener under injury/
Sole Beneficiary of AUSTIN D. HEMSLEY
Cestui Que Vie trust

Verified Petition for Enforcement of the Contract Between
the Parties in the nature of a Motion to Vacate Judgment,
Case No. BA160584 - Page 10

## Certification of Mailing

I certify to be true under the penalty of perjury of the laws of the State of California that on this date a true and correct copy of this document was presented to the Prosecuting Attorney's Office by depositing the same into the mails of the United States, postage pre-paid, addressed to Jackie Lacey, District Attorney's Office, 320 W. Temple Street, Los Angeles, CA 90012.

Signature _____   DOA, 1/28/2019   Los Angeles   CALIF.
Date   City   State

Verified Petition for Enforcement of the Contracts Between the Parties in the nature of a Motion to Vacate Judgment, Case No. BA160584 – Page 11

# EXHIBIT COVER PAGE:

Exhibit___A_____

Description of this exhibit: JUDGMENT TO BE VACATED

Number of pages for this exhibit:   1 Page_____

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT**
**INDETERMINATE SENTENCE**

FORM CR 292

[X] SUPERIOR
[ ] MUNICIPAL
[ ] JUSTICE

COURT OF CALIFORNIA, COUNTY OF **LOS ANGELES**

COURT (I.D.) **19,0,0,D,1** BRANCH OR JUDICIAL DISTRICT: **CENTRAL CRIMINAL**

**FILED**
LOS ANGELES SUPERIOR COURT

DEC - 9 1998

JOHN A. CLARKE, CLERK
BY D. HERNANDEZ, DEPUTY

PEOPLE OF THE STATE OF CALIFORNIA versus
DEFENDANT: **HENSLEY, AUSTIN**
AKA:

[X] PRESENT [ ] NOT PRESENT

BA160584 - A
- B
- C

COMMITMENT TO STATE PRISON [ ] AMENDED - D
ABSTRACT OF JUDGMENT [ ] ABSTRACT - E

| DATE OF HEARING (MO) (DAY) (YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 12-02-98 | 106 | ANDREW KAUFMAN | M CALVIN |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| C YOUNG | K H MODDER | F GIANNINI | X1711831 |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:

[ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____ (NUMBER OF PAGES) _____

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | CONVICTED BY JURY | TRIAL | PLEA | CONVICTED | SENTENCING | 654 PC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187(A)* | MURDER 1ST | 97 | 10 | 30 | 98 | X | | | | | |
| 2 | PC | 211 | ROBBERY | 97 | 10 | 30 | 98 | X | | | | | X |
| 3 | PC | 209(B) | KIDNAP FOR ROBBERY | 97 | 10 | 30 | 98 | X | | | | | X |

2. ENHANCEMENTS charged and found true TIED TO SPECIFIC COUNTS (mainly in the § 12022-series) including WEAPONS, INJURY, LARGE AMOUNTS OF CONTROLLED SUBSTANCES, BAIL STATUS, ETC.: For each count list enhancements horizontally. Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add up time for enhancements on each line and enter time total in right-hand column.

| Count | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12022(A)(1) | 1 | | | | | | | | | 1 |
| | | | | | | | | | | | |
| | | | | | | | | | | | |
| | | | | | | | | | | | |

3. ENHANCEMENTS charged and found true FOR PRIOR CONVICTIONS OR PRIOR PRISON TERMS (mainly § 667-series) and OTHER: List all enhancements based on prior convictions or prior prison terms charged and found true. If 2 or more under the same section, repeat it for each enhancement (e.g., if 2 non-violent prior prison terms under § 667.5(b), list § 667.5(b) 2 times). Enter time imposed for each or "S" for stayed or stricken. DO NOT LIST enhancements charged but not found true or stricken under § 1385. Add time for these enhancements and enter total in right-hand column. Also enter here any other enhancement not provided for in space 2.

| Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Enhancement | Yrs. or "S" | Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | | | | | | | | |

4. Defendant was sentenced to State Prison for an indeterminate term:
   A. [X] For LIFE WITHOUT THE POSSIBILITY OF PAROLE on counts __1__
   B. [ ] For LIFE WITH POSSIBILITY OF PAROLE on counts _____
   C. [ ] For 15 years to life, WITH POSSIBILITY OF PAROLE on counts _____
   D. [ ] For 25 years to life, WITH POSSIBILITY OF PAROLE on counts _____
   E. [ ] For other term prescribed by law on counts _____ (Specify term on separate sheet if necessary.)
   PLUS enhancement time shown above.

5. [ ] Indeterminate sentence shown on this abstract to be served [ ] consecutive to [ ] concurrent with any prior incompleted sentence(s)

6. Other Orders: (List all consecutive/concurrent sentence relationships, fines, etc. if not shown above)
   [X] The Court advised the defendant of all appeal rights, in accordance with rule 470, California Rules of Court. (AFTER TRIAL ONLY)

PAY RESTITUTION FINE $20,000.00 SECTION 1202.4(B) PENAL CODE. ($10,000. IS SUSPENDED UNLESS AND UNTIL THE DEFENDANT VIOLATES PAROLE.)
MAKE RESTITUTION TO THE FAMILY OF THE VICTIM, AUNDRA BOYKINS, SECTION 1203.04 PC FOR FUNERAL AND BURIAL EXPENSES PROVIDED THE FAMILY SUBMITS A WRITTEN CLAIM WITH SUPPORTING DOCUMENTATION BY 04-01-99. IF THE COURT RECEIVES A CLAIM FOR RESTITUTION, IT WILL HOLD A RESTITUTION HEARING AND COUNSEL WILL REPRESENT THE DEFT'S INTERESTS.
7. (Use an additional page if necessary) THE PEOPLE ARE TO PROVIDE NOTICE TO THE FAMILY OF THE VICTIM.

8. EXECUTION OF SENTENCE IMPOSED:
   A. [X] AT INITIAL SENTENCING HEARING
   B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
   C. [ ] AFTER REVOCATION OF PROBATION
   D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT (PC § 1170(d))
   E. [ ] OTHER _____

9. | DATE OF SENTENCE PRONOUNCED (MO) (DAY) (YR) | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS |
   |---|---|---|---|---|---|
   | 12-02-98 | 719 | INCLUDING: | 626 | 93 | [ ] DMH [ ] CDC |

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
    [X] FORTHWITH
    [ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

    INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
    [ ] CALIF. INSTITUTION FOR WOMEN—FRONTERA
    [ ] WASCO
    [ ] OTHER (SPECIFY)
    [ ] CCWF—CHOWCHILLA
    [ ] SAN QUENTIN
    [X] CALIF. INSTITUTIONS FOR MEN—CHINO
    [ ] R.J. DONAVAN
    [ ] DEUEL VOC INST.

**CLERK OF THE COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE | DATE |
|---|---|
| D.H.HERNANDEZ [signature] | DECEMBER 9, 1998 |

This form is prescribed under Penal Code § 1213.5 to satisfy the requirements of § 1213 for indeterminate sentences. Attachments may be used but need not be referred to in this document.

Form Approved by the Judicial Council of California Effective January 1, 1992

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – INDETERMINATE**
CR 292

Rev. C. § 1213

DISTRIBUTION        PINK COPY—COURT FILE        YELLOW COPY—DEPARTMENT OF CORRECTIONS        WHITE COPY—ADMINISTRATIVE OFFICE OF THE COURTS

# EXHIBIT COVER PAGE:

### Exhibit B

Description of this exhibit: DECLARATION IN SUPPORT OF PTITION TO VACATE JUDGMENT.

Number of pages for this exhibit: 3 PAGES

Austin Douglas, of the family Hemsley
c/o Temporary mail location:
c/o AUSTIN HEMSLEY/HENSLEY, #P22813
California Health Care Facility
P.O. Box 32290
Stockton, CA 95213

Exhibit B

---

## LOS ANGELES COUNTY SUPERIOR COURT, STATE OF CALIFORNIA

AUSTIN D. HEMSLEY, Cestui Que Vie trust,
               Petitioner,

v.

Jackie Lacey,
Trustee of the Cestui Que Vie trust, and
Fiduciary to settle and close the account,

               Respondent,

---

Austin Douglas, of the family Hemsley,
Sole Beneficiary of the AUSTIN D. HEMSLEY
Cestui Qui Vie trust,

3rd Party Interest Intervener under injury

Case No. BA160584

### DECLARATION IN SUPPORT OF PETITION TO VACATE JUDGMENT

---

## DECLARATION

Declarant Carolyn DeCosta, being over the age of 18 and competent to testify, and having firsthand knowledge of the facts herein, does make the following statements.

1.     Declarant, acting in behalf of petitioner/third party interest intervener, did, on or about April 24, 2018, cause the following to be mailed to Jackie Lacey, the Respondent, via certified mail number 7017 1450 0001 0426 8358, and by a notary: 1) Private Administrative No.

Declaration in Support of Petition to Vacate
Judgment, Case No. BA160584 – Page 1

ADH20189449 to setoff, settle and discharge account number BA160584;
2) petitioner's Declaration of Status; and 3) Notice of Fiduciary
Trusteeship Duty, appointing the respondent as the fiduciary trustee
to setoff, settle and discharge the aforementioned account, with in-
structions to respond within 30 dats by sending his response in care
of the Declarant as the third party witness.

2.   No response was received from the respondent, no rebuttals to the
allegations contained within the administrative remedy were issued.

3.   On or about May 29, 2018, Declarant caused to be mailed to respondent,
via notary, a Notice of Fault/Opportunity to Cure, reminding respon-
dent of his duty/opprtunity to respond, again with instructions to
send his response in care of the Declarant as the third party witness.

4.   No response was received from the respondent.

5.   On or about June 29, 2018, Declarant caused to be mailed to respondent
via notary, 1) a Notice of Default outlining some of the contractual
items to which the respondent had bound himself, and 2) a Contractual
Notice and Demand for settlement & Closure of the Account.

6.   No response was received from respondent.

7.   On or about July 24,2018, Declarant caused to be mailed to respondent,
via notary, a Notarial Protest and Notice of Administrative Judgment/
Certificate of Dishonor, signed by Declarant attesting to the facts,
and notarized, in which case, the document was returned back to the
Declarant.

8.   Declarant is the record keeper of the originals, and will issue cer-
tified copies of the documents for the court's review under seal.
Further Declarant saith not.

I certify pursuany to the laws of perjury of the State of California,

and the United States of America, the above statements are true, correct, complete and not misleading.

Executed this 28 day of January , 2019, On Lancaster, on California.

_____
Carolyn DeCosta, Declarant
c/o Temporary Mail Location
c/o 45102 Palm Lane
Lancaster, California 93535

California, the landed nation )
) ss          **VERIFICATION**
Los Angeles, the county )

Before me, a Notary Public for state and county listed above, personally appeared Carolyn DeCosta, personally known to me (or proved to me on the basis of satisfactory evidence) to be the party whose name is subscribed to the within instrument, and being duly sworn according to law did affirm and subscribe to the foregoing pursuant to the laws of perjury of The State of California, and the United States of America on this 25th day of January , 2019. Purpose of Notary is for witneeing a sworn statement, and not for entering into a foreign jurisdiction/venue.

WITNESS my hand and official seal.

_____
Anglica Iboa   1/28/2019

A notary public or other officer completing this certificate verifies only the ide..ity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles
Subscribed and sworn to (or affirmed) before me this 28th day
of January, 2019. by Carolyn
DeCosta , proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

ANGELICA IBOA
Notary Public – California
Los Angeles County
Commission # 2210430
My Comm. Expires Aug 18, 2021

Declaration in Support of Petition to Vacate
Judgment, Case No. BA160584 – Page 3

# EXHIBIT COVER PAGE:

Exhibit  c

Description of this exhibit: PETITIONER'S DECLARATION OF STATUS THE
LAW OF THE CASE.

Number of pages for this exhibit:   6 Pages

Austin Douglas, of the family Hemsley
c/o Temporary mail location:
c/o AUSTIN D. HEMSLEY, C.D.C. # P22813
California Health Care Facility
P.O. Box 32290
Stockton, CA 95213

Exhibit C

LOS ANGELES COUNTY SUPERIOR COURT, STATE OF CALIFORNIA

AUSTIN D. HEMSLEY, Cestui Que Vie trust,

Petitioner,

v.

Jackie Lacey,
Trustee of the Cestui Que Vie trust, and
Fiduciary to settle and close the account,

Repsondent,

Case No. BA160584

PETITIONER'S
DECLARATION OF STATUS
THE LAW OF THE CASE

Austin Douglas, of the family Hemsley,
Sole Beneficiary of the AUSTIN D.
HEMSLEY Cestui Que Vie trust,

3rd Party Interest Intervener under
Injury.

DECLARATION OF STATUS

1.   Declarant, Austin Douglas, of the family Hemsley, certifies and states
     the following.

2.   Declarant is a free inhabitant on the Land of North America, being the biological cre-
     ation of, and property of the Most High God, having incarnated on the Land of this
     earth, owing allegiance to none other than my Creator, and having no need for any other
     "government."

3.   Declarant vehemently denies being a corporation or an animal.

4.   Declarant is a living, breathing, sentient Man, nonresident, not in contract, non-
     resident to the United States (term of art "including" Washington, D.C., Puerto Rico,
     Virgin Islands, Guam...), not in the state of the forum, not a "person," not an
     ARTIFICIAL PERSON, and not a U.S. citizen; exempt from any and all identifica-
     tions, treatments, and requirements as such pursuant to any process, law, code, or

statute or any color thereof pertaining to ARTIFICIAL PERSONS, LEGAL PERSONS OR OTHER ARTIFICIAL ENTITIES.

5. Declarant is not aware of any agreement on record making Declarant a Registered Agent or trustee for any ARTIFICIAL PERSON by the name of AUSTIN HEMSLEY, AUSTIN D. HEMSLEY, AUSTIN HENSLEY, or similar name, authorizing or obligating Declarant to receive services of process for, or to answer for, such ARTIFICIAL PERSON, and believes no such evidence exists.

6. Declarant is not a res-ident of, nor an employee of, nor a member of, any government.

7. Declarant NOTICES that in these united States of America the authority of any and all governments resides in the People, the Natural men and women, on the land, for government is a fiction of the mind, and can only be created by the People, effected by the People and overseen by the People for the benefit of only the People; and, as a fiction, government cannot be an injured party plaintiff, nor can it contract with, nor reach parity with flesh and blood People.

8. Declarant NOTICES the Declaration of Independence specifies that our Rights are unalienable; they cannot be transferred or taken from us.

9. Declarant further NOTICES all government actors occupy a fiduciary position to the People, and any breach of those fiduciary duties is a violation of their oath of office, which in turn is an act of constructive treason, and sees no evidence to the contrary.

10. Declarant NOTICES that the sale of bonds by the court, wagering on the outcome of the judgment, is a conflict of interest which violates due process, which then deprives the court of subject matter jurisdiction, thus making the judgment void, and I see no evidence to the contrary.

11. Declarant NOTICES that government, being a fictional entity, interacts only with fictional entities, and in order to do this, government has created a Cestui Que Vie trust for every individual, giving it it an all uppercase name, summoning that all uppercase name/articial entity into its administrative courts as the defendant, where statutes are enforced, and can only be enforced, against government agencies, government actors, and artificial entities, and the deceptively treating the beneficiary, i.e., the Living Man, as the trustee, in order to overcome the Supreme Court ruling that Living Men and Women cannot be made subject to the statutes unless named therein, all in breach of their fiduciary duties.

> "While sovereign powers are delegated to... the government, sovereignty itself remains with the people," Yick Wo v. Hopkins, [188 U.S. 356, at 370 (1886)] [Emphasis added.]

> "Under our system, the People, who are there [in England] called subjects, are here the sovereign. Their Rights, whether collective or individual, are not bound to give way to a sentiment of loyalty to the person of monarch. The

Citizen here [in America] knows no person, however near those in power, or however powerful himself to whom he need yield their rights which tha Law secures to him." **United States v. Lee, [106 U.S. 204(March 3rd, 1989)] [Emphasis added.]**

"The term 'person' does not include the 'sovereign' and for the sovereign to be bound to that statute, the 'sovereign' must be specifically named."
"In common usage the term 'person' does not include the sovereign, [and] statutes employing the [word] are ordinarily construed to exclude it." Will, supra at [S.Ct. 2308] (brackets in original); citing, Wilson v. Omaha Indian Tribe, [442 U.S. 653, 61 L.Ed.2d 153, 99 S.Ct. 2529 (1979)]; quoting, United States v. Cooper Corporation [312 U.S. 600,604(1941)]; see also, United States v. United Mine Workers of America [330 U.S. 258, 91 L.Ed. 884, 67 S.Ct. 667 (1947)].

12.  Declarant further NOTICES that Declarant is not a party to the constitution, has no oath to the constitutions, and is not subject to the constitutions, and therefore, is not subject to the legislature and/or Congress created by said constitutions, and therefore cannot be made subject to any of the laws, rules and regulations created by said legislature or Congress, because government can only regulate what it creates,such as government agencies and corporations; whereas the government is not, nor can ever be considered, greater than its Creators, the People, and I see no evidence to the contrary.

13.  Declaration of Trust: Declarant, Austin Douglas of the family Hemsley, makes claim to the Cestui Que Vie trust identified as AUSTIN D. HEMSLEY, AUSTIN HENSLEY, or similar name. I am the grantor of said trust due to my signature on some government document which created said trust, and I am the Beneficiary of said trust. Anything my signature is on is res of the trust. I hereby make claim to all the proceeds and property(res) of said trust. Any government actor who comes in contact with said trust is acting as a trustee in regard to said trust, and had better heed this Declaration of Trust. Any breach of fiduciary trustee duties will be prosecuted.

14.  Declarant at all times claims all and waives none of his/her God-given, inherent, unlimited, unalienable, secured and guaranteed Rights pursuant to the Declaration of Independence, the Articles of Confederation, Constitution of the united States of America as ratified 1791 with the Articles of the Amendments, and the State constitution.

15.  Declarant NOTICES that the Constitution of the united States of America as ratified 1791 with the Articles of the Amendments, Article VI paragraph 2, states: "This Constitution and Laws of the united States which shall be made in Pursuance thereof; and all Treaties made, under authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding." (emphasis added)

16.  While the constitution is the supreme law of the land to which government actors are bound by oath, and which limits the authority of government actors, Declarant NOTICES " In the beginning God created the heaven and earth" (Genesis 1:1). It is without debate the Consti-

COURT PAPER
STATE OF CALIFORNIA
STD. 113 (REV. 3-95)
OSP 98 10924

tution did not create heaven and earth, so the constitution cannot be the law of the land as far as the People are concerned. Only He who creates, El Elyon the Most High, is the Law of the Land. " And He is before all things, and by Christ, not the Constitution, all things consist" (Colossians 1:17). Christ is before the Constitution, and by Christ, not the Constitution, all things consist, and therefore, the constitution notwithstanding, God's law is the ultimate Supreme Law of the Land.

17. Declarant further NOTICES as a matter of their lawful compliance to the referenced Constitution, any of the People while functioning in any Public capacity, in return for the trust of the People, are granted limited; delegated authority of and by the People, with specific duties delineated in accordance thereof, and shall only do so pursuant to a lawfully designated sworn and subscribed Oath of Office and any and all bonds required thereof.

18. Declarant further Notices that the only court lawfully authorized by the People pursuant to said Constitution to hear matters in controversy of the People, civil or criminal, is a court that conforms to and functions in accordance with Article III, Section 2, of the national Constitution in which all officers of said court have and abide by their sworn and subscribed oaths of office supporting and defending the Rights of the People, and which all matters are heard in accordance with all aspects of due process of law only, and only Trial by Jury (not jury trial), and in keeping with Amendments V, VI and VII.

19. Declarant NOTICES that the current state and federal governments are denying Declarant Rights guaranteed to him/her, and required of the federal and state governments, by the constitution for the United States, namely; 1) access to an Article III court and 2) a Republican form of government.

20. Declarant NOTICES: 1) all state and federal courts are now legislative/administrative tribunals operated by the executive branch of government, which neither complies with a Republican form of government, nor an Article III type of court; and 2) all courts are now commercial in nature, being listed on Dun & Bradstreet as for-profit corporations, which is definitely not a Republican form of Government, and a conflict of interest, thus both represent Rights Violations inconsistent with the Supreme Law of the Land.

21. Declarant futher NOTICES that pursuant to the constitution and the God - given Rights secured and guaranteed therein, said constitution is established to ensure that the dominion granted by God to all People on this Land shall endure, and shall ensure forever that this People on this Land be free from any and all slavery, enticement to slavery/indentured servitude, tyranny, and oppression under color of any law, statute, code, policy, procedure, or of any other type of inferior authority to the Constitution and the Bill of Rights and the Declaration of Independence, as well as all state constitutions.

22. Declarant takes notice of Thompson v. Smith, 154 SE 579;  FRC v. GE, 281 US 464; Keller v.

PE, 261 US 428, wherein it is stated "Courts enforcing statutes do not act judicially," which leaves all judges enforcing statutes without judicial immunity.

23. Article III courts of common law which require an Affidavit of an injured party be placed upon the record of the court in order to invoke the court's subject matter jurisdiction, and without such subject matter jurisdiction, the court has no jurisdiction at all, and since it is not common practice in administrative courts do not do that, it is plain to see that judges who enforce statutes have no immunity because they have no subject matter jurisdiction.

24. Declarant sees no evidence to indicate that pursuant to the Constitution, state and national, Declarant can be compelled, manipulated, extorted, tricked, threatened, placed under duress, coerced, or so effected under color of law, by any Natural Person, who individually or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Declarant's Rights, or to act in contradiction thereof, or to act in opposite of the moral conscience and dominion granted Declarant by God; or can Declarant be deprived of any of these Rights, privileges, and immunities, except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Declarant and thereby committing numerous crimes, requiring lawful punishment therefrom.

25. If a contract is being relied upon for jurisdiction, Declarant demands said contract be presented to Declarant, so it may be challenged on the grounds of fraud, lack of full disclosure, and lack of consideration.

26. Declarant further NOTICES that lack of full disclosure when compelling alleged "benefits" (i.e., imposing a code) upon the People in furtherance of government schemes to deprive the People of their property and rights in property, as in failure to disclose the contractual nature of the "benefit", or any losses of Rights and/or property that will result by compliance with any code, is a dishonest act, a breach of fiduciary duty, a violation of oath of office, the taking of Rights, property and/or rights in property without just compensation, enticement to slavery, sedition and constructive treason, as stated by the courts.

27. Declarant reserves the right to amend this Declaration from time to time as deemed necessary and as Declarant's Knowledge increases.

Further, Declarant sayeth naught,

## NOTICE TO RESPOND

Notice is given to any and all who may have evidence of rebuttal, to rebut this Declaration by Affidavit or Declaration of your own, sworn under penalty of perjury, within 10 days or be collaterally estopped from proceeding against Declarant. It is prima facie evidence that everybody stipulates to this Declaration , if they do not rebut it. My fee for proceeding with any matter which would prejudice my Rights, in the absence of a rebuttal by sworn

1   affidavit or declaration, with supporting evidence to the contrary, is $ 10,000.00 per day,

2   payable by the named plaintiff and his attorney.

3       I certify pursuant to the laws of perjury of The State of California, and the United

States of America, the above statements are true, correct, complete and not misleading.

4

5       Executed nunc pro tunc to December 5, 1990.

6   By: _Austin D. Hemsley_

7   Austin Douglas of the family Hemsley
    Third Party Intervener under injury/Sole

8   Beneficiary of AUSTIN D. HEMSLEY Cestui Que
    Vie trust

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   Petitioner's Declaration of Status, Case No. BA160584 – Page 6

# EXHIBIT COVER PAGE:

Exhibit _D_____

Description of this exhibit: Administrative Remedy No. ADH20819449; Notice of Fault/Opportunity to Cure; Notice of Default,Contract-ual Notice & Demand for Settlement & Closure of the Escrow; Notarial Protest and No-tice of Administrative Judgment/Certificate of Dishonor.

Number of pages for this exhibit: _66 Pages_____

USPS CERTIFIED MAIL No. 7017 1450 0001 0426 8358

PRIVATE ADMINISTRATIVE REMEDY
LAWFUL NOTIFICATION & OPPORTUNITY TO RESPOND

Claimant:
Austin Douglas, of the family Hemsley
Sole Benficiary of the AUSTIN D. HEMSLEY, Cestui Que Vie Trust

date: 4-23-2018

Respondent Trustee:
Jackie Lacey, or his successor
Trustee of the Public Trust
Distrct Attorney's Office
320 West Temple Street
Los Angeles, CA 90012

Property to be released:
Inmate No. P22813
Austin D. Hemsley

Current Location of Property:
California Health Care Facility
Facilty E, E2B-107u
P.O. Box 32290
Stockton, California [95213]

REF:    LOS ANGELES COUNTY SUPERIOR COURT
        Account/Case No. PA160584

PRIVATE--TRUST LAW--NON-NEGOTIABLE
PRIVATE  BETWEEN  THE  PARTIES
-NOT FOR PUBLIC FILING-
ADMINISTRATIVE/REMEDY / COMPLEX TRUST NO. ADH20189449

Notice to Agent is Notice to Principal/Notice to Principal is Notice to Agent
Silence is Acquiescence, Agreement and Dishonor
For Discharge, Settlement and Closure
This is a self-executing contract in Equity

This Administrative Remedy, to which you are subject and required to
answer pursuant to the Administrative Procedure Act, state and feder-
al as applicable, comes to you because you and/or your office bruoght
the above-referenced case into court (created the constructive trust)
on behalf of the State, or United States, as applicable, which charged
the Cestui Que Trust, thus initiating the constructive trust. A maxim
of law states: "Whoever creates the controversy holds the liability,
and whoever holds the liability must provide the remedy."

Private Administrative Remedy - Page 1

The intent herein is the discharge of the "judgment/debt," as well as discharge of the defendant/debtor, if honorably accepted by you. If dishonorably rejected, the conclusion may be a tort action or Title 42 lawsuit, depending on your ability or inability to rebut the Statements of Facts & Allegations contained herein. The Administrative Process is the root of the legal deposition process wherein questions are asked of the Plaintiff, defendant and witnesses under oath and all proof expected to be presented at trial is challenged. Concessions are made and acknowledged, so that the only matters actually tried, are the matters or issues that could not be resolved by the deposition process. This is not meant as harassment. It is an attempt to honorably resolve a legal matter which was dishonorably handled by your office in the first instance.

ACKNOWLEDGMENT OF DEBT: Claimant is acknowledging the debt in regard to the above referenced court case, in whatever amount specified. I am in agreement, and there is no controversy regarding the debt regarding the Cestui Que trust. However, the Beneficiary has suffered damages, and also needs reimbursement.

DECLARATION OF PUBLIC TRUST: I declare the Declaration of Independence as my trust. I am one of the beneficiaries thereof, and those persons occupying positions in government have a limited grant of authority, as trustees of the Public Trust, and therefore, each and every government actor has a duty and obligation to protect the Rights of the Beneficiaries of the trust. The Declaration of Independence states My Rights cannot be diminished, transferred, or aliened.

DECLARATION OF CESTUI QUE VIE TRUST: I declare I am the grantor of the constructive trust known as Case No. BA160584 in LOS ANGELES COUNTY SUPERIOR COURT, and I amm also the sole beneficiary due to the fiduciary relationship the plaintiff has to me.

ORDER FOR SETTLEMENT OF CASE NO. BA160584: I hereby Order you as my Fiduciary Trustee, to take the proceeds of the GSA bonds, which you and/or the court sold, and apply those funds to settle and close this account by discharging the debt on the Public side, and doing a set off of the debt on the private side. Return the remainder of the assets to me, the Beneficiary

ORDER TO MERGE TITLES IN CONSTRUCTIVE TRUST NO(s):BA160584, This constructive trust is hereby terminated by the merging of the titles the grantor and the beneficiary being one and the same, the debt having been satisfied, both on the public side and the private, and the Fiduciary Trustee having been ordered to disburse the proceeds of the trust to the beneficiary. The Fiduciary Trustee will give the beneficiary the disbursement because there is no longer a trust, and should you fail in your duty, you become PERSONALLY liable because there is no trust protection for you now. See enclosed copy of the Notice of Fiduciary Trusteeship Duty appointing YOU as the current Fiduciary Trustee in this instant matter. It is imperative that the Fiduciary Trustee settle and close this matter immediately and obtain

Private Administrative Remedy - Page 2

the order for the release of the Claimant.

Have I left anything out that would prevent you from doing what I ordered? If so, give me the form and information I need to complete this matter.

GOVERNMENT IS A TRUST, YOU ARE A TRUSTEE, I AM A BENEFICIARY, Confirmed by 5 CFR 2635.101 re "Basic obligation of public service," which states "Public service is a public trust." The court has previously construed the trust on its own terms, treating me as the trustee, when, in fact, I am the beneficiary. The Declaration of Independence, in establishing the terms of the Public Trust, prohibits the court from transferring my Rights and aliening my property. In the past I have made mistakes because I was ignorant to the facts, but I am awoke now. Even though I made mistakes, not realizing a trust existed, not knowing I was the grantor and the beneficiary, and not knowing what government actors were doing to steal the trust res. I still cannot transfer my Rights under the Declaration of Independence, and you can't alien them. Mistakes can be corrected, and I hereby declare that I have always been the grantor and the beneficiary of the AUSTIN D. HEMSLEY Cestui Que trust, Nunc pro tunc to my 18th birthday, prior mistakes due to ignorance notwithstanding. You still have an ibligation to perform pursuant to your Fiduciary duties, as a trustee of the Public Trust, and as trustee of this particular constructive trust under Case No. BA160584, and pursuant to your Oath of Office which prohibits you from taking a Living Man, one of the People, into an administative court instead of the constitutionally-guaranteed Article III court of common law.

Revocation of Signature: Claimant hereby revokes his/her signature on all of the court documents, and any other documents associated with Case No. BA160584 on the grounds of mistake, lack of full disclosure, and fraud perpetrated against Claimant.

### PRIVATE ADMINISTRATIVE REMEDY

This Private Administrative Remedy becomes applicable upon failure of the Respondent to discharge both the alleged debt as well as the defendant/prisoner from confinement or conditions of supervised release.

This communication is lawful notification to you, Jackie Lacey, Prosecuting Attorney in the state of California, and is hereby made and sent to you pursuant to the Federal Constitution, specifically, the Bill of Rights, in particular, Amendments I, IV, V, VII, IX and X, and the Declaration of Rights of the California State Constitution, and pursuant to your Oath, and requires your written rebuttal to me, specific to each and every point of the subject matter stated herein, within 30 days, via your own sworn and notarized affidavit, using fact, law and evidence to support your rebuttal of the specific subject matter stated in this communication. You are hereby noticed that your failure to respond, as stipulated herein, and rebut, with particularity and specificity, anything with which you disagree in this communication, will comprise your lawful, legal and binding agreement with and admission to the fact that everything attested to inthis Administrative Remedy is true, correct, legal, and fully binding upon you

Private Administrative Remedy - Page 3

in any Court in America, without your protest or objection, or that of those who represent you.

This communication is lawful notification to you that you are corresponding with one of the People of these united States of America. I will be monitoring, maintaining a record, and evaluating any and all communications and actions by all parties specific to this matter pursuant to my God granted rights secured and guaranteed by the U.S. Constitution specific to the Bill of Rights and the California State Constitution and the associated Declaration of Rights.

The existing infringements and any further infringements of my guaranteed and secured rights that have been committed and may be committed in the future, on your part or by any other parties with whom you have affiliation, and any additional injury therefrom, will be scrutinized pursuant to 42 U.S.C. §1983 and 18 U.S.C. §241-242 at minimum. You are hereby noticed that I am proceeding accordingly.

In order to help dispel any confusion and to keep you from demonstrating blatant negligence in your position as a servant to the People, which is felony perjury of your Oath under which you act, please read your state or federal constitution, as applicable, regarding oaths of office. It is your responsibility to know what it says. You should also be aware that violations under this Oath are felony perjury, which is insurrection, sedition, and constructive treason against the Constitution and the People. You do not have a lot of discretional latitude in your job description. You are bound by constitutional limitations in what you can do. If you act outside of that limited authority, you become an imposter and trespasser upon the law, and you become individually exposed to criminal and civil suit for your actions.

## IMMUNITY IS NOT UNLIMITED

The U.S. Supreme Court in Scheuer v. Rhodes, 416 U.S. 232, 94 S.Ct. 1683, 1687 (1974) Stated:"that when a state officer acts under a state law in a manner violative of the Federal constitution, he"comes into conflict with the superior authority of that Constitution, and he is in that case stripped of his official or representative character and is subjected in his person to the consequences of his individual conduct. The State has no power to impart to him any immunity from responsibility to the supreme authority of the United States." By law, a prosecutor is a state officer. The prosecutor then acts as a prosecutor, but as a private individual (in his person). Violation of oath of office, trespass, treason.

The U.S. Supreme Court has stated that: "No state legislator or executive or judicial officer can war against the Constitution without violating his undertaking to support it." Cooper v. Aaron, 358 U.S. 1, 78 S.Ct. 1401 (1958). Any judge or prosecutor who does not comply with his oath to the Constitution of the United States wars against that Constitution and engages in acts in violation of the Supreme Law of the Land. Any judge or prosecutour who has acted in violation of the Constitution is engaged in an act or acts of treason. If a

judge or prosecutor does not fully comply with the Constitution, then his orders are void. In re Sawyer, 124 U.S. 200 (1888), he/she is without jurisdiction, and he/she has engage in an act or acts of treason.

Owens v. City of Independence, 445 US 622, 100 S.Ct. 1398; Maine v. Thiboutot 448 US 1, 100 S.Ct.2502; Hafer v. Melo, 502 US 21; Officers of the Court have no immunity, when violating Constitutional right, from liability, for they are deemed to know the law.

"Ignorance of the law does not excuse misconduct in anyone, least of all in a sworn officer of the law." In re McCowan 177 c. 93, 170 P. 1100 (1917).

"An officer who acts in violation of the Constitution ceases to represent the government." Brookfield Const. Co. v. Stewart, 248 F.Supp 94.
No immunities, neither absolute nor limited protect the Respondents, its/their employees, officers, agents and co-parties in the commission of acts of bad faith against Claimant. See AmJur2nd, Volume 17(A), clause #298, " No immunities will protect a person who acts in bad faith."

It is bad faith when one prosecutes a trust and puts the Beneficiary in prison, and then profits from it. Any claim of "immunity" is a fraud because, if valid, it would prevent removal from office for crimes against the people, which removal is authorized or even mandated under U.S. Constitution Article 2, Section IV; as well as 18 U.S.C. 241, 42 U.S.C 1983, 1985, 1986, and the state Constitutions.

Precedents of Law established by court cases, which are in violation of law, render violations of law legally unassailable. Such a situation violates several, specifically stated intents and purposes of the Constitution set forth in the Preamble; to establish justice, insure domestic tranquility, and secure the blessings of liberty. For judges, or anyone in any branch of government.
Acts in breach of fiduciary duty by public officers give rise to personal liability to the public officer(s). Acts of public officers, fiduciaries, which unjustly enrich said officers or a third party give rise to a constructive trust in favor of the beneficiaries or cestui que vie trust for restoration and restitution.

"As already pointed out, the charges made by plaintiff's against the trustee are centered in the claim that the interests of the trustee conflicts with the duties it owes to the beneficiaries. It is a cardinal rule that the welfare of the cestui que trust is the focal point of every consideration of duty and loyalty of the trustee... Since a trustee is fiduciary of the highest order and is charge with the utmost fidelity to his trust, he must refrain from creating situations where his own interests are brought into conflict with those of the trust, and from doing those things which would tend to interfere with the exercise of a wholly disinterested and indepnedent judgment. In accepting a trust, the trustee is presumed to know the obligations and limitations connected with his high office and, if he trespasses/transgresses, he must abide by the consequences." Manchester v. Cleveland Trust Co.,95 Ohio App. 201, 210-211, 114 N.E.2d 242, 247-248 (1953).

"the citizen is NOT at the mercy of his servants holding positions of public trust nor is he helpless to secure relief from their machinations except through the medium of the ballot, the pressure of public opinion or criminal prosecution." Driscoll 86 A.2d at 222. Whenever the acts of public officers fail to conform to the standard imposed by the fiduciary relationship in which they stand to the public, relief will be available in the civil courts. Marjac, L.L.C. v. Trenk, D.N.J., 2009 WL2143686.

PUBLIC HAZARD BONDING & OATH OF OFFICE OF CORPORATE AGENTS - FOIA REQUEST. It has been observed most public servants are serving "public policy" and "public administration" of the "laws" and enforcing those laws to protect the CORPORATION, to the disinterest and detriment of the People to whom they are liable. You may have taken an oath of office to the CORPORATE STATE, but you are required to FIRST take an oath of office to the De jure Republic state, which is the People's venue. This is my Freedom of information Act Request for a certified copy of both of your Oaths of Office, the De jure and the corporate, as well as a FOIA request for the name, address and telephone number of your public hazard and malpractice bonding company and the policy number of the bond and a copy of the policy describing the bonding coverage of your specific job performance. All officials are required by federal, state, and municipal law to provide such information upon request. Failure to provide this information constitutes corporate and limited liability insurance Fraud (15 U.S.C.). Send this information to the above-named Claimant immediately, at the mail location of the Third Party witness provided below, to ensure it is not confiscated by prison personnel.

IF YOU FAIL TO PROVIDE COPIES OF YOUR OATH(S) OF OFFICE, your failure will comprise your admission they do not exist, and I will take appropriate action with a claim against your performance bond based soley on your admission by failure to provide PROOF OF CLAIM, so fail not herein. Failure to provide your bond insurance information will not prevent me from filing a claim against your performance bond.

Sadly, even if you do have both oaths of office in place, taking a second oath to the corporate state would appear to cancel or disavow the first oath to the De jure Republic because a man cannot serve two masters. If that is the case, you have no constitutional oath of office, and therefore, when dealing with the People, Living Men and Women of the Republic, such as I, you are an imposter and a trespasser upon the Law.

Persons without proper Oaths do not and cannot have proper Bonds, or satisfy the necessary requirements to "hold" a bona fide "Office" by commission, election, or appointment. In short, an Officer or Office Holder cannot but "occupy" the office under false and misleading pretense, misrepresentation, and FRAUD, which strips the individual of lawful authority and immunity under well-seasoned law of the land and sea. Bonds that are attached to such juristic "persons" are subject to claim and lien, after "adequate assurance of due performance" has been found lacking pursuant to U.C.C. 2-619. A proper Oath and Bond are but  two of the three primary "Poles" of "Office" [Oath, Bond,

Commission]. One cannot act upon being "duly appointed" or "Duly elected" or "duly commissioned" simply by incorporation and corporate administrative process.

Lacking the mandatory Oath creates liability against the bond of the STATE (or UNITED STATES, as applicable), and aagainst you, yourself. Breach of any underlying writing of the STATE, or State, or state, as an offer to contract, is a certain "injury in fact" giving rise to a "material injustice" and resultant liability. There is no longer any question about "risk analysis" or "damage assessment." The only real issue is "HOW MUCH IS THE INJURY WORTH"? WHAT PENALTIES should be compelled above the mere "pecuniary" or monetary relief to be sought? Treble damages? Punitive damages? Civil or Criminal or BOTH?

Once three complaints are filed against any bond, assuming they are with merit and well supported by fact and law of the breach of fiduciary duty, the bond is always pulled or revoked. The servant at risk, by assuming the responsibilities of operating in any official capacity or by employment, can no longer be underwritten as a "No Risk" or "Low Risk" contract. One incident of "breach" or operating "ultra vires," or "without the law," causes the immunity provisions of the written law to cease to be effective, because when one violates the law as a public servant, one's immunity blanket ceases to apply, thereby leaving the insurer or bondsman or bond issuer exposed to the liability arising from the servant's acts, which under any "breach of law authority" causes or gives rise to an injury which is a civil or criminal commercial liability. There is no immunity for breach of fiduciary duties.

It is furyher axiomatic that: "Where a liability in equity arises due to injury by any party, and that party does not also provide a "remedy" for said liability, the injured party has the right and standing to create his own remedy."

CORPORATE ADMINISTRATIVE PROCESS (administrative courts) lacking bona fide Constitutional nexus is without "law authority," and therefore has no nexus to the constitutionally protected Right of due process. Hence, any act or action taken against anyone by any alleged official, officer, agent or employee lacking such nexus is subject to CLAIM and/or COUNTER-CLAIM. The claim, once perfected after exhausting administrative remedy, is brought against the Bond, and the DUN & BRADSTREET rating of that corporate person will be affected as a consequence. This administrative remedy is to seek claim on the basis of protest, dispute, redress, relief, and remedy.

It is no secret that all government entities at this time are corporations, and that all courts in this country are now legislative/administrative, and not judicial in nature. The Delegates to the Federal Convention specifically voted against granting the Federal Government the power and authority to create corporations, upon the motion of James Madison. [See: James Madison Journal of the Federal Convention, Vol.2 page 722]. Therefore, all government corporations, agents and agencies created by our representatives are a usurpation of power and subsequently unconstitutional, i.e., having no authority or jurisdiction over any of the American People.

## YOUR DUTY TO RESPOND

As stated above, YOU have a duty to respond to this administrative remedy. Pursuant to the Administrative Procedures Act, whatever I have asked you to do, you must do, or tell me why you cannot do it, or why you have no duty under your oath of office and your fiduciary duties to do so. Additionally, you are obligated to respond pursuant to the contractual obligation which the prosecutor's office and the court created by selling bonds in the defendant's name, and by obtaining defendant's signature on documents which the court deems to be contracts for imprisonment, and by your Fiduciary Trustee status. This document is a contract between the two of us; whatever you fail to rebut, with evidence in support, becomes the agreement between the parties.

Time to respond. You have 72 hours to: 1) exhibit a court order for the immediate release of the prisoner; or 2) send a written request for more time. If for any reason you are not willing to obtain a court order for the release of the prisoner, WITH OR WITHOUT THE REVENUES FROM THE BONDS that your office or the court sold in the defendant's name to discharge the debt, and as one of the People whom you swore to serve pursuant to your sworn Oath of Office. I demand and require that you respond, within (30) days from receipt, by providing your PROOF OF CLAIMS in rebuttal to all of the items listed in the Statement of Facts & Allegations under section II below, as a requirement of due process. Each numbered item must be rebutted, item by item, with truth, law, facts, and supporting evidence, by affidavit or declaration sworn under penalty of perjury to be true, correct and complete, An incomplete rebuttal of any item, failure to rebut any item, failure to provide the law and evidence in rebuttal, will be considered a non-response in the entirety.

WAIVER OF RECOURSE AGAINST FIDUCIARY TRUSTEE: The prisoner, shall be released without recourse against YOU, the Fiduciary Trustee, no later than 5:00 p.m. on the third (3rd) day following receipt of this administrative remedy

This opportunity to respond is your opportunity to enjoy your due process right. If you fail to respond, you may not be granted opportunity to address these matters in court without the possibility of sanction.

SEND RESPONSE TO: It is necessary that you send your response to me via the following third party witness, who will certify your response, or lack thereof. Failure to follow instructions will be considered a non-response. Any questions may be directed to my Third Party Witness.

        c/o Carolyn DeCosta, Third Party Witness
        c/o 45102 Palmlane
        on Lancaster, CA [93535]
        Non domestic without the U.S.

## DEFAULT

Failure to attend to the matters attached, and exhibit the results of such matters, along with all associated transactions within the time frame given above, or in the alternative, your failure to provide the requested PROOF OF CLAIMS as stipulated above, will be certified, and will comprise your agreement and acceptance of your default confessions, stipulations and admissions which are provided under the Facts & Allegations section as a default should you fail to prove otherwise. Your default will also comprise your agreement with all terms of this contract; your agreement that the Claimant is unlawfully restrained of his/her Liberty and should be released immediately; and your waiver of all rights of recourse, appeal, objection, protest, claim or controversy having had the opportunity and failed to plead. More time to respond will be granted upon receipt of your written request for more time, received in a timely manner by the Third Party Witness at the mail location above.

With the intent of being contractually bound, your failure to provide the requested information herein, and to fully rebut the Facts & Allegations below, on a point-by-point basis, sworn under penalty of perjury, with supporting evidence, within the prescribed time frames will comprise your admission you are acting outside the scope of lawful authority and , therefore, have no "perceived immunity" of any type specific to this matter. By your own actions, in your official and/or individual capacities, it can be concluded you have intended to defraud, coerce, and/or manipulate me, and or cause injury to me, in clear violation of my secured and guaranteed Rights pursuant to the Federal and State Constitutions. Failure to release the prisoner will comprise your confession to a breach of contract, violation of Oath of Office, false imprisonment, malfeasence of office, and other crimes and Rights violations enumerated herein, and will comprise your approval of the use of reports and complaints, and your agreement with the amount of the True Bill, and your agreement to the arrest of your bond, and to the use of any and all collection methods at my disposal.

**Failure to release Property:** Failure to release the Claimant from custody or conditions of supervised release, in the absence of a proper rebuttal of all the items under the Facts & Allegations section, as stipulated above, will initiate a claim for damages in the amount of One Million Six Hundred Thousand Dollars ($ 1,600,000.00) per day of unlawful incarceration or conditions of supervised release under Case No. BA160584 to which defendant has been subjected. This is a lawful evaluation based on TREZEVANT v. CITY OF TAMPA, 741 F.2d 336, 11th Cir. 1984 which equals $584,000,000.00 per year.

**CO-CLAIMANT FEES:** The commercial liability for any party seeking the privilege of being joined as a co-Claimant to this Trust Contract is hereby established at Fifty Million Dollars ($50,000,000.00) per each action which attempts to impair the Claim or stultify the Claimant.

**JOINDER FEES** The commercial liability per each offer to accept, share, partake in, and enjoy the privileges, benefits, responsibilities and liabilities of the Trust Contract thereby joining as a principal hereto whether  by event of impairment or stultification of the Contract

Private Administrative Remedy - Page 9

or the principals is $10,000,000.00 per event, upon Notice of Joinder to the Contract. Any party seeking a joinder to the Claim is entitled to receive Notice of Trespass on Claim or Notice of Impairment of Claim or Notice of Joinder to the Claim and a (10) day opportunity to cure the impairment/stultification. In the event you seek such a jionder to the Claim, you agree to pay the joinder fee within ten (10) days of presentation of a True Bill. If you fail to timely pay the True Bill, you agree that a right of lien has been created and perfected against you.

TRESPASS: All parties to the Contract agree that a hostile presentment by the defaulting party to Claimant/Beneficiary or assignee, either written or oral, is a criminal act and a trespass upon the Trust Contract requiring the imposition of one or more applicable Joinder Fees and the party or parties are to be added to a list of Successor Surties.

## Self-Executing Contract/Security Agreement in Event of Default

By this Notice, upon the default of the Respondent to his constitutional duties, Respondent consents and agrees that any futher restraint of the Claimant's Liberty, constitutes unlawful incarceration, and admits all the Rights violations enumerated herein, and agrees to be contractually bound as described herein, and as required by his constitutional oath of office and his good-faith Performance Bond. Respondent, by tacit procuration, i.e., his silence and failure to object hereby:

(1)     grants Claimant the right to attach a security interest in the Respondent's good-faith Performance Bond in the amount to cover the sum of the total amount of the True Bill enclosed and itemized below, plus compensatory and punitive damages;

(2)     authenticates this Security Agreement wherein Respondent is debtor and Claimant is Secured Party, and wherein Respondent pledges his Performance Bond;

(3)     grants Claimant the right to sue Respondent in the District Court of the United States for the balance of the damages incurred and reported on the True Bill enclosed and itemized below, including compensatory and punitive damages;

(4)     waives all defenses, and admits to all the facts and allegations stated herein for which he fails to provide evidence in rebuttal thereof;

(5)     appoints Claimant as Authorized Representative for Respondent, effective upon Respondent's default re Respondent's contractual obligations in favor of Claimant as set forth below under "Default" terms, granting Claimant full authorization and power for engaging in any and all actions on behalf of Respondent including, but not limited by, authentication of a record on behalf of Respondent, as Secured Party, in Secured Party's sole diacretion, deems appropriate, and Respondent further consents and agrees that this appointment of Secured Party as Authorized Representative for Respondent, effective upon Respondent's default, is irrevocable and coupled with a security interest.

MEMORANDUM OF RECORD: "...an instrument embodying something that the parties desire to fix in memory by the aid of written evidence, or that is to serve as the basis of a future formal contract, the designation of the written agreement, which must exist to bind the parties:

AS TO SIGNATURES: See accommodation--UCC-3-419.

Claimant has the right to exercise exclusive remedy via Tort Claim or Title 42 action for any and all alleged, stipulated and confessed injuries including but not limited to violation of Oath of Office (to the Supreme Law of the Land), violation of Due Process of Law. Misapplication of statute, constitutional impermissible application of statute and law, fraud, fraud of scienter and otherwise.

<u>Terms for Curing Default:</u> Respondent may comply with his constitutional duties and obtain an order for the release of the Claimant at any time, but as time is of the essence, once the Performance Bond has been attached it will likely be too late to recall it.

## SPECIFIC PERFORMANCE

The Respondent has violated the law by the following acts or omissions:

1. Impersonating an Officer or Violation of Oath of Office;
2. Breach of Fiduciary Duties;
3. War against the constitution;
4. Sedition;
5. Constructive treason;
6. Trespass upon the law;
7. Due Process Violations;
8. Conducting sham legal process;
9. Misapplication of codes;
10. Fraud upon the court;
11. Obstruction of Justice;
12. Deprivation of Rights under color of law, 18 USC §242;
13. Conspiracy against Rights pursuant to 18 USC § 241;
14. Conflict of interest;
15. Theft by deception;
16. Failure to disclose financial dealings;
17. Falsification of accounts by public officer;
18. Malfeasance of office;
19. Tax evasion;
20. Kidnapping;
21. False imprisonment;
22. Involuntary Servitude;
23. Racketeering;
24. Mail fraud;
25. Perjury;
26. Subordination of perjury;
27. Misprison of felony;
28. Falsification of documents.

## DECLARATION CERTIFIED TRUE, CORRECT & COMPLETE

I, the natural Living man presenting testimony herein, the undersigned Declarant/Claimant, with first-hand knowledge and competent to testify, do depose and state as follows:

## I. PARTIES

The Claimant/Declarant is:
Austin Douglas of the family Hemsley
c/o Temporary mail location:
c/o AUSTIN D. HEMSLEY #P22813
California Health Care Facility
Facility E, E2B-107u
P.O. Box 32290
Stockton, California [95213]

The Respondent is:
Jackie Lacey, dba Prosecuting Attorney
Trustee of the Public Trust
District Attorney's Office
320 West Temple Street
Los Angeles, CA 90012

Private Administrative Remedy - Page 11

## II. STATEMENT OF FACTS AND ALLEGATIONS

1. Unless rebutted by affidavit or declaration sworn true, correct and complete, with evidence in support. Claimant and Respondent hereby agree to the following facts.

2. The term "artificial persons" does mean: Persons created and devised by human laws for the purposes of society and government, as distinguished from natural persons. Corporations are examples of artificial persons. Black's Law Dictionary 6th Ed.

3. Pursuant to the rules of grammar, an artificial person is identified wtith an all capital name, i.e., "JOHN JOSEPH JONES, as in a corporation, trust or dead person, while a natural man is identified with a name spelled in upper and lower case letters, i.e., "Capitalized," as in "John Joseph Jones."

4. The natural man was born with unalienable rights, and is NOT as a matter of fact, a corporate U.S. citizen.

5. A natural man cannot be reduced to the condition of an artificial person.

6. Claimant is a Private Living man on the Land of this nation.

7. Claimant is not a trust, a corporation, an artificial entity, artificial legal person or animal.

8. Claimant is not now, and never has been, an accommodation party, nor a fidiciary for the purported "AUSTIN D. HEMSLEY Cestui Que trust, nor for any derivative of, nor for any variation in the spelling of, said name, nor for any other juristic person.

9. Claimant, i.e., the Living Man and Beneficiary of the AUSTIN D. HEMSLEY Cestui Que trust, was prosecuted as if he was the legal fiction cestui que trust, which is a violation of trust law, and a violation of Respondent's fiduciary duties as a Trustee of the Public Trust, and a violation of his oath of office.

10. Another way of interpreting what the court did is to look at the Collective Entity Rule. The theme of the collective entity rule states: Brasswell v. United States, 487 U.S. 99 (1988); qouting, United States v. White, 322 U.S. 694 (1944) ;Which States: "But individuals, when acting as representatives of a collective group, cannot be said to be exercising their personal rights and duties, nor be entitled to their purely personal privileges. Rather they assume the rights, duties and privileges of the artificial entity or association of which they are agents or officers and they are bound by its obligation." This rule is being used by the courts to PRESUME a waiver of rights by the natural man, without full disclosure to the natural man.

11. An example: The judge calls the name of JOHN JOSEPH JONES, which is the name on the complaint, and which is a constructive entity as well as a constructive trust/cestui que trust. The judge is anticipating the natural man John Joseph Jones, will answer for the entity (because the natural man is ignorant of what is going on), and thereby provide the court with the necessary presumption that said natural man is knowingly volunteering to accept participation in the collective entity process as the primary party in question, thereby taking responsibility of all charges as read.

12. The above scenario is a violation of due process of law because it is done without full disclosure to the natural man. Hardly any informed man or woman would volunteer to give up their God-given natural Rights to answer for a legal fiction which was contrived by the government for the purpose of controlling the Living Man, something which government cannot do without this trickery.

13. The Suprme Court has ruled all waivers of rights must be made knowingly, intelligently and voluntarily. Lack of full disclosure equates to a non-waiver, and a violation of due process, which deprives the court of subject matter jurisdiction, making the judgment void.

14. The prosecution in this instant matter was a SHAM LEGAL PROCESS, which is a felony.

15. Respondent has the ability and the DUTY to correct any and all dishonest acts, and arrange for a court order releasing the Claimant/Beneficiary from custody and all conditions of supervised release.

16. This is a Commercial action because the parties have a Commercial relationship, which consists of a flow of Money, Fines, Bails, Bonds and Bondage, Life, Liberty, and Property (time).

17. Criminal processes are Commercial Processes, at least in this legislative/administrative court; therefore, always by contract requiring full disclosure.

18. Claimant had the right to cross-examine his accuser on the witness stand. The accusing party must be flesh and blood, and capable of being questioned as a witness. Constitutional Amendments 5 & 6.

19. This means a corporation such as the STATE OF CALIFORNIA cannot sue and/or bring a Criminal Complaint against any Flesh and Blood Real Man/Woman.

20. STATE OF CALIFORNIA, a legal fiction, cannot be party to this action; only living actors can play a part. Constitution Article I, Section 9; Article VI, Section I, clause 3.

21. Therefore, the Plaintiff had to have Flesh and Blood Real people who are willing to take the Commercial Liability for their charges against the defendant.

22. This means some prosecuting attorney and/or other Flesh and Blood real person must be willing to Swear under penalties of perjury and bring a Criminal Complaint on behalf of STATE OF CALIFORNIA ex rel.

23. This case, having been prosecuted in an Administrative Court where bonds were sold at a profit to the court, falls under Commercial law. This means all transactions must be by Sworn Affidavits of Notices and Demand; regulated under and by the 6th Amendment to the U.S. Constitution.

24. Before a court (judge) can proceed judicially, jurisdiction must be complete consisting of two opposing parties (not their attorneys, as only the parties can testify, and until the plaintiff testifies the court has no basis upon which to rule judicially), and the two halves of subject matter jurisdiction must be complete, i.e., the common law authority the action is brought under (the theory of indemnity) and the testimony of a competent fact witness regarding the injury (the cause of action). If there is a jurisdictional failing appearing on the face of the record, the matter is void, subject to vacation with damages, and can never be time barred.

25. Administrative courts do not rule judicially, and judicial courts do not enforce statutes, and since this conviction was based on

statutes, it is obvious the conviction in this matter carries no judi-
cial authority. Again, a sham legal process brought in the wrong court,
a court of no authority ocer the sovereign.

## LIST OF DEFECTS & DEMAND FOR FULL DISCLOSURE

26. The Plaintiff in this case is STATE OF CALIFORNIA.
27. STATE OF CALIFORNIA never appeared in proper person, never presented any
    evidence under penalty of perjury to substantiate his claim, therefore,
    his case is using color of law with a legal process, and that is fraud.
28. No Flesh and Blood people appeared as ex rel on behalf of the Legal
    Fiction plaintiff.
29. The parties were not all present, i.e., the Bonding Company, without
    which the judge could not make any Ruling and/or Order in the Court
    against the Defendant that was binding in Commerce or Criminal Law.
30. Plaintiff failed to enter the initial court process properly, thus com-
    mitting Fraud, now involving the court and all co-conspirators in Fraud
    (18 USC §3).
31. There is no party on the record of the court having given his/her sig-
    nature as taking Full Commercial Liability for this Criminal Complaint
    in Case No.(s) BA160584.
32. There is no final order of judgment on the record of the court, and no
    Order of Praecipe of final Order to the Clerk of Court regarding the
    judgment. What appears on the docket is merely a consummate lien on
    judgment.
33. Claimant demands the name of the Bonding Company and Performance and/or
    Fidelity Bond (Commercial Malpractice Liability Insurance) numbers of
    all judges participating in Case No.(s), BA160584, the Plaintiff, the
    prosecutor, and all co-conspirators in this action.
34. Claimant demands the name of the Bonding Company and the Bond number
    that has bonded Case No (s): BA160584.
35. Claimant demands disclosure of the CUSIP number(s) on the General Ser-
    vices Administrative Bonds and/or the securities into which the bonds
    were converted, which the prosecution initiated for Case No. BA160584,
    and which were subsequently sold.
36. The bonding by Respondent, and the sale of the the bonds, is subject
    to a generation skipping transfer tax as a taxable termination event
    under section 2603 of Title 26, requiring the payment of taxes.
37. It is believed Respondent failed to pay said taxes, and should be re-
    ported to the IRS as tax evasion.
38. Claimant demands certified copies of all the tax records you have to
    prove you paid the tax. Send me a copy of the 1099-OID you issued in
    regard to the bonds, and send me the CRIS report, the S&J reports, and
    any other reports connected to the taxable termination event. If you
    do not send a copy of the 1099-OID, I'll have to file a fraud report
    to the IRS.
39. Claimant, Living Flesh and Blood Man, does not consent to be an acces-
    sory party to Fraud (18 USC §§§3 &44) and/or be in violation of our cer-
    tain un-a-lien-able Rights endowed by my Creator and secured by the
    Constitution, state and national. Furthermore, I reserve all my Rights
    to performance or acceptance under reservation of rights.
40. Claimant does not consent to this "Patent" Fraud and Concealment (Em-
    bezzlement) against my Property (Rights of Due Process of Law & Person-
    al Info.) in which the judge and all co-conspirators parties in this
    action against the Claimant.

41. The Prosecution was not conducted by common law, as is the Right of the Living Man, but rather, it was a prosecution under equity/trust law, with a trust as the defendant.

42. In this instant matter, as in all prosecutions, the court summoned a legal fiction Cestui Que trust into the court, and then deceitfully prosecuted the Living Man as if he were the legal fiction. A dishonest act.

43. The Living Man/Beneficiary/Claimant was never the defendant, nor was I the trustee, so lawfully I could not be held liable for the acts and actions of the trust which was prosecuted.

45. The Trustee has an obligation to NEVER injure/damage the Beneficiary, which obligation he has violated.

46. Public service is a public trust, requiring employees to place loyalty to the Constitution, the laws and ethical principles above private gain. 5 USC Sec. 7301, Section 101,(a), Part 1 Ex. Ord. No. 12731. Oct. 17, 1990, 55 F.R. 42547.

47. It is unnecessary to discourse on the duties of public officials. Their obligations as trustees for the public are established as a part of the common law, fixed by the habits and customs of the public. Contracts made in violation of those duties are against public policy, are unenforcable, and will be cancaled by a court of equity. [See: "Tuscan v. Smith, 130 Me.36, 153 A. 289, 73 A.L.R. 1344 (1931)].

48. As the Trustee, the prosecutor breached his fiduciary duty when he failed to settle and close this case in behalf of the Trust.

49. As the Trustee, Respondent prosecutor breached his fiduciary duty and violated his oath of office by putting the BENEFICIARY in prison, when, in fact, the defendant was a Trust, and the Beneficiary is never to be injured.

50. It is the trustee who goes to prison if he is unwilling to settle and close the matterr, NOT the Beneficiary; the Respondent and/or the prosecutor involved, are the trustees.

51. The judge acted in concert with the prosecutor as evidenced by the fact that if the Living Man figures out what is going on and says "That's not me," the judge ignores him, and continues on with the deception, in violation of the Living Man/Beneficiary's Rights, which now makes it a conspiracy to defraud under color of law.

52. Due to the Living Man's ignorance of the entire trust, and/or the collective entity rule, and what the court was doing, the prosecutor usurped the position of of beneficiary ( a dishonest act by a public trustee), holding the Beneficiary liable as if he were the Trustee, switching places with the Living Man, in order to convict the Living Man in a court proceeding wherein the Living Man was never the named defendant, wherein no common law was followed, no affidavit of an injured party produced, and the Living Man was prosecuted as if he were a FICTION with no constitutional Rihgts at all;and all for the purpose of profiting by the sale of bonds.

53. Article VI of The Constitution for the United States of America declares that the Constitution is the Supreme Law of the Land; state laws notwithstanding, thus, the superseding law over all other laws,statutes, codes,rules,regulations, with the one exception that God's Law is above ALL of man's laws.

54. Article IV, Section 4 of the Constitution guarantees each state a Republican form of government.

55. A republican form of government operates under the Rule of Law, not the rule by men.

56. By taking Claimant into an administrative court, Respondent violated Article III, Section 2, of the Constitution for the United States where in Claimant is guaranteed an Article III-type court, and requires all Constitutionally-secured rights and all aspects of due process of law must be upheld.

57. The Constitution ordains three seperate and distinct branches of government, each with checks and balances on the others; there are no Administrative branches of government authorized by the Constitutions state or national.

58. The Constitutionally ordained Judicial Branch of government is authorized only in Article III, and is the only lawful forum in which people on American soil must be tried where crimes are accused.

59. An administrative tribuanl is not an Article-III type court; it violates the seperation of powers of the constitution; and any criminal prosecution in such a court is a sham legal process, which is a felony.

60. LOS ANGELES COUNTY SUPERIOR COURT is a legislative-created administrative tribunal, thus, it is constitutionally defective, and not a court of proper jurisdiction under Article III; and as such, has no Constitutionally delegated jurisdiction over anyone on American soil guaranteed all of his inherent, unlimited, unalienable rights secured for him in the Constitutions, by and through the Articles and Amendments of those documents, to which the presiding judge and all officers of the court are duty bound by oath; a sham legal process conducted in bad faith.

61. The trial court is registered with DUN & BRADSTREET as a for-profit, corporate enterprise, complete with DUNS number (Data Universal Numbering System) for the trading company, a BINS (Business Identification Numbering System), a TPINS (Trading Partner Identification Numbering System), and a CAGE code (Commercial and Government Entity code) which corresponds to the bank account of the trading company as registered with the CCR (Central Contract Registration) and as assigned by the DLIS (Defense Logistics Information Service under the Department of Defense). There is a Direct Writing Company involved, and Surties on the Reinsurance Agreement under the Miller Act Bid, Performance and Payment bonds as delineated on forms sf. 273, sf.274, and sf.275, and under 40 U.S.C. 270a, 280a and of forms 24, 25, and 25A.

62. The judgment in this instant matter became "Commercial paper" to be deposited into any bank, or converted into a depositable item for the commercial benefit of the Plaintiff, court and judge in the case.

63. Respondent and/or his predecessor transferred bonds in the Defendant Trust's name, without the Defendant's knowledge or consent, for the purpose of creating income to the prosecutor's office, the court and perhaps even the judge's retirement fund, and then put the Beneficiary in prison, which is inequitable and unconscionable, a violation of his oath of office, a breach of his fiduciary duties, creates a conflict of interest, violates due process of law, and voids the judgment.

64. The false incarceration placed upon the Claimant is part of a commercial scheme to create vast sums of so called money by and through the bonds, judgments and other commercial paper created by and through said prosecution of the "corporate entity" Cestui Que Trust AUSTIN D. HEMSLEY whereby the Claimant/Living Man has been placed into custody while the commercial paper/judgments are being monetized.

65. Respondent engaged in this profit-making scheme, at the expense of the Claimant, via Respondent's free will choice with intent and full knowledge of the legal and commercial consequences should he violate the secured Rights, Title or interest(s) of the Claimant.

66. Respondent knows or knew the limits, restrictions, whether statutorily, constitutionally, territorally, personam, subject matter, politically or otherwise, pursuant to Respondent's Oath of Office, that Respondent is bound to observe and do as an agent for the corporate fiction STATE OF CALIFORNIA.

67. It is standard operating procedure for a prosecutor to threaten the Living Man/Beneficiary with more charges and more prison time if he does not plead guilty or take a plea bargain.

68. Respondent knew that, in any manner, to coerce, force, threaten, compel, intimidate, mislead, deceive, demand or impose or misapply any statute, law or otherwise constitutes trespass and/or an injury of constitutional impermissible application of statute.

69. Respondent knew or should have known, pursuant to: "All that government does and provides legitimately is in pursuit of his duty to provide protection for private rights, which duty is a debt owed to its creator, WE THE PEOPLE, (Wynhammer v. N.Y. 378)... and the private unenfranchised individual; which debt and duty is never extinguished nor discharged, and is perpetual. No matter what the government/state provides for us in manner of convenience and safety, the unenfranchised individual owes nothing to the government." (Hale v. Henkel, 201 U.S. 43)

70. Respondent violated his Oath of Office and breached his fiduciary duties to Claimant by Respondent's own voluntary private acts, and Respondent takes full responsibility and liability for his acts and actions

71. All governments, their agencies and courts are corporations, created by our representatives, and are, therefore, a usurpation of power and subsequently, all are unconstitutional, so by what authority do you come against one of the People i.e., the Claimant herein? There is no Authority, this judgment is void.

72. "...judges who become involved in enforcement of mere statutes (civil or criminal in nature and otherwise), act as mere 'clerks' of the involved agency...K.C. Davi., ADMIN. LAW, Ch 1 (CTP. West's 1965 Ed.)" ...their supposed 'courts' becoming thus a court of limited jurisdiction as mere extension of the involved agency for mere superior reviewing purposes." K.C. Davis, ADMIN LAW., P.95, (CTP. 6Fd. West's 1977) FRC v. G.F, 281 U.S. 464; Keller v. P.F.P., 261 U.S. 428.

73. When a man/woman is arrested or sued for a Statutory Regulation. also known as a Criminal or Civil Law, he is actually being accused of violating a corporate regulation or corporate breach of contract! A civil contract that only exist over human beings by deception and fraud!

74. There are NO CRIMINAL LAWS in America.Rule 1 of the Federal Rules of Procedure [F.C.R.P.] used to specify this very fact [e.g.], 'All laws are civil,' which was later modified by the Judiciary Act to conceal this very fact by creating one set of Civil Rules [F.C.R.P.], and one set of Criminal Rules [F.Cr.R.P.], but this never changed the fact that there are NO CRIMINAL LAWS In America.

75. There was no Affidavit of an injured party entered into the record to invoke the court's subject matter jurisdiction, as required by an Article III common law court, and therefore, the court had no subject mat-

ter jurisdiction, making the judgment VOID. Subject matter jurisdiction cannot be waived, and may be challenged at any time.

76. The prosecution was done under statutes. The Supreme Court has ruled the sovereign is not subject to statutes unless named therein; and the statute, while appropriate for government agencies and artificial entities, does not name the sovereign, thus voiding the judgment.

77. Codes and statutes apply only to corporations and other artificial entities, and are mostly for internal government use to regulate government operations and government personnel. Government can regulate what it creates, but it cannot regulate its creators. The created thing is NEVER greater than its Creator.

78. Respondent violated Federal Rules of Civil Procedure 12(b)(6) wherein the prosecution must provide adequate proof that the parties involved in this situation are actually corporate entities.

79. When the complaint is lodged by a Government for the collection of a fine, fee or a tax [making a profit from the sale of judgment as a bond in the securities market], all of which are for the purpose of revenue, raising taxes, they are imposed on Corporations. Colonial Pipe Line Co. v. Traigle, 421 U.S. 100 (1975).

80. The Living Man is not a Corporation, and cannot as such, appear and plead, West Union Tel. Co. v. Eyser, 2 Colo. 141; See: Greenwood v. Railroad Co.,123 Mass. 32; Foster v. White Cloud, 32 Mo. 505; Hobich v. Folger,20 Wall.1; Boyce v. M.E. Church, 43 Md. 359; Folsom v. Star Union etc. Freight Line, 54 Iowa 490.

81. Judicial courts cannot enforce statutes. Only legislative courts enforces statutes, therefore, anytime the court is enforcing a code or statute, it is an administrative hearing. "Courts enforcing statutes do not act judicially," Thompson v. Smith, 154 SE 579; FRC v. GE, 281 US 464; Keller v. PE, 261 US 428.

82. No statute gives any judge "jurisdiction" to impose a fine or imprisonment of any "Living Man." These "police powers" are reserved to the judicial processes of crimes and to the constitutional courts.

83. The prosecution was by statute against a legal fiction Trust, but by some magic trick performed in court, the Living Man/Beneficiary of said Trust was sentenced, in violation of trust law, in violation of the Claimant's constitutional right, and in violation of Respondent's fiduciary duties.

84. Chisholm v. Georgia, 2 U.S. 419 (1793):"...at the Revolution, the sovereignty devolved on the people; and they are truly the sovereigns of the country, but they are sovereigns without subjects..."

85. "Congress can exercise no power by virtue of any supposed inherent sovereignty in the general government. Indeed, it may be doubted whether the power can be correctly said to appertain to sovereignty in any proper sense, as an attribute of an independent political community. The power to commit violence, perpetrate injustice, take private property by force without compensation to the owner, and compel the receipt of promises to pay in place of money, may be exercised, as it often has been, by irresponsible authority,but it cannot be considered as belonging to a government founded upon law, But be that as it may, there is no such thing as a power of inherent sovereignty in the government of the United States. It is a government of delegated powers, supreme within its prescribed sphere, but powerless outside of it. In this country, sovereignty resides in the people, and congress can exercise no power which they have not, by their constitution, intrusted to it; all else is withheld. "Julliard v. Greenman,110 U.S. 421.

86. It is a Fact that in 1789 A.D., the year the Bill of Rights was drafted, the only crime that could possibly be described under the term "Probable Cause", was a Mens Rea (bad in itself) Common-Law Felony, as Congress did not meet to pass any lesser Mala Prohibita, or any lesser Administrative quasi-laws, for another 10 years, in 1799 A.D., as Statutes-at-Large or later Revised Statutes.

87. It is therefore a Fact the "Affidavit of Probable Cause" required by the Constitution and Bill of Rights, is specifically for Mala in se crimes, NOT Mala Prohibita crimes which are covered by statutes.

88. The Supreme Court has ruled the term "person" in the codes refers to corporations, trusts, associations, and other artificial entities, and not the sovereign.

89. Misapplication of codes to the Claimant was a dishonest act in violation of the law, in violation of Respondent's oath of office, in breach of his fiduciary duties, and renders him personally liable for dishonest acts.

90. Respondent deprived the Claimant of the Common Law, which is the only law forum a Living Man on the Land can be subjected to in a criminal prosecution for alleged crimes committed on the Land.

91. While the court may have had subject matter jurisdiction over the statutes that govern corporations and artificial entities, and while it may have had jurisdiction over the Cestui Que trust, It did not have jurisdiction over the Living Man/Beneficiary/Claimant herein, neither subject matter nor personam, nada, nothing.

92. To have jurisdiction over the Living Man, it has to be an Article III type court with an affidavit of an injured party with firsthand knowledge on the record of the court to invoke the court's subject matter jurisdiction.

93. If government wants to prosecute the trust, it CANNOT AND MUST NOT injure the beneficiary like it has done to the Claimant.

94. If government wants to prosecute the Living Man, it MUST do it under the Man's own name, in a constitutional Article III court of common law with no statutes involved, with an affidavit of an injured party, with first hand knowledge on the record of the court to invoke subject matter jurisdiction, and abide by all constitutional restriction upon such prosecution. Respondent is in violation of these requirements.

95. Being UNITED STATES is defined in U.S. Codes as a corporation, which exist on paper only, and all states are corporate subsidiaries of the Federal Corporation, via the Buck Act, it is a legal and physical impossibility for "Austin Douglas Hemsley" to be within the STATE OF CALIFORNIA. It is a fact that "Austin Douglas Hemsley" is foreign to the STATE OF CALIFORNIA, without the UNITED STATES and STATE OF CALIFORNIA, and entitled to safe passage at all times.

96. Unless Respondent provides the requested certified copy of his oath(s) of office, it is assumed and presumed he does not have a constitutionally correct and timely filed sworn oath of office to the de jure constitutional Republic, as is his duty and obligations as required pursuant to law.

97. If Respondent does have said constitutional oath to the Republic, which is the venue of the People he serves, he cancelled or disavowed said oath if he took an oath to the fictional corporate government.

98. Or in the alternative, he has no oath of office at all, and therefore, in any of the events mentioned, he is an imposter and a trespasser upon the law.

99. Respondent is the man speaking and acting in behalf of government. There are two components to government: 1) The government "on paper," i.e., the written authority for government to act; and 2) the indivi- dual man who is a mandatory component of the office which is abso- lutely required for attachments to happen. The office and its powers are a piece of paper with no voice or act to move it to do anything. The office is inert without a man to move it. The office requires both the paper stating the alleged powers and the man speaking and acting for it, to be complete.

100. Respondent assumed, by his own open public act, all liability when he failed to bring forth the powers represented by the paper.

101. The government speaking through the Respondent did not have verified authority to attach any flesh and blood man and make him subject to its powers, therefore, Respondent has put Claimant in a state of slavery.

102. It appears from public record that some of Respondent's activities in his/her official capacity were based on STATE OF CALIFORNIA sta- tutes, applicable only to artificial entities, that are not in com- pliance with the limited authorities granted to Respondent in his/ her office by the State and National Constitutions.

103. Respondent has misused public authority placing Respondent in a po- sition of liability under representative capacity for legitimate governmental powers.

104. I see no evidence of the existence of statement opinions from the Attorney General for STATE OF CALIFORNIA along with the Supreme Court's certifications of Constitutional compliance for the statutes or codes founding the matter of the convictions in this instant matter, and I believe none exist.

105. There is no power in the legislative sections of the State or Fed- eral Constitutions allowing them to legislate over Private People, nor interpret the powers assigned and gifted by the People in the judicial section.

106. The federal government was created by the states pursuant to Article VII of the Constitution for the United States. The states could not grant powers to the federal government that were not first granted to the states by the People. The People could not grant to the states any powers that were not already posessed by the People.

107. The People's laws are the Laws of God, which basically disallow any behavior which causes actual injury to another person and/or his property, known as common law crimes. Outside of that, no one Man or Woman, and no group of individuals, has the authority to tell another Man or Woman what they can or cannot do.

108. Since we the People do not possess the authority to regulate our neighbors, therefore, the People could not have granted that au- thority to the states, and extension, the states could not have granted that authority to the federal government. That would be why judicial courts DO NOT enforce statutes: only common law crimes can be enforced in a criminal proceeding in a judicial court.

109. The Respondent must put all the government's authority on record or he individually acts under color of law attaching those in front of him as subject to his personal acts or omissions.

110. STATE OF CALIFORNIA, an Artificial Person, has legal standing only

to execute powers granted by the constitution. (NOTE: <u>The specific purpose of all government as diduciaries and servants to the People is to protect and serve the people as the exclusive beneficiaries of any and all governmental powers.</u>) The state constitution is the sole, exclusive source of any and all powers and duties of government. All governmental actors claiming power under the People's creation, i.e., the governemnts of the states, are explicitly, in writing, absolutely barred from exercising any power over any or all of the Private People.

111. The Private People never agreed, in the State Constitution, to be held in bondage to the State through regulation, and the State entity has no authority to hold the grantors, the constructors of the state in bondage to the state's limited powers.

112. Should you claim some contractual authority, granted by the Claimant, which puts me under state or federal regulation, I demand you produce said wet ink signature-contract so I may challenge its validity.

113. Produce the full disclosure, printed on said contract, which outlines what Rights were being waived by the signing of said contract, showing Rights were waived knowingly, willingly and intelligently, and the notice that the contract was VOLUNTARY in nature and not supposedly compelled by some (alleged) requirement of law that attempted to make it appear mandatory.

114. Also, produce evidence of the consideration received in exchange for said contract.

115. A plea bargain is always agreed to under threat, duress and coercion as a result of threats from the prosecutor of more charges being added and higher sentences if found guilty, which is fruad and extortion; and such vitiates all contracts, so a plea bargain is not a willing, knowing, intelligent and voluntary waiver of rights.

116. The government, being bankrupt and having no money of substance with which to contract, DOES NOT have the ability to provide fair and valuable consideration in exchange for a contract, and therefore, does not have the ability to make a valid contract.

117. Produce evidence that a Living Man, such as the Claimant, can contract with an artificial entity, such as the corporation known as SUPERIOR COURT, or the STATE OF CALIFORNIA.

118. Every officer, employee, agent, assign, or instrumentality operating under the name of Our created states, Executive, Judicial and Legislative, pledges their personal bond, the oath, to serve the Constitution first, last and always. Otherwise, these individuals in Public Trust Service are trespassing upon the Private People (Me), in breach of fiduciary agreement, for private gain and benefit.

119. Without specific power cited in Our State or federal Constitution, as applicable, these servants commit SLAVERY upon every American affected, NO POWERS GRANTED= NO AUTHORITY TO ACT= <u>INVOLUNTARY SERVITUDE THROUGH LEGAL PROCESS UNDER THREAT OF PENALTY & LEGAL ACTION.</u>

120. ADMINISTRATIVE DUTIES= the powers written into Our Original State Constitutions, granting powers for acting within and under administration of each branch of Our Government, are defined powers which are absolutely binding, and specifically explicit and severely limited.

121. The People of the state are not subjects of the state. The People are the object of government. The object being the protection of the People; our property, property rights, and liberty to choose our own status.

122. If the execution of powers, authorities, and legalized force which are used by government agents, are not specifically cited in the various sections of the state or federal constitutions creating the branches of Our Government, THEY DO NOT EXIST!

123. The simple fact is that the Creator of an artificial entity is the principal that must be served by every act of the entity, in this case, specifically, the States of Union operating under any name whatsoever, serve the Creators, i.e., the People who created it, and transferred LIMITED POWERS TO IT VIA AN AGREEMENT among themselves known as the Constitution.

124. The question today is "By what authority do you act?"

125. No act of any government officer is valid when there is no proof of original authority on record.

126. Unconstitutional orders are void on their face and are not enforceable except under slavery!

127. U.S. v. Kozminski 487 U.S. 931- Held: For purposes of criminal prosecution under § 241 or § 1584, the term "involuntary servitude" necessarily means a condition of servitude in which the victim is forced to work for the defendant by the use or threat of physical restraint or physical injury or by the use or threat of coercion through law or the legal process. This definition encompasses cases in which the defendant holds the victim in servitude by placing him or her in fear of such physical restraint or injury or legal coercion Pp. 487 U.S. 939-953.

128. Any dishonest act is a breach of Respondent's fiduciary duties, for which there is no immunity.

129. There is no immunity for any act which violates Respondent's Oath of Office.

130. Violation of Respondent's Oath of Office was an act of war against the Constitution, sedition, and constructive treason.

131. The 11th Amendment states no citizen may sue the United States or any state, but the obverse is true also. No state or the United States may sue any of the People, or come against the People in any action. That's why Respondent named the cestui que trust, the corporate fiction as the defendant thereby using deceitful and dishonest tactics to subvert the law and violate the Claimant's God-given and constitutionally protected Rights.

132. The prosecution was dishonest, and did violate the rights of the Living Man/Beneficiary, violated the prosecutor's and the judge's oath's of office, and breached their fiduciary duties.

133. When Respondent initiated this criminal prosecution, he issued a General Services Administration(GSA) Bid Bond, on which he used the defendant's name and SSN.

134. Respondent then issued a GSA Performance Bond and Payment Bond, and after the Claimant (eventhough he was not the defendant) unknowingly defaulted, due to the court's failure to disclose, Respondent sold the judgment/bonds, presumably to the U.S. District Court in Chicago. From there the bonds go to the Department of Justice and are sold to the highest bidder, often times Merill Lynch.

135. The funds from the sale of the bonds belong to the defendant trust,

92

but were converted to the use of the Respondent, the court and even the judge's retirement fund.

136. While the Living Man, who is the real Beneficiary of the trust, is being put in prison, in violation of his Rights, the Respondent and the judge are raiding the res of the trust, and profiting thereby.

137. This sale of bonds, done without discloser, and pocketed by a third party, is theft of funds, misappropriation of funds, theft by deception, fraud, conspiracy to defraud, deprivation of rights under color of law, and failure to disclose financial dealings done in Claimant's name, as well as a HUGE conflict of interest.

138. Furthermore, this is done routinely, as a custom, policy and practice, which makes it Racketeering.

139. The defendant is then warehoused as human chattel for default of a debt of which was never informed, never presented, and never given an opportunity to settle.

140. The fact the Respondent, the court and judge are profiting financially from the convictions of the defendants who are processed through their misnomered "justice" system creates a HUGE conflict of interest, which deprives all defendants of the Right to a fair and unbiased trial.

141. Conflict of interest is a VIOLATION OF Respondent's oaths of office, breach of fiduciary duties, conspiracy against Rights, as well as a deprivation of Rights under color of law in violation of 18 USC §§241 and 242.

142. Respondent did breach his fiduciary duties by making and concealing this financial arrangement. 630 Am.Jur.2d. Public Officers and employees, §247 "As expressed otherwise, the powers delegated to a public officer are held in trust for the people and are to be excercised in behalf of the government or of all citizens who may need the intervention of the officer. [1] Furthermore, the view has been expressed that all public officers, within whatever branch and whatever level of government, and whatever be their private vocations, are trustees of the People, and accordingly labor under every disability and prohibition imposed by law upon trustees relative to the making of personal financial gain from a discharge of their trust ...[2] and owes a fiduciary duty to the public...[3]. It has been said that the fiduciary responsibilities of a public officer cannot be less than those of a private individual. [4] Furthermore, it has been stated that any enterprise undertaken by the public official who tends to weaken public confidence and undermine the sense of security for individual rights is against public policy. Fraud in its elementary common law sense of deceit-and this is one of the meanings that fraud bears [483 U.S.372] in the statute. See: United States v. Dial, 757 F2d 163,168 (7th Cir. 1985) includes the deliberate concealment of material information in a setting of fiduciary obligation. A public official is a fiduciary toward the public... and if he deliberately conceals material information from them, he is guilty of fraud. McNally v. United States, 483 U.S. 350 (1987) [Emphasis added]

143. Should Respondent fail to post the payment and order the release of the Living Man/Beneficiary, Respondent agrees to the filing of criminal complaints for violations of the laws, to include, but not limited to forms 3949a, sf95, and a demand for a distress warrant on his/her bond.

93

144. The government, being without substance, DOES NOT HAVE the ability to make a valid and enforceable contract, and therefore the "contract for imprisonment" is void.

145. STATE OF CALIFORNIA, via Respondent, failed to establish standing to sue. The federal government and its subsidiary corporate states are operating under a National Bankruptcy and a National Emergency, 1933 March 9, a bank emergency [bankruptcy] was declared by President Roosevelt because of the insolvency of the United States, Executive Orders 6073,6102,6111,6260; Senate Report 93-549, pgs. 187 & 594,1973. The continuing bankruptcy was verified by Speaker of the House James Traficant Jr., 1933 March 17th, United States Congressional Record Vol. 33, page H-1303. A Bankrupt does not have standing as a plaintiff in court, which is fraud upon the court, which deprives the court of subject matter jurisdiction. A bankrupt plaintiff is required to be represented by the Trustee in Bankruptcy. There was no Trustee in Bankruptcy representing the plaintiff.

146. Article III of the Constitution limits the "judicial power" to the resolution of "cases" and "controversies." One element of the "bedrock" case-or-controversy requirement is that plaintiffs must establish that they have standing to sue. Raines v. Byrd, 521 U.S. 811,818, 138 L.Ed. 2d 849, 117 S.Ct. 2312 (1997). On many occasions, we have reiterated the three requirements that constitute the "irreducible constitutional minimum" of standing. Vermont Agency [**600] of Natural Resources v. United States ex rel. Stevens, 529 U.S. 765,771,146 L.Ed.2d 836, 120 S.Ct. 1858 (2000). First, a plaintiff must demonstrate an injury in fact, "which is concrete, distinct and palpable," and "actual or imminent." Whitmore v. Arkansas, 495 U.S. 149,155,109 L.Ed.2d 135, 110 S.Ct. 1717 (1990) (internal quotation marks and citation omitted).

147. STATE OF CALIFORNIA suffered no injury from the acts of which the Claimant was accused. Therefore, there was no cause of action, and no remedy needed, therefore the court lacked subject matter jurisdiction.

148. "If the magistrate has not such jurisdiction, then he and those who advise and act with him, or execute his process, are trespassers." Van Keller et al. v. Johnson, 57 Ill. 109 (1870).

149. A judge "lacks jurisdiction in a particular case until it has been demonstrated that jurisdiction over the subject matter exist."...When a judge acts "outside the limits of his jurisdiction, he becomes a trespasser..." """courts have held that where courts of special or limited jurisdiction exceed their rightful powers, the whole proceeding is coram non judice." In re TIP-PA-HANS Enterprises, Inc., 27 B.R. 780,783 (1983). The Respondent and the judge in this instant matter became trespassers.

150. Trespasser, "One who enters upon property of another without any right, lawful authority, or express or implied invitation, permission, or license, not in performance of any duties to owner, but merely for his own purpose, pleasure or convenience. Mandoza v. City of Corpus Christi, Tex App. 13 Dist., 700 S.W.2d 652, 654, "Black's Law Dictionary, 6th Edition. page 1504.

151. When judges act when they do not have jurisdiction to act, or they enforce a void order, they become trespassers of the law, and are engaged in treason. This would apply also to a prosecutor when he conducts a prosecution in the wrong court, under the wrong rules, and fails to invoke the jurisdiction of the court.

152. Whenever a judge acts where he/she does not have jurisdiction to act, the judge engaged in an act or acts of treason. U.S. v. Will, 449 U.S. 200,216, 101 S.Ct. 471, 66 L.Ed.2d 392, 406 (1980); Cohens v. Virginia, 19 U.S. (6 wheat) 264,404, 5 L.Ed.257 (1821). Any judge or attorney who does not report such judges for treason as required by law may themselves be guilty of misprision of treason,18 U.S.C. Section 2382.

153. If the Respondent herein does not report the judge in this matter for treason, the Respondent is guilty of misprision of treason.

154. The prosecution and conduct of Case No. BA160584 was a criminal act of theft and false imprisonment, and could not have been accomplished without the intentional use of artifice,fraud,stealth,deception, misnomer or intentional mistaken identity, enticement to slavery, perjury of oath, insurrection, plunder,piracy, kidnapping, and other criminal acts, as well as violation of constitutional rights to know the nature and cause of the action and full disclosure all of which vitiates any assumed or presumed "contract" for imprisonment.

155. Respondent, having superior knowledge of the law, has or should have knowledge of said violations under 1871, ch.22 § 6 17 Stat. 115; [codified in Title 42 U.S.C. 1986] and the Respondent has failed to correct his and the court's acts and actions as they relate to the Living Man/Beneficiary/Claimant.

156. Defacto corporate actors posing as government officials have no immunity when exceeding their authority; "Governments lose their immunity and descend to the level of private corporations when involved in commercial activity enforcing negotiable instruments, as in fines, penalties, assessments, bails, taxes...," and I might add, the sale of securirties/bonds. Rio Grande v. Darke, 167 P.241.

157. "As a matter of due process, an offender may not be sentenced on the basis of mistaken facts or unfounded assumptions." Townsend v. Burke, 334 U.S. 736, 740-741 (1948), Mistaken facts and unfounded assumptions, such as bringing suit against a legal fiction/cestui que trust, under a statute to which only legal fictions are subject, and then sentencing the Living Man/Beneficiary of the trust.

158. Acts in breach of fiduciary duty are cause for removal from office. Further, pursuant to Section 4 of the 14th Amendment, assumption or payment of any debt obligation or claim, such as wages or pensions, by any State to a fiduciary in insurrection or rebellion against the Constitution, is illegal and void. You may lose all your past pay, and you certainly will lose any retirement benefits.

159. On that basis, the contract for imprisonment is void, and the prisoner must be released; the sale of bonds in the defendant's name, and the conversion of the proceeds of the sale to the benefit of the court, the prosecutor, the judge's retirement fund, would qualify as a contract made in violation of theprosecutor's fiduciary duties, and would be unenforceable and canceled by a federal court of equity.

160. As a result of the acts and actions alleged herein, Claimant has suffered false imprisonment, and involuntary servitude, being made to labor while falsely imprisoned, deprived of his Liberty.

## III RELIEF/LEDGERING

1. For the above reasons, Claimant has a claim against Respondent for Rights violations enumerated herein. Explicit point-for-point ledgering consists of the following:

1) Criminal acts and Rights violations against Claimant have caused injury to Claimant, entitling Claimant to the standard of 200 times Punitive and four times Compensatory damages for said injuries, damages and any trespass per Pacific Mutual Life Insurance Inc. v. Cleopatra Haslip et al., 499 U.S. 1,113 Fed 2d 1, 11 S.Ct. 1032 (No. 89-1279). In the interest of moderation, since the damages are so high, punitive damages will only be assessed at 3 times.

2) Each violation listed above under Specific Performance items 1 through 28 represents damages in the amount of $ 10,000.00 per offense as itemized above, per occurrence, plus compensatory and punitive damages, as computed below.

3) Item 21 false imprisonment, is valued at $ 1,600,000.00 per day of incarceration, pursuant to Trezevant v. City of Tampa,741 F.2d 336 (11th Cir. 1984), which equals $584,000,000.00 per year. In In this case, the Claimant has been unlawfully confined since 01/16/1998 or a total of 6857 days, to date. Damages are calculated below, and shall continue to increase until the Claimant is released.

True Bill Assessment based on Respondent's Default

|                       | QTY  | RATE       | AMOUNT            |
|-----------------------|------|------------|-------------------|
| Rights Violations     | 28   | 10000.00   | 280000.00         |
| Compensatory Damages  | 4    | 280000.00  | 1120000.00        |
| Punitive Damages      | 3    | 280000.00  | 840000.00         |
| Unlawful imprisonment | 7046 | 1600000.00 | 11,273,600,000.00 |
|                       |      | TOTAL DUE  | $ 11,276,000,000.00 |

The Respondent has violated the law by the foregoing acts and omissions, and unless he rebuts all of the facts and allegations herein, with evidence in support, Respondent agrees to be assessed for his acts and omissions as itemized above. Interest shall be applied at the rate of one percent(1%) per month on the unpaid balance.

Claimant has satisfied the Court's judgment/debt, and pointed out numerous Rights violations which void the judgment; payment in full of the above amount is due immediately, and only, upon the Court's failure to order the Claimant's release from custody and all conditions of supervised release.

On the 91st day, all amounts will become an accounts receivable, and amount will increase everyday until prisoner is released.

If Respondent does not agree that this debt is owed,Respondent must answer by rebutting this Administrative Remedy, particulary the statements in Section II Staement of Facts and Allegations, on a point-by-point basis within thirty (30) days of receipt thereof, by Affidavit or Declaration sworn true, correct and complete, and attach evidence of the same.

## IV. CERTIFICATION

Criminal Certification: I, the Declarant/Claimant, certify and affirm that I have grounds to, and do believe, that the above accused Respondents com-

mitted the above offenses contrary to law.

**General Final Certification:** I, Declarant/Claimant, certify and affirm on my own commercial liability, that I ahve read the foregoing and know the content thereof and that it is true, correct, complete and not misleading, the truth, the whole truth and nothing but the truth.

Without the Bar, Without controversy, All Rights Reserved.

Austin Douglas of the family Hemsley, non-negotiable
Sole Beneficiary of the AUSTIN D. HEMSLEY Cestui Que Vie trust

---

NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES

This document and attachments are not intended to harass,intimidate,offend,conspire,blackmail, coerce,alarm or distress or impede public procedures. They are presented pursuant to legal authority to facilitate the stated intension of achieving honorable settlement, and a lawful remedy as provided by law. Any affirmation contrary to this stated intension will comprise your stipulation to committing a fraud upon the court.

---

## NOTICE OF FIDUCIARY TRUSTEESHIP DUTY
### Limited Fiduciary Trusteeship Contract

This appointment cannot be rejected because appointees are already trustees; this is just a formality.

I "Austin Douglas, of the family Hemsley," as Grantor and Sole Beneficiary of the AUSTIN D. HEMSLEY Cestui Que Vie trust, a documented vessel under United States registry, otherwise described as "AUSTIN D. HEMSLEY" or any alphabetical or numerical variation thereof, make the following declarations.

Beneficiary hereby revokes, rescinds and cancels any and all signatures, and cancels any and all silent or assumed powers of attorney of any parties, known or unknown contracts conferring trusteeship causing the Beneficiary to be placed as a trustee to the Trust. Beneficiary has given unto the Administrative Trustees POWER OF ATTORNEY OF LIMITED FIDUCIARY TRUSTEESHIP DUTY of that political subdivision as they have assumed the title of sovereign to hold that political subdivision office. Such power of attorney is only limited "To" when such claims or allegations are made against the trust for an injury.

All government actors operate in a fiduciary/trustee capacity in particular, and in specific, in a courtroom situation, the court case itself is a trust. The prosecutor is the ececutor/trustee of the trust; the named defendant, which is always a fictional entity named in all capital letters, is the trust itself. The living Man is the grantor/sole beneficiary of the all capital letter fictional entity/ trust. The only courts which the public has access to today are legislative/administrative courts which enforce codes and statutes only apply to corporations or other fictional entities, because the Sovereigns ( the people upon whom the sovereignty rests in this nation), are not named in the codes, and therefore, are not subject to the codes. These courts have no jurisdiction over living men and women. When the judge and the prosecutor use deceit and trickery to cause the Living Man to believe he is actually the defendant, those public officers have breached their fiduciary duties, and breached their contract with the public, and are subject to legal action.

Upon entry of public office, the public officers named or otherwise identified herein agreed to such contract under Title 28> Part V> Chapter 115 > § 1746. Unsworn declarations under penalty of perjury, USAM TITLE 9 Criminal Resources Manual 1760 Perjury Cases & Title 22 CFR FOREIGN RELATIONS 92.18 Oaths and affirmations defined. Once trustees assume the duty to public offices they now become a trustee and accept limitted trusteeship to the people of that National state. As there is a Quasi Contract/Constructive Contract to hold that public office in good faith, said trustee need not be notified or reminded of their Quasi Contract/Constructive obligation when called upon by the Beneficiary to step into such trusteeship in behalf of the Beneficiary as it would be one from their Administrative Offices that would cause said Trust to be called into question. Any refusal of any Administrative Trustees to accept limited Trusteeship over said Trust upon request of the Beneficiary would cancel any and all claims or allegations

of injury made by any administrative party.

If for any reason a Licensed Practitioner, whether named or unnamed herein, is required to represent the Beneficiary, said Practitioner takes on the role of Trusteeship and therefore takes on the full responsibility of the debt and liability of such action, releasing the Beneficiary of any and all claims and damages. Said Practitioner also is required to come under TITLE 28 > PART V > CHAPTER 115 > § 1746. Unsworn declarations under penalty of perjury, USAM TITLE 9 Criminal Resource Manual 1760 Perjury Cases & Title 22 CFR FOREIGN RELATIONS 92.18 Oaths and affirmations defined, upon entry of said public service to the court.

Although the persons identified herein already hold a fiduciary trusteeship, I find it necessary to point this out to them because they have heretofore ignored their lawful fiduciary duties, and are cating/have acted in blatant disregard of those duties. Therefore, I, Austin Douglas, of the family Hemsley, beneficiary, do hereby appoint all the judges of LOS ANGELES COUNTY SUPERIOR COURT as the principal Fiduciary Trustees, and the Prosecutor, specifically Jackie Lacey, as well as any of his assistants, as co-Trustees for any judicial or administrative matter in which the AUSTIN D. HEMSLEY Cestui Que Vie trust may be involved, past, present and future, and specifically for Case No. BA160584, and I specifically appoint the Co-Trustees to settle and close the matter of any and all bonds, warrants, securities, hypothecations and related instruments, hereinafter, Accounts/Cases to date of inception, zeroing the account.

Whereas, said fiduciary trustees responsibilities are to exercise scrupulous good faith and candor towards, and for the benefit of and on behalf of Austin Douglas, Grantor and Sole Beneficiary of the AUSTIN D. HEMSLEY Cestui Que Vie trust, the exclusive and limited purpose of accepting and receiving all liabilities, accepting and receiving all service of process and other documents, instruments, bonds or other important papers, to appear and discharge, settle and close all matters material to the Trust, the same shall be by order of Austin Douglas, Grantor and Sole Beneficiary of the AUSTIN D. HEMSLEY Cestui Que Vie trust, or other delegated or appointee of Austin Douglas, of the family Hemsley, including assignments for or on behalf of the principal AUSTIN D. HEMSLEY, and to do all other acts requisite to faithfully execute said appointment; fully, faithfully, specially under this appointment.

The trustees assume all responsibility of debt and liability for said Trust. Said Trustees assume all contractual agreements when the Trust comes into question by one of their Administrative Officers who would make claims or allegations of an injury caused by such Trust. Said Trustees assume full responsibility of debt and liabilities of all hidden power of attorney agreements created from the Certificate of Birth or by any other account number given to such Trust by the FEDERAL UNITED STATES as a contract that would be given to that of a UNITED STATES citizen.

Beneficiary hereby directs the CO-Trustees to discharge, settle and close all Accounts/Cases and related instruments to date of inception and release Beneficiary from any and all forms of bondage caused by such bonds, warrants, securities, hypothecations and related instruments

within (72) hours of receipt of this appointment as Trustee or hold the Prosecutor as Co-Trustee responsible for said debts and liability and any and all damages caused in such claims. Co-Trustee is given (72) hours from the date of service of this Notice of Beneficiary to serve notice upon the Beneficiary that all debts of all Accounts/Cases have been discharged and extinguished and that all obligations relating thereto have been satisfied, or the Co-Trustee will be held to answer for the damages.

Any and all appointments to Trusteeship are to be limited to said action, and when and will continues as Trustees until such time of the closing of such transactions and all account discharges are/have been completed, at which time they then are released of said duty, until such time that their trustee services requires them to be called upon again.

BREACH OF FIDUCIARTY DUTY: Upon the occurrence of any of the following: 1) Your failure to uphold the constitutions to which you have taken an oath to uphold; 2) your failure to have a proper oath timely filed; 3) your violation of any of the Beneficiary's rights; 4) your violation of any of the rules of procedure and the laws of the Land; 5) any dishonest act by you, and you will be named, in your personal capacity, in a tort action for breach of fiduciary duties and a criminal complaint which will undoubtedly contain RICO charges. Let it be known, in this particular case, government actors have already committed the above breaches, and therefore, it is extremely important that you correct this situation immediately.

I, Austin Douglas,of the family: Hemsley, Grantor and Sole Beneficiary of the AUSTIN D. HEMSLEY Cestui Que Vie trust, asseverate that the facts enumerated herein are set forth in good faith with clean hands and that the same are true,correct, complete and not mis-leading, so certified without United States.

Executed: 4-23-2018

Austin Douglas,of the family Hemsley,
Declarant
c/o Temporary mail Location
c/o AUSTIN D. HEMSLEY #P22813
California Health Care Facility
Facility E, E2B-107u
P.O. Box 32290
Stockton, California [95213]
on North America

COMPLEX TRUST NO. ADH20189449

### DECLARATION OF STATUS
### THE LAW OF THE CASE

Comes Now Austin Douglas, of the family Hemsley, (Hereinafter "the Undersigned"), a living breathing, flesh and blood sentient being, beneficiary of the Constitutions for the State of California and the United States as one of the People of California, being over the age of 18 and competent to testify, having personal knowledge of the matters set forth herein based on firsthand facts, with clean hands, without waiving any rights, remedies, or defenses, declares and verifies that the facts stated herein are true, correct and complete in all material fact, not misrepresented, and made pursuant to the laws of perjury for these united States of America and California, except as to those matters that are therein made upon information and belief, and as to those claims or facts, the undersigned believes them to be true and admissible as evidence in a court of law, and if called upon as a witness, the undersigned will testify to the veracity of his statements. Let no word, action or writing be construed to imply the granting of any power of attorney, waiver of Rights, or assignment of title.

1. That the undersigned is a free inhabitant on the Land of North America, being the biological creation of, and property of, El Elyon, the Most High God, having incarnated on the Land of this earth, owing allegiance to none other than my Creator and His son Yahshua, the Christ, and having no need for any other "government."

2. The undersigned vehemently denies being a corporation or animal.

3. The undersigned is a living, breathing Man, nonresident, not in contract, non-resident to the United States (term of art "including" Washington D.C., Puerto Rico, Virgin Islands, Guam...), not in the state of the forum, not a "person," not an ARTIFICIAL PERSON, and not a U.S. citizen; exempt from any and all identifications, treatments, and requirements as such, pursuant to any process, law, code or statute or any color thereof pertaining to ARTIFICIAL PERSONS, LEGAL PERSONS OR OTHER ARTIFICIAL ENTITIES.

4. The undersigned is not aware of any agreement on record making the undersigned a Registered Agent for any ARTIFICIAL PERSON by the name of AUSTIN D. HEMSLEY, or similar name, authorizing or obligating the undersigned to receive service of process for such ARTIFICIAL PERSON, and believes no such evidence exists.

5. The undersigned hereby NOTICES that in these united States of America the SOLE purpose of government is to protect and maintain the Rights of the People on the Land, and has seen no evidence to the contrary and believes none exists.

6. The undersigned is not a res-ident of, nor an employee of, nor a member of, any government.

7. The undersigned further NOTICES that in these united States of America, the authority of any and all government resides in the People, the Natural men and women, on the Land, for government is a fiction of the mind, and can only be created by the People, effected by the People and overseen by the People for the benefit of only the People; and, as a fiction, government cannot be an injured party plaintiff, nor can it contract with, nor reach parity with flesh and blood People.

8. The undersigned NOTICES government is a trust, as expressed in the Declaration of Independence. The People made a grant of limited au-

thority to the government. Please note, the People could not grant that which they did not possess, and no one person possesses the right to interfere in the life of another person, to dictate what another can and cannot do. The laws of God dictate what one can and cannot do, which require that we do not injure another, or interfere with the Rights of another. Therefore, when government tries to dictate what we can and cannot do, in ways that exceed God's Law, it is operating outside the terms of the Trust.

9.  The undersigned NOTICES the Declaration of Independence specifies that our Rights are unalienable; they cannot be transferred or taken from us.

10. The undersigned further NOTICES all government actors occupy a fiduciary position to the People, and any breach of those fiduciary duties is a violation of their oaths of office, which in turn is an act of constructive treason.

11. The undersigned NOTICES that government, being a fictional entity, interacts only with other fictional entities, and in order to do this, government has created a Cestui Que Vie trust for every individual, giving it an all uppercase name, summoning that all uppercase name into court as the defendant, and then deceptively treating the beneficiary, i.e., the Living Man, as the trustee.

12. **Declaration of Trust:** The undersigned, Austin Douglas of the family Hemsley, makes claim to the Cestui Que Vie trust identified as AUSTIN D. HEMSLEY, I am the grantor of said trust due to my signature on some government document which created said trust, and I am the Beneficiary of said trust. Anything my signature is on is res of the trust. I hereby make claim to all the proceeds and property (res) of said trust. Any government actor who comes in contact with said trust is acting as a trustee in regard to said trust, and had better heed this Declaration of Trust. Any breach of fiduciary trustee duties will be prosecuted.

13. The undersigned NOTICES that all courts in this nation are listed on Dun & Bradstreet as for-profit commercial enterprises, i.e., corporations, and as such they cannot even "see the Living Man or Woman, and therefore, the defendants is ALWAYS the Cestui Que Vie trust, a legal fiction.

14. The undersigned NOTICES every court case is a constructive trust wherein the prosecutor is the trustee (or in a civil action, the judge would be the trustee), the named Cestui Que Vie trust is the defendant, and the Living Man/Woman, as beneficiary of the cestui que vie trust, is also beneficiary of the constructive trust. It is also noted that the prosecutor and court try to switch this around, making the plaintiff the beneficiary, which is a violation of the prosecutor's oath of office and breach of his fiduciary duties, and is actionable against him in his private capacity.

15. I have made mistakes in the past, not knowing who I was; not knowing there was a trust, and that I am the beneficiary thereof, and I have unknowingly through mistake, acted as the trustee, mostly due to the deceptive orders and demands of government officials who seem to think they can deceive the people into assuming the role of trustee, thereby stealing the property of the trust. However, even though I made mistakes, not realizing a trust existed, not knowing

I was the grantor and the beneficiary, and not knowing what govern-
ment actors were doing to steal the trust res. I still cannot trans-
fer my Rights under the Declaration of Independence, and government
actors can't alien them. Mistakes can be corrected, and I hereby de-
clare that I have always been the grantor and the beneficiary of the
AUSTIN D. ~~HEMSLEY~~ Cestui Que Vie trust, nunc pro tunc to my 18th
birthday, prior mistakes due to ignorance notwithstanding. Govern-
ment actors still have an obligation to perform pursuant to their
oaths of office and their fiduciary duties, as a trustee of the pu-
blic Trust, and as trustees of any particular constructive trust.

16. The undersigned at all times claims all and waives none of his/her
God - given, inherent, unlimited, unalienable, secured and guaranteed
Rights pursuant to the Declaration of Independence, the Articles of
Confederation of the united States of America as ratified 1791 with
the Articles of the Amendments, and the State constitution.

17. The undersigned NOTICES that the Constitution of the united States
of America as ratified 1791 with the Articles of the Amendments,
Article VI paragraph 2, states: " This Constitution and the Laws of
the united States which shall be made in Pursuance thereof, and all
treaties made, under the authority of the United States, shall be
the supreme Law of the Land, and the Judges in every State shall be
bound thereby, any thing in the Constitution or Laws of any State to
the Contrary notwithstanding." (emphasis added)

18. While the constitution is the supreme law of the land to which govern-
ment actors are bound by oath, and which limits the authority of
government actors, Declarant NOTICES "In the beginning God created
the heaven and the earth" (Genesis 1:1). It is without debate the
Constitution did not create heaven and earth, so the constitution
cannot be the law of the land as far as the people are concerned.
Only He who creates, El Elyon the Most High, is the Law of the Land,
"And He is before all things, and by Him all things consist."
(Colossians 1:17) Christ is before the Constitution and by Christ,
not the Constitution, all things consist, and therefore, the consti-
tution notwithstanding, God's law is the ultimate Supreme Law of
the Land.

19 The undersigned further NOTICES as a matter of their lawful compli-
ance to the referenced Constitution, any of the People while func-
tioning in any Public capacity, in return for the trust of the Peo-
ple, are granted limited, delegated authority of and by the People,
with specific duties delineated in accordance thereof, and shall only
do so pursuant to a lawfully designated sworn and subscribed Oath
of Office and any and all bonds required thereof.

20. The undersigned further NOTICES that the only court lawfully author-
ized by the People pursuant to said Constitution to hear matters in
controversy of the People, civil or criminal, is a court that con-
forms to and functions in accordance with Article III, Section 2, of
the national Constitution in which all officers of said court have
and abide by their sworn and subscribed oaths of office supporting
and defending the Rights of the People, and in which all matters are
heard in accordance with all aspects of due process of law only, and
only Trial by Jury(not jury trial), and in keeping with Amendments
V, VI and VII.

21. Declarant NOTICES  that the current state and federal government are

denying Declarant Rights guaranteed to him, and required of the federal and state governments, by the constitution for the United States, namely:1) access to an Article III court and 2) a Republican form of government.

22. As evidence in support of the above statement, Declarant NOTICES: 1) all state and federal courts are now legislative/administrative tribunals operated by the executive branch of government, which neither complies with a Republican form of government, nor an Article III type court, and 2) all courts are now commercial in nature, being listed on Dun & Bradstreet as for-profit corporations, which is definitely not a Republican form of Government, and a conflict of interest, thus both Represents Rights violations inconsistent with the Supreme Law of the Land.

23. The undersigned further NOTICES that pursuant to the constitution and the God-given Rights secured and guaranteed therein, said constitution is established to snsure that the dominion granted by God to all People on this Land endure, and shall ensure forever that this People on this Land be free from any and all slavery, enticement to slavery/indentured servitude, tyranny, and oppression under color of any law, statute,code,policy,procedure,or of any other type of inferior authority to the Constitution and the Bill of Rights and the Declaration of Independence, as well as all state constituions.

24. The undersigned further NOTICES that the undersigned is not a party to the constitutions, has no oath to the constitution, and is not subject to the constitutions, and therefore, is not subject to the legislature and/or Congress created by said constitutions, and therefore cannot be made subject to any of the laws, rules and regulations created by said legislature or congress, and believes no evidence to the contrary exist

25. As evidence, it should be noted that the states formed the United states, and the states did not and could grant the United States any authority to regulate the People of the states because the People of the states, by and through the constitutions which created the states, did not grant any powers to the states themselves to regulate the People, nor to grant any such authority to the United States.

26. Governments create agencies and hire employees that need to be regulated so they do not interfere with the Rights of the People;they regulate commerce, they create or authorize the creation of trusts and corporations, and the government can regulate what it creates, so the legislature has passed massive statutes that regulate government employeess, government agencies, and other artificial entities, but their statutes do not, are not, and never were for the purpose of regulating the People who created the government, nor can they, because the created being is NEVER greater than its CREATORS.

27. Legislative/administrative courts are for the purpose of regulating government agencies and employees, and regulated commercial activities, and as stated above, I am not one of those.

28. Judicial courts cannot enforce statutes. Only legislative courts enforce statutes, therefore, anytime the court is enforcing a code or statute, it is an administrative hearing and not an Article III type court as required by the U.S. Constitution. " Courts enforcing

Statutes do not act judicially," Thompson v. Smith, 154 SE 579; FRC v. GE. 281 U.S. 464; Keller v. PE, 261 US428.

29.  Article III courts are courts of common law which require an affi-davit of an injured party be placed upon the record of the court in order to invoke the court's subject matter jurisdiction, and without such subject matter jurisdiction, the court has no jurisdiction at all.

30.  The undersigned further NOTICES that pursuant to this Constitution and all state constitutions, the undersigned cannot be compelled, manipulated, extorted, tricked, threaten, placed under duress, coerced, or so effected under color of law, by any Natural Person, who indi-vidually, or in any capacity as or under any Artificial Person, agency, entity, officer, or party, into the waiving of any of Declar-ant's Rights, or to act in contradiction thereof, or to act in oppo-site of the moral conscience and dominion granted Declarant by God; nor can Declarant be deprived of any of these Rights, privileges, and immunities, except by lawful process in accordance with said Constitution, without that Natural and/or Artificial Person, in whatever capacity, in so doing, causing injury to your Declarant and thereby committing numerous crimes, requiring lawful punish-ment therefrom.

31.  If a contract is being relied upon for jurisdiction, the under-signed demands said contract be presented to Declarant, so it may be challenged on the grounds of fraud, lack of full disclosure, and lack of consideration.

32.  The undersigned further NOTICES that lack of full disclosure when compelling alleged "benefits" (i.e., imposing a code) upon the People in furtherance of government schemes to deprive the People of their property and rights in property, as in failure to disclose the voluntary nature of the supposedly compelled compliance, failure to disclose the contractual nature of the "Benefit," or any losses of Rights and/or property that will result by compliance with any code, is a dishonest act, a breach of fiduciary duty, a violation of oath of office, the taking of Rights, property and/or rights in pro-perty without just compensation, enticement to slavery, sedition and construtive treason, as stated by the courts.

33.  The undersigned hereby further NOTICES that he reserves the right to amend this Declaration from time to time as deemed necessary and as the undersigned's knowledge increases.

Further, Declarant sayeth naught.

## NOTICE TO RESPOND

Notice is given to any and all who may have evidence of rebuttal, to rebut this Decla-ration of your own sworn under penalty of perjury, within 10 days or be collaterally estopped from proceeding against Declarant. It is prima facie evidence that everybody stipulates to this Declaration if they do not rebut it. My fee for proceeding with any matter which would prejudice my Rights, in the absence of a rebuttal by sworn affidavit or declaration, with supporting evidence to the contrary, is $10,000.00 per day, payable by the named plaintiff and his attorney.

I certify pursuant to the laws of purjury of The State of California, and the United States of America, the above statements are true, correct, complete and not misleading.

Executed nunc pro tunc to December 7,1990.

Austin Douglas, of the family Hemsley, Declarant
c/o Temporary mail location:
c/o AUSTIN D. HEMSLEY, #P22813
California Health Care Facility
Facility E, E2B-107u
P.O. Box 32290
Stockton, California [95213]
on North America

MEMORANDUM IN SUPPORT
OF PRIVATE ADMINISTRATIVE PROCESS
FOR PROOF OF CLAIM, With
<u>NOTICE OF ADMINISTRATIVE REMEDY POINTS AND AUTHORITIES</u>

Non-negotiable — Private between the parties

Conditions of Notice via Private Administrative Proces;
A.  Undersigned desires to settle this matter via good faith via
    acceptance and to satisfy any obligation established or indicated
    by any presentment from Respondent by agreement predicated and
    conditioned upon proof of claim (discovery & evidence).
B.  The use of any Notary by Claimant is to 'keep the record','acknow-
    ledge' the signature of the undersigned and testify to the vera-
    city of the same in any court where necessary and may utilize
    Notarial protest as needed.


Claimant; is the living, flesh-and-blood sentient being, who(s):

    1.  "Rights existed long antecedent to the organization of the
        State..." Hale v. Henkle 201 u.s. 43 @ pg. 74 (1905).
    2.  Is not a signatory to any State or Federal Constitution.
    3.  Is not a 'party' to any state of Federal Compact.
    4.  Is not named in the statutes of any state or Federal govern-
        ment:
    5.  Has the right to exercise 'private administrative process'
        for resolution before utilizing the foreign courts of the de-
        facto governments agency/units.
    6.  Has the personal knowledge of the facts of the matter and are
        contained in affidavit form duly notarized.
    7.  Initiates process and contact in Good Faith, with Clean Hands
        and Fair Dealing implied in administrative or law.
    8.  Has '<u>expectation</u>' of same from all agents,employees and offi-
        cers of government or quasi-government (private) corporations,
        and the private sector.
    9.  Has '<u>expectation</u>' that agents, employees and officers of gov-
        ernment or quasi-government (private) corporations, and the
        private sector will act fairly and honestly in good faith,
        with clean hands and without intent to cheat, hinder,delay,
        defraud, lie, coerce, use undue influence, threaten, or use
        phusical force (beatings) or violate their 'Oath of Office'.

Respondent to this 'private administrative process' is to:

    1.  Substantiate the validity and the accuracy of their present-
        ment (whether complaint, information, indictment) or otherwise;
    2.  Produce Delegation of Authority -- private/public (duly sanc-
        tioned) or otherwise;
    3.  Produce Constitutional 'Oath of Office' duly signed and wit-
        nessed;
    4.  Produce any Contract or Agreement bearing bona fide signatures
        including those of the Claimant;

5. Constitutional authority of Respondent to act against Claimant;
6. Produce bases upon which any claim operates upon Claimant;
7. Operate with 'Good faith', 'Clean Hands', 'Fair Business Dealings';
8. Provide 'Full disclosure' at all times, and
9. Conduct matter under the principles of the American Jurisprudence and Law;
10. Disclose whether the instant matter is a proceeding in time of Peace;
11. Disclose whether the instant matter is a proceeding in time of War;
12. Act in a manner so as not to cheat, hinder, delay or defraud the Claimant in any manner;
13. Act in a manner not to coerce Claimant under color of law or to subject Claimant to involuntary servitude and peonage;
14. Insure that, in this instant matter, Respondent agrees not to commit fraudulent concealment, denial of substantive due process, denial of due process of law, to mutual conspiracy to engage in a scheme of unjust enrichment, or a Declaration of War against the Claimant and subjection of Claimants to a state of involuntary servitude and peonage in violation of:

   a. Bill of Rights--re; 'right to Life, Liberty and Pursuit of Happiness;
   b. Thirteenth Amendment of the Constitution of the United States;
   c. Title 18 USC §1581;
   d. Title 42 USC §1994;
   e. Article 6 of American Convention on Human Rights

15. Or where Respondent is a 'private' man/woman; within the context above, validate the claim, acts or otherwise as to show actions, statements were proper, lawful and correct and that Respondents actions were not injurious in any capacity.

**Notice**; claimant does not assume that Respondent is deceitfully attempting to assert a requirement where none exist, to file a form or allege a tax liability where none exists (other than upon a corporate fiction/debtor), nor is Respondent attempting to forcing Claimant to participate through coercion and/or undue influence to perform or pay against Claimants will.

**Reqirement(s) of Respondent:**

1. After review of the presentment, law,statutes,codes,evidence, affidavits,evidence,etc., transmit a notice to Claimant that there has been misapplication of statute/law or code.
2. Provide 'Proof of Claim(s)' as attached hereto.
3. Otherwise Respondent understands and agrees that a non-response, silence and/or refusal to provide 'Proof of Claim(s) constitutes 'Full agreement' to all the facts as they operate in favor of the Claimant and Respondent and it's Pricipal(s) are in agree-

ment for discharge of any fine, fee, tax, debt or judgment via com-
mercial instrument and/or Respondent agrees that Claimant can
exercise exclusive remedy via Tort Claim on all parties to the ad-
missions and injuries

## NOTICE OF ADMINISTRATIVE REMEDY
## POINTS AND AUTHORITIES

NOTICE; "It is the manner of enforcement which gives Title 42 1983 its unique
importance, for enforcement is placed in the hands of the people. Each citizen
acts as a private attorney general who 'takes on the mantel of the sovereign,'
guarding for all of us the individual liberties enunciated in the Constitution
..." (Frankenhauser v. Rizzo, 59 F.R.D. (1973). Emphasis added.

1. Undersigned Claimant hereby is herein exhausting their administrative
remedies, to determine the nature and cause of the incident, matter, injuries,
documents, authority, jurisdiction, commercial matter, monetary assessment de-
scribed therein or otherwise.

2. As an operation of Law, undersigned Claimant is required to exhaust their
administrative remedies before they may may bring any judicial action for remedy
or relief, if such is warranted by the result of the administrative process,
via agreement, stipulation or confession.

3. For reference, the principles that arise from the Administrative Proce-
dures Act (APA), Title 5 United States Code, State and Federal Constitution re-
quirements "operate upon [all] agent/employees of [companies], corporations
[government corporations]."

4. The APA establishes fairly liberal standards for allowing participation
by persons who either have a personal interest in the outcome of the proceeding
or represent a pertinent public interest, Title 5 U.S.C. 703.

5. Under the authority of the Administrative Procedure Act at 5 U.S.C. 556
'D', BURDEN OF PROOF, "the proponent of a rule or orders bears the burden of
proof." The Supreme Court has stated that if any tribunal (court) finds absence
of proof of jurisdiction over person and subject matter, the case must be dis-
missed." For reference, see Louisville RR v. Motley, 211 US 149, S.Ct. 42.
Claimants are relying upon the same measures and enforcing the same require-
ments in exhausting the administrative process as to Proof of WRONG DOING, IN-
JURIES, LIABILITY, FRAUD, WRONGFULL TERMINATION, MEDICAL MALPRACTICE, VIOLA-
TION OF FORTH AMENDMENT, MISAPPLICATION OF STATUTE, MALICIOUS PROSECUTION, LACK
OF JURISDICTION, or otherwise as applied to the inquiries attached hereto.

6. Claimant initiates this Private Independent International Administrative
process under the principal of contract which operates upon the agent/employee
to be a fact finder.

7. Claimant fully understands that it is not the intent of the Respondent(s)
to mislead or otherwise defraud, deceive, or withhold any evidence as applied
to the inquiries and requested documents herein, and herein Claimants rests
upon Respondent(s) 'Good Faith' and 'Clean Hands Doctrine' and duty to so re-
spond

8.  Claimant has an expectation of 'Good Faith' on the part of the Respondent(s) as Agent(s)/employee(s) on behalf of 'companies, corporations, government corporations or officers and judges of the court to answer the inquiries, to give proof, to produce requested documents and evidence.

9.  Claimant is acting in a private capacity as a fact finder within the undersigned's private administrative process to secure a preponderance of 'proof', 'evidence' or otherwise, where facts asserted [or admitted] are more probably more true than false. In said case; proceedings must be "of a type commonly relied upon by reasonbly prudent men in [the] conduct of their serious affairs." Therein, Respondent have a 'good faith' duty to respond and answer the inquiries and or provide requested Proofs of Claim.

10.  The response(s), or assent(s), or fialure or refusal to provide and produce the requested 'evidence' in the absence of response will provide the undersigned a means to determine the nature and cause of the Respondent's actions and documents up to and including default.

11.  However, "Silence can only equate with Fraud where there is a legal or moral duty to respond or where an inquiry left unanswered would be intentionally misleading." (U.S. v. Prudden, 424 F.2d 1021 (1070).

12.  As with any administrative process, Respondent may controvert the statements and/or claims made by Petitioner by executing and delivering a verified response point by point, with evidence in support or stipilate that no 'document or exhibit exists in the record, or no 'Proof of Claim' exists... on said point by point basis. Respondent may agree and admit to all statements and claims made by Petitioner by TACIT PROCURATION by simply remaining silent. Silence equates to agreement.

13.  In the event Respondent admit the statement and claims by TACIT PROCURATION, all issues are deemed settled STARE DECISIS, and Respondent may not argue, controvert, or otherwise protest the finality of the administrative findings in any subsequent process, whether administrative, judicial, or commercial.

14.  Respondent are granted a minimum ten days (10) or up to 30 days if specifically specified... and are to respond to the requests for "Proof(s) of Claim", 'statements', 'questions' and 'charges', or otherwis... herein and/or to provide Respondent' own answers to inquiries.

15.  Exception: in the event Respondent believes the acts complained of may be raised to the level of, and prosecuted as, a CRIMINAL ACT, Respondent may forward a copy of administrative pleadings to Grand Jury or prosecuting authority along with a demand that such Grand Jury or prosecutor investigate the acts complained of and make a determination as to whether Respondent may be criminally prosecuted or indicted for any matter raised in administrative pleading. Respondnet must serve, or cause to be served a certified copy of such demand for criminal investigation, and proof of submission to the appropriate Grand Jury or prosecuting authority, along with a request for an extension of time to respond based upon Respondent's right or privilege against self incrimination.

Dated this 23 day of April ,2018

/S/ *Austin D. Hemsley*
Austin D. Hemsley

Austin Douglas, of the family: Hemsley
c/o AUSTIN D. HEMSLEY, # P22813
California Health Care Facility
P.O. Box 32290
Stockton, California [95213]

**TRUE BILL**
Invoice/Statement No: ADH2017I9449
Case # -BA160584
Date: APRIL 23 2018

Liable Parties:

Jackie Lacey, as Fiduciary Trustee/Respondent
District Attorney's Office
320 West Temple Street
Los Angeles, Ca 90012

Civil Assessment Pursuant to Administrative Judgment

| | QTY | RATE | AMOUNT |
|---|---|---|---|
| Rights Violations | 28 | 10000.00 | 280000.00 |
| Compensatory Damages | 4 | 280000.00 | 1120000.00 |
| Punitive Damages | 3 | 280000.00 | 840000.00 |
| Unlawful Improsorment | 7046 | 1600000.00 | 11,273,669,000.00 |

TOTAL DUE          11,276,000,000.00

MAKE CHECKS PAYABLE TO:
Austin Douglas of the family:Hemsley

NOTICE

This is an attempt to collect a debt. Payment may be made by cash, check or money order.
Payment may be made in full, or monthly payments may be arranged by writing to the above
location. One percent (1%) interest per month will be applied to the unpaid balance. Mini-
mum monthly payment the creditor will accept is $5,000,000.00, unless other arrangements
are made. Failure to pay or make arrangements to pay, will result in collection processes.
Claimant reserves the right to amend, correct and adjust this accounting for any subsequent
joinder and  co-claimants fees, interest and charges.

I certify under penalty of perjury the foregoing is true, correct and complete.

SIGNED   Date   APRIL 23, 2018

Austin Douglas of the family:Hemsley
Austin Douglas Hemsley

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on the date noted below, the Notary Public caused to be served upon:

Jackie Lacey
District Attorney's Office
320, West Temple Street
Los Angeles, CA 90012

hereinafter, "Recipient," the documents and sundry papers pertaining to LOS ANGELES COUNTY SUPERIOR COURT, STATE OF CALIFORNIA, Case No. BA160584, in behalf of and regarding Inmate No. P22813, and issued in behalf of Austin Douglas of the family Hemsley, unless indicated otherwise and herein identified as follows:

1. Private Administrative Remedy
2. Notice of Fiduciary Trusteeship Duty
3. Declaration of Status
4. Memorandum In Support Of Private Administrative Process
5. True Bill, See: Pg. 26 of Private Administrative Remedy
6. reference copy of this Certificate of Service(signed original on file)

by Certified Mail No. 7017 1450 0001 0426 8358, for lack of a reasonable expedient de jure alternative, by placing same in a postage pre-paid envelope properly addressed to Recipient at the address indicated above, and depositing same in an official depository of the United States Postal Service corporation.

I put my hand to the seal this day:

Notary Public _____   Date  4 / 23 / 18

Print Name: ___Karla B. Palomera___

Seal:

**MAIL AMERICA**
1752 E AVENUE J
LANCASTER, CA 93535

## COPY CERTIFICATION BY DOCUMENT CUSTODIAN

State of California )
               ) Scilicit
County of Los Angeles )

     I Carolyn DeCosta, hereby swear that the attached re-
production of:

Private Administrative Remedy; Notice of Fiduciary Trustee-
ship Duty; Declaration of Sattus; Memorandum In Support of
Private Administrative Process; True Bill, sent via Certi-
fied Mail No. 7017 1450 0001 0426 8358

..is a TRUE, correct and complete photocopy of a document
or documents in my possession and I'm the custodian of
said document or documents.

_____ P.O.A.
Signature of Custodian of Original Document(s)

c/o 45102 Palmlane, on Lancaster, California [93535]


SUBSCRIBED and SWORN to before me on this _23_ day of _April_ 2018


_____ Seal:
Signature of Notary Public

*see Attached*
*Doc.*
*for Notary Public*

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**         GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☒ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary).

I Carolyn DeCosta Have the Phot copy
Certification By Document Custodian
Notary's Certificate of Service A Tree Copy
Mail # 7017 1450 0001 0426 8358

_____        _____
Signature of Document Signer No. 1        Signature of Document Signer No. 2 (if any)

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of *Los Angeles*

Subscribed and sworn to (or affirmed) before me

on this **23** day of **April**, 20 **18**,
    Date      Month      Year

by

(1) *Carolyn Decosta*

(and (2) _____ ),
              Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

```
KARLA B. PALOMERA
Commission # 2114063
Notary Public - California
Los Angeles County
My Comm. Expires Jul 2, 2019
```

Signature _____
           Signature of Notary Public

Seal
Place Notary Seal Above

---
————— *OPTIONAL* —————

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: *CA Jurat with Affidant Statement*   Document Date: **4/23/18**

Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910



$8.67  US POSTAGE
FIRST-CLASS
Apr 23 2018
Mailed from ZIP 93535

071V00737344

Shipped using PostalMate
Pkg:12034

# FIRST-CLASS MAIL

MAIL AMERICA
MAIL AMERICA
752 E AVENUE J
LANCASTER CA 93535

RETURN RECEIPT REQUESTED

SHIP TO:
DISTRICT ATTORNEY'S OFFICE
JACKIE LACEY
320 W TEMPLE ST
LOS ANGELES CA 90012-3208

## USPS CERTIFIED MAIL

9414 7102 0082 8720 8331 84

---

CERTIFIED MAIL

7017 1450 0001 0426 8358

John M. DeCosta
5105 Palmview
Concord CA 95535

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jackie Lacey
District Attorney
320 West Temple Street
LA CA 90012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent
              ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jackie Lacey
District Attorney
320 West Temple Street
LA CA 90012

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    ☐ Agent
                                     ☐ Addressee
B. Received by ( Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

APR 2 6 2012

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)           ☐ Yes

2. Article Number
   (Transfer from service label)    7017 1450 0001 0426 8358

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-154



U.S. Postal Service
CERTIFIED MAIL RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)      $
☐ Return Receipt (electronic)    $
☐ Certified Mail Restricted Delivery  $
☐ Adult Signature Required       $
☐ Adult Signature Restricted Delivery $
Postage
$
Total Postage and Fees
$
Sent To
Jackie Lacey District Attorneys
Street and Apt. No., or PO Box No.
320 West Temple Street    (office)
City, State, ZIP+4
Los Angeles CA 90012

PS Form 3800, April 2015    See Reverse for Instructions

7017 1450 0001 0426 8358

Postmark
Here

PRIVATE ADMINISTRATIVE REMEDY - NOTICE OF FAULT
LAWFUL NOTIFICATION & OPPORTUNITY TO RESPOND

Claimant:
Austin Douglas of the family Hemsley
Sole Beneficiary of the AUSTIN D. HEMSLEY Cestui Que Vie trust

May 28, 2018

Respondent Trustee:
Jackie Lacey or His successor
Trustee of the Public Trust
District Attorney's Office
320 West Temple Street
Los Angeles, CA 90012

Property to be Released:
Inmate No. P22813
AUSTIN D. HEMSLEY

Current Location of Property:
California Health Care Facility
P.O.Box 32290

REF:   LOS ANGELES SUPERIOR COURT
        Account/Case No.# BA 160584

PRIVATE - TRUST LAW - NON-NEGOTIABLE
PRIVATE BETWEEN THE PARTIES
-NOT FOR PUBLIC FILING-
ADMINISRATIVE REMEDY/COMPLEX TRUST NO. ADH 20189449
Notice to Agent is notice to Principal/Notice to principal is notice to Agent
Silence is Acquiescence, Agreement and Dis Honor

Notice of Fault
Opportunity to cure
Notice to Agent is notice to principal.

Statement of Facts

1.    On or about April 23, 2018 Respondent/Trustee Jackie Lacey was served a Private
Communication which included a Private Administrative Remedy for Proof of Claim,
Notice of Fiduciary Trusteeship Duty, Declaration of Status, Memorandum In Sup-
port of Private Administrative Process, and True Bill. The"Undersigned", caused
to be sent to you the above referenced Administrative Remedy for Proof Of Claim in
respect to Void Judgment per Cause/Case # BA160584 by/through United States
Postal Service/U.S. Post Office, "Certified" Mail-Return Receipt Requested,
Certified Mail No.7017 1450 0001 0426 8385.
        Please be advised that you have failed to perform to the terms and conditions
after receiving this presentment from the Undersigned on or about April 26,2018.

You have failed to perform by providing the requested and necessary Proof(s) of Claim (Evidence/Discovery) after receiving said Private Administrative Process from the Undersigned per your receipt and acceptance thereof as evidence by PS form 3811 (Return Receipt/Green Card); of which, a true, correct, and Complete "COPY" is attached hereto, and incorporated herein by reference.

2.   You are now at fault and in agreement, stipulating to the terms of the Undersigned's dated presentment and the facts therein contained; and arising in consequence there from, as said facts coerate in favor of the Undersigned.

3.   Per your fault/dishonor, you are given the OPPORTUNITY TO CURE said fault of non-response and should you fail or refuse to cure said by providing the requested and necessary Proofs of Claim (Evidence/Discovery) etc.Respondent was also noticedthat his failure to so rebut said items would comprise his complete agreement with any such items which were not rebutted.

4.   Respondent/Trustee/Fiduciary Trustee was also advised therein that failure to release the property, or in the alternative evidence all facts pertaining to the Proof's of Claim contained in the Statement of Facts & Allegations, with supporting evidence. Respondent's failure to do so would comprise his confession to a breach of contract, violation of oath of office, securities fraud, false imprisonment, insurrection to the bankruptcy of the United States, malfeasance of office, and would comprise his approval of the use of reports and complaints, his agreement to be sued for his violations, and would initiate a claim for damages in the amount of One Million Six Hundred Thousand Dollars ($1,600,000.00) per day of continued unlawful incarceration or conditions of supervised release under the above-referenced case number (s) to which defendant has been subjected. (This ia a lawful evaluation based on TREZVANT v.CITY OF TAMPA,741 F.2d 336,11th Cir. 1984, which equals $584,000,000.00 per year.)
Respondent/Fiduciary Trustee was instructed to send his response to Austin Hemsley in care of the Third Party Witness at the Mail location listed within the Administrative Remedy.

### Respondent's admissions

As an operation of law, Respondent/Fiduciary Trustee Jackie Lacey, has admitted, confessed and stipulated to all terms,provisions, claim, facts and allegations in the said private communication/administrative process, and has yet to obtain the release of the prisoner.

Right to cure the misappropriation of funds: If you obtain an order for the release of the prisoner, your obligation will be considered met. If you do not obtain an order for release of the Claimant, you owe the Claimant the [FULL] amount of the True Bill.

NOTICE OF INTENT TO SEIZE: If you do not pay the AMOUNT NOW DUE by the LAST DAY FOR PAYMENT, Claimant will repossess the funds/property. If you are a public employee, agent, officer, or licensed legal fiction person, levy will be made against your bond and you will be surrendered as the successor surety. You may be named the defendant in a Title 42 Lawsuit for rights violations, or other tort action, and in a criminal complaint for violations of the law.

## Opportunity to Cure

Respondent has fourteen (14) days from the date of this Notice to cure the breach by the Release of Personal Property from Escrow, executing the bonds that your Office created and sold and Posting Payment to account/case number BA160584 depositing the bonds with the U.S. Treasury, and causing the release of the defendant/prisoner, and returning to Claimant no later than three days from receipt of this communication, a cash receipt, settlement statement, dismissal of thr above-referenced case number or equivalent receipt for payment. Failure to cure will be certified as Respondent's default on the administrative process, agreement on behalf of Respondent with all terms therein, and waiver of all Rights of recourse, appeal, objection, protest, claim or controversy having had opportunity and failed to plead.

## Duty to Respond - Failure to Cure

Respondent/Fiduciary Trustee has a duty to respond to this Administrative Remedy Pursuant to the Administrative Procedures Act and pursuant to the contractual obligation which this court created by selling bonds in the name of the (Cestui Que Vie trust), and by obtaining the Beneficiary's signature, by trickery and deceit, on documents which this court deems to be contracts for imprisonment.

Failure to cure will be certified as Respondent/Fiduciary Trustee's default on the administrative process, agreement on behalf of Fiduciary Trustee with all terms therein, and waiver of all rights of recourse, appeal, objection, protest, claim or controversy, having had opportunity and failed to plead. Failure to provide the requested rebuttals to the specified Statements of Facts & Allegations will comprise your agreement and acceptance of the Facts & Allegations, which Facts & Allegations Provide the basis of your admission to a bad-faith prosecution, a void judgment in this matter, and your violation of your oath of office and breach of your fiduciary duties, as well as the the crimes listed therein.

WAIVER OF RIGHTS. CONFESSION OF JUDGMENT BY ESTOPPEL. Silence is acquiescence. Your Non-Compliance will comprise your consent, agreement, confession and estoppel to waive any and all rights to raise a controversy, appeal, object to, or controvert administratively or judicially any of the terms and provisions in this Contract or the estoppel, as well as your consent to serving as a successor surety for all obligations, commercial and corporeal, attributed to the account. Upon Default, you and your agents may not argue, controvert, or protest the finality of the administrative findings to which you have agreed unless such waiver of rights is declined in writing. Any such argument of controversy will comprise your confession to Perjury, Enticement to Slavery and various crimes against humanity. The Respondent/Fiduciary Trustee's confession of judgment in the said amount is res judicata and stare decises.

As your process was never lawfully issued against the defendant, and all obligations and and penal sums have been satisfied and settled to the complete satisfaction of the principals, as a courtesy, and being you have failed to rebut with supporting evidence, the Statements of Facts & Allegations, this matter is settled, and upon your non-compliance, will result in a breach of contract, and will comprise your acceptance of all other confessions of judgment.

Please respond to the Mail location within the Administrative Remedy, as instructed.

Without the Bar, Without controversy,

*Austin Douglas Hemsley*    *Austin D. Hemsley*

Austin Douglas of the family Hemsley, non-negotiable
Sole Beneficiary of the AUSTIN D. HEMSLEY Cestui Qui Vie trust

---

**NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES**

This document and attachments are not intended to harass, intimidate, offend, conspire, blackmail, coerce, cause anxiety, alarm or distress or impeded public procedures. They are presented pursuant to legal authority to facilitate the stated intention of achieving honorable settlement, and a lawful remedy as provided by law. Any affirmation contrary to this stated intention will comprise your stipulation to committing a fraud upon this court.

---

Notice of Fault/Opprtunity to Cure - Page 4

Austin Douglas of the family:Hemsley
c/o AUSTIN HEMSLEY, C.D.C.R. #P22813
California Health Care Facility
P.O. Box 32290
Stockton, CA[95213]
On North America

**TRUE BILL**
Invoice/Statement   No: ADH20189449
Case # BA160584
Date: *May 28, 2018*

Liable Parties:

Jackie Lacey, as Fiduciary/Trustee/Respondent
District Attorney's Office
320 West Temple Street
Los Angeles, CA 90012

### Civil Assessment Pursuant to Administrative Judgment

| | QTY | Rate | Amount |
|---|---|---|---|
| Rights Violations | 28 | 10,000.00 | 280000.00 |
| Compensatory Damages | 4 | 280,000.00 | 1120000.00 |
| Punitive Damages | 3 | 280,000.00 | 840000.00 |
| Unlawful Imprisonment | 7081 | 1,600,000.00 | 11273600000.00 |

TOTAL DUE  11,332,000,000.00

MAKE CHECKS PAYABLE TO:
Austin Douglas of the family:Hemsley

### NOTICE

This is an attempt to collect a debt. Payment may be made by cash, check or money order. Payment may be made in full, or monthly payments may be arranged by writing to the above location. One percent (1%) interest per month will be applied to the unpaid balance. Minimum monthly payment the creditor will accept is $5,000,000.00, unless other arrangements are made. Failure to pay or make arrangements to pay, will result in collection processes. Claimant reserves the right to amend, correct and adjust this accounting for any subsequent joinder and co-claimants fees, interest and charges.

I certify under penalty of perjury the forgoing is true, correct and complete.

Date: *May 28, 2018*

Austin Douglas of the family:Hemsey

True Bill   Page 1of1

### NOTARY'S CERTIFICATE OF SREVICE

It is hereby certified, that on the date noted below, the Notary Public caused to be served upon:

> Jackie Lacey
> District Attorney's Office
> 320 West Temple Street
> Los Angeles, CA 90012

Hereinafter, "Recipient", the document(s) and sundry papers pertaining to Los Angeles County Superior Court, State of California, Case No. # BA160584, in behalf of and regarding Inmate No. P22813, and issued in behalf of Austin Douglas of the family:Hemsley, unless indicated otherwise and herein identified as foolws:

1. Notice of Fault/Opportunity to Cure
2. True Bill
3. Reference copy of this Certificate of Service (Signed Original on file).

....by Certified Mail No. 7017 1450 0001 0427 9576, for lack of a reasonable expedient De Jure alternative, by placing same in a postage Prepaid envelope properly addressed to Recipient at the address indicated above, and depositing same in a official depository of the United States Postal Service Corporation.

I put my hand to the seal this day:

Notary Public _Angelica Iboa_ _(signature)_

Print Name: _Angelica Iboa_     Date: _5-29-18_

Seal:



**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          **GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☑ See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

1  I Carolyn DeCosta hereby swear that the attached
2  Reproduction of: Private administrative Remedies
3  Notice of fault/ opportunity to cure, True Bill Notary's
4  Certificate of Service, is true correct and complete photocopy
5  of the original documents in my Possession and I am
6  the custodia of the documents certified mail No 70171450000104279S

_____          _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California

County of *Los Angeles*

ANGELICA IBOA
Notary Public – California
Los Angeles County
Commission # 2210430
My Comm. Expires Aug 18, 2021

Place Notary Seal Above

Subscribed and sworn to (or affirmed) before me

on this __29th__ day of __May__, 20_18_,
             *Date*              *Month*              *Year*

by _Carolyn Decosta_____
      (1)

(and (2)_____),
                  *Name(s) of Signer(s)*

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
                    *Signature of Notary Public*

---

───────────── **OPTIONAL** ─────────────

*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____   Document Date: _____

Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2016 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

CERTIFIED MAIL NUMBER #7017 1450 0001 0427 9699

# PRIVATE ADMINISTRATIVE REMEDY - NOTICE OF DEFAULT
## LAWFUL NOTIFICATION

Claimant:
Austin Douglas of the family, Hemsley
Sole Beneficiary of the AUSTIN DOUGLAS HEMSLEY Cestui Que Vie trust

Date:

Respondent Trustee:
Jackie Lacey, or his successor.
Trustee of the Public Trust
District Attorney's Office
320 West Temple Street
Los Angeles, CA 90012

Property to be released:
Inmate No. P22813
AUSTIN HEMSLEY

CURRENT LOCATION OF PROPERTY:
California Health Care Facility
P.O. Box 32290
Stockton, CA 95213

REF:   Los Angeles  County Superior Court
       Account/Case No. BA160584

### PRIVATE - TRUST LAW - NON - NEGOTIABLE
### PRIVATE DEBT BETWEEN THE PARTIES
### - NOT FOR PUBLIC FILING -
ADMINISTRATIVE REMEDY / COMPLEX TRUST NO. ADH20189449
Notice to Agent is Notice to Principal/Notice to Principal is Notice to Agent
Silence is Acquiescence, Agreement and Dishonor

#### NOTICE OF DEFAULT

Statement of facts

1.   On or about April 23,2018 Respondent/Trustee Jackie Lacey was served a Private
     Communication which included a Private Administrative Remedy for Proof of Claim,
     Notice of Fiduciary Trusteeship Duty, Declaration of Status, Memorandum In Sup-
     port of Private Administrative Process, and True Bill. The "Undersigned,"
     caused to be sent to you the above referenced Administrative Remedy for Proof
     of Claim in respect to Void Judgment per Account/Cause/Case No. BA160584 by/
     through United States Postal Service/U.S. Post Office, with " Certified " Mail
     Return Receipt Requested, Certified Mail No. 7017 1450 0001 0427 9699

2.  Respondent/Trustee/Fiduciary Trustee was also advised therein that failure to release the property, or in the alternative evidence all facts pertaining to the Proof's of Claim contained in the Statement of Facts & Allegations, with supporting evidence. Respondent's failure to do so would comprise his confession to a breach of contract, violation of oath of office, securities fraud, false imprisonment, insurrection of the Bankruptcy of the United States, Malfeasance of office, and would comprise his approval of the use of reports and complaints, his agreement to be sued for his violations, and would initiate a claim for damages in the amount of One Million Six Hundred Thousand Dollars ($1,600,000.00) per day of continued unlawful incarceration or conditions of supervised release under the above-referenced Account/Case Number BA160584 to which defendant has been subjected. (This is a Lawful evaluation based on TREZVANT v. CITY OF TAMPA, 741 F.2d 336, 11th Cir. 1984, which equals $584,000,000.00 per year.) Respondent/Fiduciary Trustee was instructed to send his response to Austin Hensley, in care of the Third Party Witness at the Mail location listed within the Administrative Remedy.

3.  On or about May 28-29, 2018, Fiduciary Trustee was served with a Notice of Fault, Opportunity to Cure.

4.  Respondent/Fiduciary Trustee was given an additional fourteen (14) days to cure the default and Respondent's confessions to acceptance of liability and misappropriation. In addition, Respondent was given an opportunity to prove superior status and jurisdiction by rebutting the Statement of Facts & Allegations contained in the Private Administrative Remedy, by Affidavit or declaration sworn true, correct, and complete.

5.  Respondent/Fiduciary Trustee was informed that failure to rebut the Statement of Facts & Allegations would comprise a contractual agreement and Respondent's consent to all of the terms, provisions, claims, facts and statements thereunder, acceptance of full liability as holders of the confession and of misappropriation of funds for failing to post the payment to the account, among other criminal actions.

6.  To-date, Fiduciary Trustee has failed to respond to the fourteen (14) day Opprtunity to cure et al.

### Respondent's Admissions

As an operation of law Fiduciary Trustee has admitted, confessed and stipulated to all terms, provisions, claims facts and statements in the said administrative process.

Respondent/Fiduciary Trustee's absence of an affidavit of rebuttal to the Statement of Facts & Allegations, and/or an order for the immediate release of the Claimant, Respondent has agreed that: 1) the defendant is no longer a surety for an unpaid judgment; 2) Respondent/Fiduciary Trustee has become the Successor Surety for the Judgment in this matter; and 3) Respondent/Successor Surety is obligated to order the release of the defendant from incarceration and/or conditions of supervised release; 4) agrees to the arrest of his/her bond; 5) agreed to all the Facts & Allegations contained in the Private Administrative Remedy; 6) and agreed to take the prisoner's place in the prison, or on supervised release,  as surety for this alleged debt, and 7)

agrees that he has committed the crimes of misappropriation of funds, violation of oath of office, breach of fiduciary duties, and all other crimes enumerated therein.

**Without the Bar / Without Controversy**

*Austin Douglas Hemsley*          *Austin D. Hemsley*

Austin Douglas of the family Hemsley, non-negotiable
Sole Beneficiary of the AUSTIN D. HEMSLEY Cestui Que Vie trust

_____

NOTICE TO OFFICERS/AGENTS OF THE UNITED STATES

This document and attachments are not intended to harass, intimidate, offend, conspire, blackmail, coerce, cause anxiety, alarm or distress or impede public procedures. They are presented pursuant to legal authority to facilitate the stated intention of achieving honorable settlement, and a lawful remedy as provided by law. Any affirmation contrary to this stated intention will comprise your stipulation to committing a fraud upon the court.

_____

## NOTARY'S CERTIFICATE OF SERVICE

It is hereby certified, that on th e date noted below, the undersigned mailed to:
Jackie Lacey
District Attorney's Office
320 West Temple Street
Los Angeles, CA 90012

hereinafter, "Recipient," the documents and sundry papers pertaining to LOS ANGELES COUNTY SUPERIOR COURT, STATE OF CALIFORNIA, CASE No. BA160584, in behalf of and regarding AUSTIN HEMSLEY, inmate # P22813, unless indicated otherwise; and herein identified as follows:

1.     Notice of Default;
2.     reference copy of this Certificate of Service.

by U.S.P.S. for lack of a reasonable expidient de jure alternative, by placing same in a postage pre-paid envelope properly addressed to Recipient at the address indicated above, and depositing same in official depository of the United States Postal Service on the date noted below.

x _Carolyn DeCosta_          x _Carolyn Cole_

I put my hand to the seal this day:

Notary Public _____          Date: _6-29-2018_

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Los Angeles_
Subscribed and sworn to (or affirmed) before me this _29th_ day
of _June_ 20_18_ by _Carolyn DeCosta_ _____ proved to me on the basis
of satisfactory evidence to be the person(s) who appeared before me.
Signature _____          (Seal)

ANGELICA IBOA
Notary Public – California
Los Angeles County
Commission # 2210430
My Comm. Expires Aug 18, 2021



Carolyn DeCosta
45102 Palm lane
Lancaster, CA 93535

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7017 1450 0001 0427 9699

9414 7102 0088 3836 3239 29

F

$7.30 US POSTAGE
FIRST-CLASS
Jun 29 2018
Mailed from ZIP 93535

071V00737344

endicia.com

**USPS FIRST-CLASS**

MAIL AMERICA
MAIL AMERICA
1752 E AVENUE J
LANCASTER CA 93535

RETURN RECEIPT REQUESTED

SHIP TO:
TRUSTEE OF THE PUBLIC TRUST
DISTRICT ATTORNEY OFFICE
320 W TEMPLE ST
ATT: JACKIE LACEY
LOS ANGELES CA 90012-3208

Jackie Lacey
District Attorney's Office
320 West Temple street
Los Angeles, CA 90012

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to: Jackie Lacey
Trustee of the Public trust
District Attorney's office
320 West Temple street
Los Angeles, CA 9001[illegible]

9590 9402 2777 6351 4963 53

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (*Printed Name*)

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations.

## NOTICE OF INTERNATIONAL COMMERCIAL CLAIM WITHIN THE ADMIRALTY
## ADMINISTRATIVE REMEDY

The State of California

United Staes of America 1776 A.D.

Petition for Agreement and Harmony within the Admiralty in the Nature of a

NOTICE OF INTERNATIONAL COMMERCIAL
CLAIM IN ADMIRALTY ADMINISTRATIVE REMEDY

28 U.S.C. §1333 and §1337

CLAIM No. ADH20189449

NOTARIAL PROTEST AND NOTICE OF ADMINISRATIVE JUDGMENT
CERTIFICATE OF DISHONOR

Claimant:
Austin Douglas of the family Hemsley
Sole Beneficiary of the AUSTIN D. HEMSLEY Cestui Que Vie trust

In care of:
Carolyn DeCosta, Mail Acceptor
c/o 45102 Palm Lane
on Lancaster, CA [Near 93535]
"Non domestic without the U.S."

Respondent/Trustee:
Jackie Lacey or His successor
Trustee of the Public Trust
District Attorney's Office
320 West Temple Street
Los Angeles, CA 90012

Respondent's failure to respond to the PRIVATE ADMINISTRATIVE REMEDY/LAWFUL NOTIFICATION &
OPPORTUNITY TO RESPOND, aka ADMINISTRATIVE REMEDY / COMPLEX TRUST NO. ADH20819449 of Austin
Douglas of the family Hemsley, has put Respondent in default as witnessed by the Mail Accept-
or in the sequence of the following events:

FINDING OF FACT

1.    In reference to LOS ANGELES COUNTY SUPERIOR COURT, Account/Case No.
      BA160584, the Claimant served a PRIVATE ADMINISTRATIVE REMEDY /
      LAWFUL NOTIFICATION & OPPRTUNITY TO RESPOND upon the Respon-
      dent, a Trustee of the Public Trust, on or about April 23, 2018, allowing thirty
      (30) days to respond. Mail Acceptor, Carolyn DeCosta, certifies no timely response
      was made by Respondent.

2. Within the PRIVATE ADMINISTRATIVE REMEDY, Respondent was served a Notice of Fiduciary Trusteeship Duty, Declaration of Status, Memorandum In Support of Private Administrative Process. and True Bill.

3. The Claimant served a NOTICE OF FAULT — OPPORTUNITY TO CURE upon the Respondent on or about May 29, 2018 allowing fourteen (14) days to cure. Mail Acceptor, Carolyn Decosta, certifies no timely Response was made by respondent.

4. The Claimant served a NOTICE FO DEFAULT upon the Respondent on or about June 29, 2018.

5. The Respondent has Dishonored the PRIVATE ADMINISTRATIVE REMEDY / LAWFUL LAWFUL NOTIFICATION & OPPORTUNITY TO RESPOND of Austin Douglas of the family Hensley.

6. This NOTARIAL PROTEST is NON-NEGOTIABLE and NOTICE OF ADMINISTRATIVE JUDGMENT and CERTIFICATE OF DISHONOR to which you have admitted the statement, claims, and answers to the inquiries by tacit procuration. This ADMINISTRATIVE JUDGMENT is stare decisis, res judicata and collateral estoppel.

7. The Third-Party Witness/Mail Acceptor, Carolyn DeCosta, appeared before me under oath and has sworn that she has not received a timely response and answer, by legal definition, or settlement from the Respondent, in behalf of the Claimant, as instructed in the PRIVATE ADMINISTRATIVE REMEDY.

8. Austin Douglas of the family, Hensley, is HOLDER IN DUE COURSE of this Account and the Commercial Matter contained therein by operation of law and the debt may be recorded on a UCC Financing Statement.

## AFFIDAVIT OF NEGATIVE AVERMENT

As of June 29, 2018, the undersigned Mailing Acceptor has not received a timely response to the Claimant's documents from the Respondent or any other Agents.

## CONCLUSIONS OF LAW

1. Respondent Jackie Lacey is in default, having failed to rebut the Facts & Allegations, or the True Bill presented in the Private Administrative Remedy.

2. As an operation of Law, Jackie Lacey has admitted to the statements and claims contained within the Private Administrative Remedy.

3. Jackie Lacey has a duty to prevent his acts and actions from further injuring Claimant.

4. Jackie Lacey is reminded of Jackie Lacey's Oath of Office contract, the performance of which is secured by Official Bond or surety, and has a duty to take the appropriate action, SUA SPONTE, referenced at Judicial Cannon 3(e) and applicable Public Law [42 USC 1986].

## ADMITTED AGREEMENTS

5. Pursuant to the agreement of the parties, Jackie Lacey has agreed to eveyrthing in the Private Administrative Remedy, the following being only a partial list taken from the Private Administra-

6.  The Judgment in Case No. BA160584 is void due to lack of subject matter jurisdiction of the court.

7.  Subject matter jurisdiction was never had by the court because there was no Affidavit of an Injured Party placed on the record of the court to initiate the court's jurisdiction.

8.  The court was an administrative tribunal enforcing statutes, and not a judicial Article III - type court as guaranteed to the People by the U.S. Constitution.

9.  Administrative courts have jurisdiction only over corporations and other fictional entities.

10. It was clear to anyone with eyes to see and ears to hear, that the Claimant/Claimant, is a living, sentient being, not an artificial entity, therefore, the court exceeded its jurisdiction in this instant matter.

11. The Respondent, Trustee of the Public Trust, violated trust law by summoning an artificial entity into an administrative court, and then doing a switch wherein he prosecuted the living man, sentient being, as if he were, in fact, an artificial entity, thus usurping the position of beneficiary to himself, and putting the true beneficiary in prison,, thus causing injury to the beneficiary, a clear violation of his trustee position.

12. All of the above, and all of the other violations contained in the Private Administrative Remedy, are clear violations of the Respondent's oath of office and breaches of his fiduciary duties, for which he is liable to the Claimant/Claimant.

13. Respondent Jackie Lacey admits and agrees he is duty - bound by his oath of office to release the prisoner Claimant/Claimant from confinement and any and all condition of supervised release, due to the fact the judgment is VOID.

14. Respondent admits to having committed the following crimes:

Impersonating an officer or Violation; of Oath of Office;
Breach of fiduciary duties;
War against the constitution;
Sedition;
Constructive Treason;
Trespass upon the Law;
Due process violations;
Conducting sham legal process;
Misapplication of Codes;
Fraud upon the court;
Obstruction of Justice;
Deprivation of Rights under color of law, 18 U.S.C. §242;
Conspiracy against Rights pursuant to 18 U.S.C. §241

Theft by deception;
Failure to disclose financial dealings;
Falsification of accounts by public officer;
Malfeasance of office;
Tax evasion;
Kidnapping;
False imprisonment;
Involuntary Servitude;
Racketeering;
Mail fraud;
Perjury;
Subordination of Perjury;
Misprison of felony;
Falsification of documents
Conflict of Interest;

## ASSESSMENT OF ADMITTED DAMAGES

Based upon the findings of fact discovered in, by and through this Private Administrative Process/True Bill, the below damages are assessed:

### TRUE BILL Assessment based on Respondent's Default

| | QTY | RATE | AMOUNT |
|---|---|---|---|
| | 28 | 10000.00 | 280000.00 |
| ...ts Violations | 4 | 280000.00 | 1120000.00 |
| ...pensatory Damages | 3 | 280000.00 | 840000.00 |
| ...itive Damages | 7046 | 1600000.00 | 11273600000.00 |
| ...awful Imprisonment | | TOTAL DUE | $11276000000.00 |



## NOTARIAL PROTEST CERTIFICATION

1. The HOLDER IN DUE COURSE has recruited the Notary Public, authorized to certify dishonor of PRIVATE ADMINISTRATIVE REMEDY Agreement/Contract; and to present this ADMINISTRATIVE JUDGMENT BY ESTOPPEL IN ACCORDANCE WITH UCC 3-509.

2. This Notarized Document is served to the Respondent for demand for payment on July   ,2018.

3. This Notarized Document is the official CERTIFICATE OF DISHONOR of the Notice of International Commercial Claim within the Admiralty Administrative Remedy, Contract No. ADH20189449.

### NOTICE OF FINAL DETERMINATION
### AND JUDGMENT NIHIL DICIT

THIS IS THE FINAL NOTIFICATION AND JUDGMENT. NO OTHER NOTIFICATIONS WILL BE SENT TO YOU, COLLECTION OF THIS LAWFUL CLAIM, AGAINST YOUR BONDS, INSURANCE POLICIES, 801 - K, CAFR FUNDS, PROPERTIES, OR ANY OTHER SOURCE  OF REVENUE TO CURE YOUR DISHONOR IN THE PUBLIC WILL BEGIN IN THREE BUSINESS DAYS[OR AT THE CLAIMANT'S DISCRETION] IF THIS CLAIM IS NOT PAID IN FULL. ADDITIONAL CIVIL DAMAGES AND CRIMINAL CHARGES MAY ALSO BR FORTHCOMING. NON RESPONSE IS A SELF EXCUTING POWER OF ATTORNEY TO FILE LIENS AND ENCUMBRANCES AGAINST ANY AND ALL PROPERTY OF THE RESPONDENT.

JUDGMENT IS SO ENTERED.

The above Affidavit is certified true, correct, complete and certain, under the law of the state of California.

By: _____, Third Party Witness
        Carolyn DeCosta

The Above named Affiant, personally known to me, or provided proper identification, appeared before me a Notary Public, Sworn and Under Oath;

July   ,2018

Notary Public _See Attachment - M.E. Notary Public 07/24/18_
Print Name:
Seal:

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of Los Angeles

Subscribed and sworn to (or affirmed) before me on this 24th day of July , 20 18 , by Carolyn Decosta

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

MICHELLE D. EVOLA
Notary Public – California
Los Angeles County
Commission # 2188410
My Comm. Expires Mar 26, 2021

(Seal)

Signature _Michelle D. Evola_



SENDER: COMPLETE THIS SECTION

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse so that we can return the card to you.
■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Jackie Lacey
District Attorney
320 West Temple Street
Los Angeles, CA 9ooll

9590 9402 2777 6351 4963 39

2. Article Number (Transfer from service label)
7018 0680 0001 3264 0875

PS Form 3811, July 2015 PSN 7530-02-000-9053

COMPLETE THIS SECTION ON DELIVERY

A. Signature
X                                    □ Agent
                                     □ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1?   □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted Delivery
□ Return Receipt for Merchandise
□ Signature Confirmation™
□ Signature Confirmation Restricted Delivery

Domestic Return Receipt



Return send back to me

CERTIFIED MAIL

7018 0680 0001 3264 0875

U.S. POSTAGE
PAID
LANCASTER, CA
93534
JUL 24 '18
AMOUNT
$7.41
R2304N117971-09

Lacey
of the Public Trust -
Attorney's Office
320 West Temple Street
Los Angeles CA 90012

# 7

NIXIE    910  CO 1     7207730718
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          **GOVERNMENT CODE § 8202**

[ ] See Attached Document (Notary to cross out lines 1–6 below)
[ ] See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

I Carolyn DeCosta, hereby swear that the attached reproduction of: Documents regarding Case No.
PA160584. VERIFIED PETITION FOR ENFORCEMENT OF THE CONTRACT BETWEEN THE PARTIES IN THE NATURE OF
A MOTION TO VACATE JUDGMENT BASED ON THE PROSECUTION'S AGREEMENT THAT THE JUDGMENT IS:1)Set-
off, Settled & Closed, and 2) Void Ab Initio.  With Supporting Documents: Exhibit A)Judgment
to be Vacated; Exhibit B)Declaration in Support; Exhibit C) Petitioner's Declaration of Status;
Exhibit D) Administrative Remedy No. ADR20189449; Notice of Fault/Opportunity to Cure;Notice
of Default/Contractual Notice and Demand For Settlement & Closure of the Escrow; Notarial Pro-
test and Notice of Administrative Judgment/Certificate of Dishonor.

_____          _____
Signature of Document Signer No. 1          *Signature of Document Signer No. 2 (if any)*

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the
document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of *Los Angeles*

Subscribed and sworn to (or affirmed) before me
on this *28th* day of *January*, 20 *19*.
                 Date        Month          Year
by
(1) *Carolyn DeCosta*

(and (2) _____ ),
                 Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

ANGELICA IBOA
Notary Public – California
Los Angeles County
Commission # 2210430
My Comm. Expires Aug 18, 2021

Signature _____
                 Signature of Notary Public

Seal
Place Notary Seal Above

———————————————— **OPTIONAL** ————————————————
*Though this section is optional, completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*
**Description of Attached Document**
Title or Type of Document: _____    Document Date: _____
Number of Pages: _____ Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)    Item #5910

EXHIBITS FOR CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C.§1983

# EXHIBIT COVER PAGE:

Exhibit:   C

Description of this exhibit: Writ of Habeas Corpus/Order:requesting the defendant be released/Affidavit of Truth/California Jurat with Affiant Statement, gov. form 8202/ P.S. 3811 form dated 01/29/2019 by an agent of the Court

Number of pages of this exhibit: 11      pages

JURISDICTION:  (Check only one)

_____Municipal Court

_____Superior Court

_____Appellate Court

_____State Supreme Court

 XX   United States District Court

_____United States Circuit Court

_____United States Supreme Court

_____California Department of Corrections, 602 Exhibit.

_____Other:_____

1   Austin Douglas, of the family Hemsley
    c/o Temporary mail location:
2   c/o AUSTIN D. HEMSLEY, #P22813
    California Health Care Facility
3   P.O. Box 32290
    Stockton, CA 95213

4

5

6

7        LOS ANGELES COUNTY SUPERIOR COURT, STATE OF CALIFORNIA

8

9   AUSTIN D. HEMSLEY, Cestui Que Vie trust,        Case No. BA169584
                        Petitioner,

10  v.                                              WRIT OF HABEAS CORPUS

11  JAckie Lacey,
    Trustee of the Cestui Que Vie trust, and        Clerk's action required.
12  Fiduciary to settle and close the account,

13                      Respondent,

14

15  Austin Douglas, of the family Hemsley, Sole
    Beneficiary of the AUSTIN D. HEMSLEY Cestui
16  Que Vie trust,
    3rd Party Interest Intervener under injury.

17

18  TO:   Warden: L. ELDRIGE  ; the pearson having custody of AUSTIN D. HEMSLEY,  warehoused
          under ID # P22813 DOB December 5, 1971.

19

20  IT IS ORDERED:

21        Bring the man or woman named in this writ before the Honorable _____

22  at: _____, on _____, at _____
          Location of court              Date            Time
23  Bring this writ with you.

24

25

26

27

28  Writ of Habeas Corpus,
    Case No. BA160584 - Page 1

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF _____, I certify that on_____

_____, at _____, I personally served the writ of Habeas Corpus
Date        Time

on _____.
       Name


Date _____        Signature _____

# ANSWER

STATE OF_____, COUNTY OF _____

I, _____, state:
       Name

|☐| 1. I do not have _____under my custody, power, or
                    Name of prisoner
     restraint.

|☐| 2. On _____by authority of _____,the Pri-
            Date
     soner was |☐| released / |☐| transferred to_____
     _____(Exhibits attached.)

|☐| 3. I have _____ under my custody,power, or restraint
            Name on writ
       under a

|☐| warrant charging the prisoner with the offense of_____
     _____.

|☐| Commitment

|☐| other:_____

issued by _____. A copy of the document is attached and
          Name

the original will be produced at the hearing.

I declare that the statements above are true to the best of my information,
knowledge, and belif.

Date: _____        Signature: _____

                             . Title:_____

Writ of Habeas Corpus,
Case No. BA160584 - Page 2

1 | Austin Douglas, of the family:Hemsley
c/o Temporary mail location:
2 | c/o AUSTIN D. HEMSLEY, C.D.C #P22813
CALIFORNIA HEALTH CARE FACILITY
3 | P.O. Box 32290
STOCKTON, CA 95213

4

5

6

7

8 LOS ANGELES COUNTY SUPERIOR COURT, STATE OF CALIFORNIA

9 AUSTIN D. HEMSLEY,Cestui Que Vie trust,
                        Petitioner,       Case No. BA160584
10 v.

11 Jackie Lacey,                              ORDER
Trustee of the Cestui Que Vie trust,   RE Verified Petition for Enforcement of
12 and Fiduciary to settle and close the  the Contract Between the Parties in the
account,                               Nature of a Motion to Vacate Judgment
13                      Respondent,

14 Austin Douglas of the family Hemsley, Sole
Beneficiary of the AUSTIN D. HEMSLEY Cestui
15 Que Vie trust, 3rd Party Interest Intervener
under injury.
16

17      The above - entitled Court, having a Petition to Vacate the Judgment/Order entered on

18 _____ :
        (Date)
19 IT IS HEREBY ORDERED that the petitioner's Petition for Enforcement of the Contract Between

20 the Parties in the Nature of a Motion to Vacate Judgment is granted. The judgment in the above

21 titled cause number is hereby discharged, and it is ordered the defendant is to be released from

22 custody and all conditions of supervision immediately.

23

24 DATED _____          _____
                                          JUDGE/COMMISSIONER
25

26

27 Order, Case No BA160584 - Page 1

1   Presented by:

2

3

4   _Austin Douglas, of the family Hensley_
    Austin Douglas, of the family Hensley

5

6

7   Approved by:

8

9
    _____
10  Jcakie Lacey, Bar No._____

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
    Order, Case No. BA160584 - Page 2

Fr: Austin D. Hemsley,Third Party
    Interest Intervener under injury
    c/o Temporary mail Location:
    c/o AUSTIN HEMSLEY/HENSLEY,C.D.C # P22813
    CALIFORNIA HEALTH CARE FACILITY
    P.O. BOX 32290
    STOCKTON, CALIFORNIA 95213

To: SHERRI R. CARTER,dba, EXECUTIVE OFFICER/
    CLERK OF THE COURT: FOR THE SUPERIOR
    COURT OF CALIFORNIA, LOS ANGELES COUNTY
    210 WEST TEMPLE STREET
    LOS ANGELES, CA 90012

RE: AUSTIN HEMSLEY/HENSLEY, CASE/ACCOUNT No# BA160584

### AFFIDAVIT OF TRUTH

STATE OF CALIFORNIA  )
                   ) ss
LOS ANGELES COUNTY  )

NOTICE TO AGENT IS NOTICE TO PRINCIPAL
NOTICE TO PRICIPAL IS NOTICE TO AGENT

" Indeed,no more than (Affidavits) is necessary to make a prima facie case."
United Staes v. Kis, 658 F.2d, 526, 536 (7th Cir. 1981); Cert denied, 50 U.S.
L.W. 2169; S.Ct. March 22,1982.

    I, Austin Douglas, of the family: Hemsley, Third Party Interest Inrevener,
herein "Affiant", a living breathing man, being first duly sworn, depose,say
and declare by my signature that the following facts are true, correct and
complete to the best of my knowledge and belief.

1.    **THAT,** Affiant is competent to state the matters included in His decla-
ration, has knowledge of the facts, and declared that to the best of
His knowledge, the statements made in His affidavit of truth are cor-
rect,true, and not meant to mislead;

2.    **THAT,** on January 21, 2019, Affiant presented this Court with a NOTICE
OF MOTION, with supporting documents:
    a). NOIE OF MOIION

    b). NOTICE & DEMAND FOR ADMINISTRATIVE & JUDICIAL NOTICE OF THE FIDUCIARY/TRUSTEE
OBLIGATIONS OF ALL JUDGES, COMMISSIONERS, MAGISTRATES, PROSECUTORS, ATTORNEY'S &
CLERKS OF COURT AS FIDUCIARY TRUSTEE, & PETITIONER'S APPOINMENT OF THE SAME TO
SETOFF, SETTLE AND CLOSE CASE/ACCOUNT NO. BA160584;

3.    c). NOTICE & DEMAND FOR MANDATORY ADMINISTRATIVE & JUDICIAL NOTICE OF PETITIONER'S
CONTRACTUAL ACCEPTANCE OF CONSTITUTIONS AND OATHS OF OFFICE ALL JUDGES,
COMMISSIONERS, MAGISTRATES, ATTORNEYS AND CLERKS OF COURT

    d). NOTICE & DEMAND FOR MANDATORY ADMINISTRATIVE & JUDICIAL NOTICE OF CONTRACT
BETWEEN THE PARTIES, WITH EXHIBIT A, COPY CERTIFICATION BY DOCUMENT CUSTODIAN
WITH NOTARIAL PROTEST AND NOTICE OF ADMINISTRATIVE JUDGMENT/CERTIFICATION OF
DISHONOR;

4.    **THAT,** on January 31, 2019, Affiant caused to be presented to this Court

AFFIDAVIT OF TRUTH                –PAGE– 1

a certified copy of the documents that was presented to the Respondent (Jackie Lacey, Trustee of the Cestui Que Vie trust) By: Carolyn DeCosta, Document Custodian of the Originals and representing Affiant as His Power of Attorney. See Exhibit "A" California Jurat with Affiant Statement Government Code § 8202 evidenced by **notary and** a copy of PS Form 3811 signed by an agent of the court, See Exhibit "B".

5.    THAT, On  March 26, 2019,  ::::Affiant will mail to this court his final document(s) ordering this court to settle and setoff this case/ account, that failure to do so will result in an action against the Respondent,[**Title 42 § 1983**].

6.    THAT, the Respondent is Noticed that Respondent is in Default, failed to contest Affiant's PRIVATE ADMINISTRATIVE PROCESS and have stipulated to the Facts/Agreement based upon Her Silence, acquiescence, and therein tacit agreement.


    I declare under the penalty of perjury under the laws of the State of California that the above mentioned is true and correct, and complete, and that this Affidavit of Truth was executed on  March 26, 2019      .

Further Affiant Sayth Not.

                                    BY: _Austin Douglas Hemsley_

AAFIDAVIT OF TRUTH              -PAGE- 2

AFFIDAVIT OF SERVICE

STATE OF CALIFORNIA  )
                     )ss.
LOS ANGELES COUNTY   )


        THAT I, Austin D. Hemsley, a natural sentient being, living breathing
man, being duly sworn, depose and say and declare by my signature, that the
following facts, are true to the best of my knowledge and belief. My address
is:
Austin D. Hemsley, Third Party Interest
Intervener under injury
c/o Temporarymail Location:
c/o AUSTIN HEMSLEY/HENSLEY, C.D.C.R.# P22813
CALIFORNIA HEALTH CARE FACILITY
P.O. BOX 32290
STOCKTON, CALIFORNIA 95213

        On the   March 26, 2019      I mailed the following documents to the
Parties named below. Documents mailed: Order RE: Verified Petition for Enforce-
ment of the Contract betwwen the parties in the Nature of a motion to Vacate
Judgment/ Writ of Habeas Corpus / Affidavit of Truth with exhibits and this
Affidavit of Service.

Parties Mailed to:

Sherri R. Carter, d/b/a, Executive officer/       Jackie Lacey, d/b/a Distrct Attorney
clerk of the court: For the Superior court        for Los Angeles County
of California, Los Angeles county                 211 West Temple Street, Suite 1200
210 West Temple Street                            Los Angeles, CA 90012
Los Angeles, CA 90012



        I declare under the penalty of perjury under the laws of the State of
California that the above mentioned is true and correct, and complete, and
that this Affidavit of Service was executed on   March 26, 2019   .

Further Affiant Sayth Not.

                              By: _Austin Douglas Hemsley_


Affidavit of Service                1

# EXHIBIT COVER PAGE:

Exhibit_____AA_____

Description of this exhibit: California Jurat with Affiant Statement,
Government Code § 8202

Number of pages for this exhibit: _1_____

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**          GOVERNMENT CODE § 8202

[ ] See Attached Document (Notary to cross out lines 1–6 below)
[✓] See Statement Below (Lines 1–6 to be completed only by document signer[s], *not* Notary)

I Carolyn DeCosta, hereby swear that the attached reproduction of: Documents regarding Case No. BA160584. VERIFIED PETITION FOR ENFORCEMENT OF THE CONTRACT BETWEEN THE PARTIES IN THE NATURE O A MOTION TO VACATE JUDGMENT BASED ON THE PROSECUTION'S AGREEMENT THAT THE JUDGMENT IS:1)Set-off, Settled & Closed, and 2) Void Ab Initio.  With Supporting Documents: Exhibit A)Judgment to be Vacated; Exhibit B)Declaration in Support; Exhibit C) Petitioner's Declaration of Status; Exhibit D) Administrative Remedy No. ADM20189449; Notice of Fault/Opportunity to Cure;Notice of Default/Contractual Notice and Demand For Settlement & Closure of the Escrow; Notarial Protest and Notice of Administrative Judgment/Certificate of Dishonor.

_____          _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of *Los Angeles*

Subscribed and sworn to (or affirmed) before me
on this 28th day of January, 2019,
            Date        Month        Year
by
(1) Carolyn DeCosta

(and (2) _____ ),
                Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence
to be the person(s) who appeared before me.

Signature _____
            Signature of Notary Public

ANGELICA IBOA
Notary Public – California
Los Angeles County
Commission # 2210430
My Comm. Expires Aug 18, 2021

Seal
Place Notary Seal Above

——————————— OPTIONAL ———————————
*Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____  Document Date: _____

Number of Pages: _____  Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910

# EXHIBIT COVER PAGE:

Exhibit_____B_____

Description of this exhibit: P.S. FORM 3811

Number of pages for this exhibit: _____1_____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superior Court of Cal.
County of Los Angeles
110 N. Temple St.
Los Angeles, CA 90012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X _____  ☐ Agent
                            ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

                                 12 9 08

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:          ☐ No

3. Service Type
   ☐ Certified Mail     ☐ Express Mail
   ☐ Registered         ☐ Return Receipt for Merchandise
   ☐ Insured Mail       ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)              ☐ Yes

2. Article Number
   7015 0920 0001 5154 9805

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540

EXHIBITS FOR CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

# EXHIBIT COVER PAGE:

Exhibit_____D_____

Description of this exhibit: P.S. FORM 3811

Number of pages for this exhibit: ___1_____

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Superior court of calif
court of Los Angeles
210 W. Temple st.
Los Angeles, CA 90012

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _(signature)_  ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )        C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:     ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐

2. Article Number
7015 0920 0001 5154 9805

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540

EXHIBITS FOR CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983

# EXHIBIT COVER PAGE:

Exhibit:     E

Description of this exhibit: Affidavit of Truth in Support of 42 U.S.C. § 1983 Claim

Number of pages of this exhibit:  __2__  pages

JURISDICTION:  (Check only one)

_____Municipal Court

_____Superior Court

_____Appellate Court

_____State Supreme Court

_XX_ United States District Court

_____United States Circuit Court

_____United States Supreme Court

_____California Department of Corrections, 602 Exhibit.

_____Other:_____

Affidavit of Truth # 9449—(1)

EXHIBIT " E "

### AFFIDAVIT OF TRUTH
### IN SUPPORT OF HABEAS CORPUS

CALIFORNIA STATE     )
                     ) Scilicet
County of Los Angeles)

Indeed, no more than (affidavits) is necessary to make the prima facie case." United States v. Kis, 658 F.2 ND,526, 536 (7th Cir.1981); Cert. Denied, 50 U.S. LW. 2169; S.Ct. March 22,1982.

That I, _Austin Douglas Hensley_ , a living breathing man(or woman), being first duly sworn, depose and say and declare by signature that the following facts are true to the best of my know - ledge and belief.

1) That Affiant/Plaintiff, did in fact, cause for a certified copy of the following documents to be served/tendered to the defendant on April 23, 2018: (a) Private Administrative Remedy, Complex Trust No. ADH20189449, (27 pgs.);(b) Notice of Fiduciary Trusteeship Duty, (3 pgs.);(c) Declaration of Status of Austin Douglas Hensley, (6 pgs.); (d) Memorandum in Support of Private Administrative Process, (5pgs.); (e) True Bill, (1 pg.); (f) Notary's Certificate of Service, (1 pg.); (g) Copy Certification by Document Custodian, (1pg.);(h) California Jurat with affiant statement, government code § 8202, (1 pg.); (i) copy of envelope addressed to the Defendant's office, pre-paid, (1 pg.), and (j) copt of P.S. form 3811 that was returned to affiant's/Plaintiff's Power of Attorney and Document Custodian of all Originals. See Exhibit "B".

2) That Affiant/Plaintiff, did in fact cause for a certified copy of the following documents to be served to the Defendant's Office on May 29, 2018: (a) Copy of a Notice of Fault - Opportunity to Cure (4 pgs.); (b) True Bill (1pg.); (c) Notary's Certificate of Service (1 pg.),and(d)a copy of California Jurat with Affiant's Statement, (Signed by Plaintiff's Power of Attorney),Government Code § 8202 (1 pg.) See Exhibit "E".

3) That Affiant/Plaintiff, did in fact cause for a certified copy of the following documents to be served to the Defendant's Office on June 29,2018: (a) Notice of Default (3 pgs.); (b) Notary's certificate of service (1 pg.), and (c) copy of envelope addressed to Defendant's Office, dated June 29, 2018 (1pg.).  See Exhibit "B".

4) That Affiant/Plaintiff, did in fact cause for a certified copy of the following documents to be served to the Defendant's Office on July 24,2018: (a) Notice of International Commercial Claim within the Admiralty, Administrative Remedy/Notarial Protest/Notice of Administrative Judgment/ Certification of Dishonor (5 pgs.). These documents were not accepted by the Defendant's or His Office, instead, they were returned to the Plaintiff's P.O.A., but was re-submitted to the Clara Shortridge Foltz, Criminal Justice Center as an Exhibit in support of a Motion for Notice and Demand for Mandatory Administrative & Judicial Notice of Contract Between the Parties with evidence thereof, incorporated herein as Exhibit "A" and also as Exhibit "B" as part of the entire documents that was served to the Defendant and the Court on January 21, 2019 within Exhibit "A" and on January 28, within Exhibit "B".

5) That Affiant/Plaintiff, did in fact cause for a certified copy of the following documents to be served to the Superior Court of California, Los Angeles County, a certified copy of: (a) Verified Petition for Enforcement of the Contract Between the Parties in the Nature of a Motion to Vacate Judgment Based on the Defendant's/Prosecutor's Agreement that the judgment is; 1) Setoff, Settled & Closed and 2) Void Ab Initio; with supporting documents: Judgment to be vacated, Declaration of Status, Administrative Remedy No. ADH20189449, Notice of Fault/Opportunity to Cure, Notice of Default, Contractual Notice & Demand for Settlement & Closure of the Account/Escrow, Notariial Protest And Notice of Administrative Judgment/Certificate of Dishonor, Cal. Jurat with Affiant Statement Gov. Code §8202, P.S.3811  Form dated 01/29/2019. See Exhibit "B".

**Affidavit of Truth # 9449—(1)**                                      **Exhibit E**

6)   That Affiant/Plaintiff avers that he served Sherri R. Carter, Executive Officer/Clerk of the court a certified copy of the following documents: 1) Writ of Habeas Corpus; 2) an Order for release that was to be signed by the Defendant and a Judge for the release of the Plaintiff; 3) Affidavit of Truth in support of the documents that was served on March 26,2019; 4) California Jurat with Affiant Statement dated for the 28 of January 2019; 5) a copy of P.S. Form 3811 received by an agent/officer of the court on January 29, 2019, and 6) a copy of an Affidavit of Service dated for March 26, 2019. See Exhibit " C " and " D ."

7)   That Affiant/Plaintiff swear on His Commercial Liability that the documents contained in this U.S.C. Title 42 § 1983 Civil Rights Claim,is a Certified Copy of the Original thta were served upon the Defendant or one His agents.

8)   That Affiant/Plaintiff avers, that the Claims enumerated in this complaint has been settled due to the Defendant's " Tacit Agreement," therefore, the Defendant has no grounds to rely on for his silence other than to Accept responsibility for his actions and to release the Plaintiff from any and all conditions supervised release and to compensate/make amends for the injuries caused by his self and his Office. Affiant/Plaintiff will Accept $ 25,000,000.00 Million Lawful USD Exempt from any and All Levies.

> **NOTE;** Maxim of Law; 1. In Commerce - Truth is Soverreign.
> 2. For a Matter to be Resolved, it must be expressed.
> Point of Law - Silence equates to " Agreement."

Further Affiant Sayth Not.

Done this_____ day of *October*  · 2019.

Austin Douglas Hemsley - Affiant/Plaintiff



AUSTIN DOUGLAS HEMSLEY, CDCR #P22813
CALIFORNIA HEALTH CARE FACILITY
FACILITY E, E2B 107U
P.O. BOX 32290
STOCKTON, CALIFORNIA 95213

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
312 NORTH SPRING STREET, ROOM G-8
LOS ANGELES, CALIFORNIA 90012

LEGAL

